# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:        INGENERO INC

POLICY NUMBER:          BZS 58586910

POLICY DATES:            03-01-2019 TO 03-01-2020

David Hager, archivist of

Ohio Security Insurance Company      and has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is

a true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.


*David Alan Hager*

David Hager
Policy Copy Archivist


November 10, 2022

Case 1:22-cv-00177-MJT   Document 12-1   Filed 01/10/23   Page 2 of 195 PageID #:  433

**Liberty Mutual.**
INSURANCE

Coverages Provided In
Ohio Security Insurance Company

Policy Number:
**BZS    (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**

Endorsement Period:
**From 01/14/2020 to 03/01/2020**

*12:01 am Standard Time
at Insured Mailing Location*

## Policy  Change  Endorsement

**Named Insured & Mailing Address**

INGENERO INC
4615 SOUTHWEST FWY STE 320
HOUSTON, TX 77027

**Agent Mailing Address & Phone No.**

(201) 356-3400
FRENKEL BENEFITS, LLC
601 PLAZA THREE FL 6
JERSEY CITY, NJ 07311-1110

## CHANGES TO POLICY - TRANSACTION #  3

## This Policy Change Endorsement Results In A Change In The Charges As Follows:

**Premium Waived**

## Description  of Change(s)

Added Waiver of Subrogation and additional insured

in favor of: Westlake Chemical Corporation.

See The Revised Declarations and Declarations Schedule

Issue Date        01/28/20

Authorized  Representative

*To report a claim,  call your Agent or 1-844-325-2467*

DS 70 27 01 08                    **Exhibit A**                         APP 002



**INSURANCE**

*Coverage is provided in*
Ohio Security Insurance Company

Policy Number:
**BZS   (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**

Endorsement Period:
**From 01/14/2020 to 03/01/2020**

*12:01 am Standard Time*
*at Insured Mailing Location*

### Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| INGENERO INC | (201) 356-3400 |
| | FRENKEL BENEFITS, LLC |

## SUMMARY  OF LOCATION(S) AND PREMIUM(S)

0001 4615 Southwest Fwy Ste 320, Houston, TX 77027-7106          ***$3,068.00***

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 00 03 07 13 | Businessowners Coverage Form |
| BP 01 18 11 14 | Texas Changes |
| BP 03 12 01 10 | Windstorm or Hail Percentage Deductibles |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| *BP 04 50 07 13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| BP 04 97 01 06 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| BP 05 23 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| BP 05 77 01 06 | Fungi or Bacteria Exclusion (Liability) |
| BP 12 03 01 10 | Loss Payable Clauses |
| BP 15 04 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| BP 79 74 07 13 | Amendment of Pollution Exclusion (Premises) |
| BP 79 96 09 16 | Businessowners Liability Extension Endorsement |
| BP 80 79 01 07 | Texas Equipment Breakdown Amendatory Endorsement |

Issue Date          01/28/20                                    Authorized  Representative

*To report a claim,  call  your Agent or 1-844-325-2467*

**DS 70 27 01 08**                          **Exhibit A**                          APP 003

Case 1:22-cv-00177-MJT Document 12-1 Filed 01/10/23 Page 4 of 195 PageID #: 435

**Liberty Mutual.**
INSURANCE

*Coverages Provided in*
Ohio Security Insurance Company

Policy Number:
**BZS (20) 58 58 69 10**
Policy Period:
**From 03/01/2019 To 03/01/2020**
Endorsement Period:
**From 01/14/2020 to 03/01/2020**
*12:01 am Standard Time
at Insured Mailing Location*

### Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| INGENERO INC | (201) 356-3400<br>FRENKEL BENEFITS, LLC |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 81 15 03 11 | Exclusion - Asbestos |
| BP 82 37 08 15 | Equipment Breakdown Coverage Endorsement |
| BP 82 46 06 09 | Employment - Related Practices Liability Coverage |
| BP 88 04 03 14 | Exclusion - Professional Services (Real Estate Agents, Insurance Agents, Travel Agents, Financial Services, Computer Software, Insurance Operations) |
| BP 88 12 03 14 | Data Compromise Coverage |
| BP 88 15 03 12 | Identity Recovery Coverage For Defined Individuals |
| BP 88 19 09 16 | Businessowners Property Endorsement |
| BP 88 77 07 13 | Identity Theft Administrative Services and Expense Coverage |
| BP 88 78 07 13 | Business Personal Property Limit - Automatic Increase |
| BP 88 90 03 14 | CyberOne Coverage |
| BP 88 94 03 14 | Texas Changes - CyberOne Coverage |

| | |
|---|---|
| Issue Date     01/28/20 | Authorized Representative |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**              **Exhibit A**                                    APP 004

This page intentionally left blank.



Coverage is provided in
Ohio Security Insurance Company

**Policy Number:**
**BZS (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Protector**
**Declarations   - Revised**

| Named Insured | Agent |
|---|---|
| INGENERO INC | (201) 356-3400 |
| | FRENKEL BENEFITS, LLC |



## SUMMARY  OF LIMITS AND CHARGES

**Businessowners Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Liability and Medical Expenses - Occurrence | 1,000,000 |
| Aggregate Limits of Insurance | |
|     Products-Completed Operations | 2,000,000 |
|     Other than Products-Completed Operations | 2,000,000 |
| Broadened Coverage For Damage To Premises Rented To You | 1,000,000 |
| Medical Expenses (Any One Person) | 15,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Businessowners Location(s) Total | $3,068.00 |
| Businessowners Other Coverage(s) Total | $305.00 |
| Certified Acts of Terrorism Coverage | $17.00 |

*Total Charges:*  **$3,390.00**
*Note: This is not a bill*

---

*To report a claim,  call  your Agent or  1-844-325-2467*

DS 70 22 01 08            **Exhibit A**            APP 006

 Liberty Mutual. INSURANCE

Coverages Provided In
Ohio Security Insurance Company

**Policy Number:**
**BZS (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Protector**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| INGENERO INC | (201) 356-3400<br>FRENKEL BENEFITS, LLC |

## SUMMARY OF COVERAGES BY LOCATION

**0001   4615 Southwest Fwy Ste 320, Houston, TX 77027-7106**

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Fire Resistive |

**Business Personal Property Coverage**

**Occupancy:** Office: Engineers

| DESCRIPTION | |
|---|---|
| Limit of Insurance | **$54,105** |
| **Covered Causes of Loss** | |
| Special Form | |
| Deductible | **$1,000** |
| Deductible - Windstorm or Hail | **5%** |
| Automatic Increase Business Personal Property | **2%** |
| | *Premium*   **$3,043.00** |

**Additional Insured**

| DESCRIPTION | |
|---|---|
| **Owners, Lessees or Contractors** | |
| **Scheduled Person or Organization** | |
| See Endorsement | |
| | *Premium*   **$25.00** |

*To report a claim, call your Agent or 1-844-325-2467*



Coverages Provided In
Ohio Security Insurance Company

Policy Number:
**BZS (20)  58 58 69 10**
Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time
at Insured Mailing Location*

### Commercial   Protector
### Declarations   Schedule   -Revised

**Named Insured**

INGENERO INC

**Agent**

(201) 356-3400
FRENKEL BENEFITS, LLC



## SUMMARY OF OTHER COVERAGES

**Employee Dishonesty Including Forgery and Alteration**

| DESCRIPTION | |
|---|---|
| Limit of Insurance | $25,000 |
| Number of Employees | 5 |
| Deductible | $500 |

*Premium* — *Included*

**Employment Related Practices**

| DESCRIPTION | |
|---|---|
| Aggregate Limit | $25,000 |
| Each Claim Limit | $25,000 |
| Number of Employees | 5 |
| Retroactive Date | 03/01/2018 |
| Deductible | $5,000 |
| Coinsurance | 0% |

*Premium* — *$60.00*

**Identity Recovery Coverage for Defined Individuals**

DESCRIPTION
See Endorsement

*Premium* — *$12.00*

**Data Compromise Coverage**

DESCRIPTION
See Endorsement

Premium — Included

CyberOne Coverage
DESCRIPTION
See Endorsement

Premium — Included

*Total Premium* — *$233.00*

*To report a claim, call your Agent or 1-844-325-2467*



Coverages Provided In
Ohio Security Insurance Company

Policy Number:
**BZS (20)  58 58 69 10**
Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Protector**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| INGENERO INC | (201) 356-3400<br>FRENKEL BENEFITS, LLC |

| | |
|---|---|
| **Businessowners Location(s) Total** | **$3,068.00** |
| **Businessowners Other Coverage(s) Total** | **$305.00** |
| **Businessowners Schedule Total** | **$3,373.00** |

*To report a claim,  call your Agent or  1-844-325-2467*

POLICY NUMBER:                                                    BUSINESSOWNERS
                                                                 BP 04 50 07 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

**Name Of Additional Insured Person(s) Or Organization(s)**

Westlake Chemical Corporation

**Location(s) Of Covered Operations**

per contract

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II - Liability** is amended as follows:

**A.** The following is added to Paragraph **C. Who Is An Insured:**

**3.** Any person(s) or organization(s) shown in the Schedule is also an additional insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

   **a.** Your acts or omissions; or

   **b.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

   **a.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **b.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Exhibit A

APP 010



**C.** With respect to the insurance afforded to these additional insureds, the following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**Exhibit A**

POLICY NUMBER:                                                                          **BUSINESSOWNERS**
                                                                                        **BP 04 97 01 06**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER  OF TRANSFER  OF RIGHTS  OF RECOVERY
# AGAINST  OTHERS  TO US

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

**SCHEDULE\***

**Name Of Person Or Organization:**

Westlake Chemical Corporation
and its subsidiaries
2801 South Post Oak Boulevard
Houston, TX 77056

Paragraph  **K. Transfer  Of Rights  Of Recovery
Against  Others  To Us** in **Section  III - Common
Policy Conditions** is amended  by the addition  of
the following:

We waive  any right of recovery  we may have
against  the person  or organization  shown  in the
Schedule  above because  of payments  we make
for injury  or damage  arising  out of your ongoing
operations  or "your work"  done  under  a contract
with  that person  or organization  and included  in
the    "products-completed    operations    hazard".
This waiver  applies  only to the person  or organi-
zation shown  in the Schedule  above.

\*Information   required  to complete  this Schedule,  if not shown  above,  will  be shown  in the Declarations.

**BP 04 97 01 06**                          ©ISO Properties, Inc., 2004                          **Page 1 of** APP 012

**Exhibit A**

This page intentionally left blank.



**Liberty Mutual.**
INSURANCE

### Policyholder   Information

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| INGENERO INC<br>4615 SOUTHWEST FWY STE 320<br>HOUSTON, TX 77027 | (201) 356-3400<br>FRENKEL BENEFITS, LLC<br>601 PLAZA THREE FL 6<br>JERSEY CITY, NJ 07311-1110 |



## *Dear Policyholder:*

Your
Commercial
Documents

We know you work hard to build your business. We work together with your agent, **FRENKEL BENEFITS, LLC       (201) 356-3400** to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

THIS IS
NOT A
BILL

- Commercial Protector

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (201) 356-3400



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (201) 356-3400
- In case of a claim, call your Agent or 1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 20 01 08                **Exhibit A**                APP 014

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| NP 70 68 02 07 | Texas Important Contact Information |
| NP 72 42 01 15 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 73 56 06 04 | Fighting Fraud Insurance |
| NP 74 06 01 06 | Flood Insurance Notice |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| NP 90 61 10 17 | Exclusion - Asbestos Advisory Notice to Policyholders |
| NP 93 54 07 13 | Important Notice to Policyholders - Commercial Protector Coverage |
| NP 93 73 03 13 | Texas Period To File A Claim or Bring Legal Action Against Us Notice - Windstorm or Hail - Catastrophe |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |
| NP 98 22 04 15 | Access Or Disclosure of Confidential Or Personal Information Exclusion Advisory Notice To Policyholders |
| SNI42 02 04 15 | Texas Notice - Notification Of The Availability Of Loss Control Information/Services |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

**Exhibit A**

CNI 90 11 07 18

# REPORTING  A COMMERCIAL  CLAIM  24 HOURS  A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.**

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**



Reporting  a new claim  has never been  easier. A Liberty Mutual  customer  service representative  is available  to you 24/7 at **800-362-0000**  for reporting  new property,  auto, liability  and workers' compensa- tion  claims.  With  contact  centers  strategically  located  throughout  the country  for continuity  and accessibility,  we're  there  when  we're  needed!

**Additional  Resource for Workers' Compensation  Customers**

In many  states,  employers  are required  by law to use state-specific  workers compensation  claims  forms and posting  notices.  This type of information  can be found  in the Policyholders  Toolkit  section of our website  along  with  other  helpful  resources  such  as:

- Direct  links  to state workers  compensation  websites  where  you can find  state-specific  claim forms

- Assistance  finding  local medical  providers

- First  Fill pharmacy  forms  - part of our managed  care pharmacy  program  committed  to helping injured  workers  recover  and return  to work

Our Policyholder  Toolkit  can be accessed  at **www.libertymutualgroup.com/toolkit.**

For all claims  inquiries  please call us at **800-362-0000.**

© 2018 Liberty Mutual Insurance

**Exhibit A**

APP 016

TEXAS
**IMPORTANT  NOTICE**
**IMPORTANT  CONTACT  INFORMATION**

To  obtain  information   or  make  a  complaint:

You  may  call  Liberty  Mutual  Insurance's  toll-free telephone  number  for  information   or  to  make  a complaint   at

**1-800-443-2534**

You  may  also  write  to  Liberty  Mutual  Insurance at:
Liberty  Mutual  Insurance
P.O.  Box  833906
Richardson,  Texas  75083-3906

You  may  contact  the  Texas  Department  of  Insur-ance  to  obtain  information   on  companies,  cov-erages,  rights  or  complaints  at

**1-800-252-3439**

You  may  write  the  Texas  Department  of  Insur-ance
P.O.  Box  149104
Austin,  TX  78714-9104
FAX#  (512)  475-1771

Web:  http://www.tdi.state.tx.us
E-mail:  ConsumerProtection@tdi.state.tx.us

**PREMIUM  OR  CLAIM  DISPUTES:**

Should  you  have  a  dispute  concerning  your premium  or  about  a  claim  you  should  contact the  agent  or  Liberty  Mutual  Insurance  first.  If  the dispute  is  not  resolved,  you  may  contact  the Texas  Department  of  Insurance.

**ATTACH  THIS  NOTICE  TO  YOUR  POLICY:**

This  notice  is  for  information   only  and  does  not become  a  part  or  condition  of  the  attached  doc-ument.

---

TEXAS
**AVISO  IMPORTANTE**
**INFORMACION  IMPORTANTE  DE COMUNICARSE**

Para  obtener  informacion   o  para  someter  una queja:

Usted  puede  llamar  al  numero  de  telefono  gratis de  Liberty  Mutual  Insurance  para  informacion   o para  someter  una  queja  al

**1-800-443-2534**

Usted  tambien  puede  escribir  a  Liberty  Mutual Insurance:
Liberty  Mutual  Insurance
P.O.  Box  833906
Richardson,  Texas  75083-3906

Puede  comunicarse  con  el  Departamento  de Seguros  de  Texas  para  obtener  informacion acerca  de  companias,  coberturas,  derechos  o quejas  al

**1-800-252-3439**

Puede  escribir  al  Departamento  de  Seguros  de Texas
P.O.  Box  149104
Austin,  TX  78714-9104
FAX  #  (512)  475-1771

Web:  http://www.tdi.state.tx.us
E-mail:  ConsumerProtection@tdi.state.tx.us

**DISPUTAS  SOBRE  PRIMAS  O  RECLAMOS:**

Si  tiene  una  disputa  concerniente  a  su  prima  o  a un  reclamo,  debe  comunicarse  con  el  agente  o Liberty  Mutual  Insurance  primero.  Si  no  se resuelve  la  disputa,  puede  entonces comunicarse  con  el  departmento  (TDI).

**UNA  ESTE  AVISO  A  SU  POLIZA:**

Este  aviso  es  solo  para  proposito  de informacion  y  no  se  convierte  en  parte  o condicion  del  documento  adjunto.

**Exhibit A**

NP 70 68 02 07

APP 017
**Page 1 of 1**

01/03/19

INGENERO INC                                    BZS  (20)   58 58 69 10
                                                From 03/01/2019 To 03/01/2020

4615 SOUTHWEST FWY STE 320
HOUSTON, TX 77027



(201) 356-3400
FRENKEL BENEFITS, LLC

601 PLAZA THREE FL 6
JERSEY CITY, NJ 07311-1110

## TERRORISM INSURANCE PREMIUM  DISCLOSURE
## AND OPPORTUNITY  TO REJECT

**This notice contains  important  information  about the Terrorism  Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE  ACT

The Terrorism  Risk Insurance Act, including  all amendments  ("TRIA"  or the "Act"),  establishes  a program to spread the risk of catastrophic  losses from certain acts of terrorism  between  insurers and the federal government.  If an individual  insurer's  losses from certified  acts of terrorism  exceed a specified  deductible amount,  the government  will reimburse  the insurer for a percentage  of losses (the "Federal  Share") paid in excess of the deductible,  but only if aggregate  industry  losses from such acts exceed the "Program  Trigger".  An insurer  that has met its insurer deductible  is not liable for any portion  of losses in excess of $100 billion  per year. Similarly,  the federal government  is not liable for any losses covered by the Act that exceed this amount.  If aggregate  insured losses exceed $100 billion,  losses up to that amount may be pro-rated,  as determined  by the Secretary of the Treasury.

The Federal Share and Program  Trigger by calendar  year are:

| Calendar  Year | Federal Share | Program  Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY  OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM"  AND DISCLOSURE OF PRE-MIUM

TRIA requires  insurers  to make coverage  available  for any loss that occurs within  the United States (or outside of the U.S. in the case of U.S. missions  and certain  air carriers  and vessels), results from a "certified act of terrorism"   AND that is otherwise  covered  under your policy.

A "certified  act of terrorism"   means:

⟦A⟧ny act that is certified  by the Secretary ⟦of the Treasury ⟧ , in consultation  with the Secretary  of Homeland  Security,  and the Attorney  General of the United States.

**(i)** to be an act of terrorism;

Exhibit A

(ii)  to be a violent  act or an act that is dangerous  to -
    **(I)**  human  life;
    **(II)**  property;  or
    **(III)**  infrastructure;

(iii)  to have resulted  in damage  within  the United  States, or outside  of the United  States in the case of -
    **(I)**  an air carrier (as defined  in section  40102 of title  49, United  States Code) or United  States flag vessel (or a vessel based principally  in the United  States, on which  United  States income  tax is paid and whose  insurance  coverage  is subject to regulation  in the United  States); or
    **(II)**  the premises  of a United  States mission;  and

(iv)  to have been committed  by an individual  or individuals  as part of an effort  to coerce  the civilian population  of the United  States or to influence  the policy  or affect the conduct  of the United  States Government  by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST  DO

We have included  in your policy  coverage  for losses resulting  from "certified  acts of terrorism"  as defined above.

THE PREMIUM  CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS  PAGE OF THE POLICY AND  DOES NOT INCLUDE ANY  CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOV-ERNMENT  UNDER THE ACT. If we are providing  you with  a quote, the premium  charge will also appear on your  quote as a separate  line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWL-EDGMENT, AND  RETURN THIS FORM TO THE ADDRESS BELOW: **Please ensure any rejection  is received within  thirty (30) days of the effective  date of your policy**.

Before making  a decision  to reject terrorism  insurance,  refer to the Disclaimer  for Standard  Fire Policy States located  at the end of this Notice.

☐   I hereby reject this offer of coverage.  I understand  that by rejecting  this offer, I will  have no coverage for losses arising  from "certified  acts of terrorism"  and my policy  will  be endorsed  accordingly.

| Policyholder/Applicant's   Signature | Print Name | Date Signed |
|---|---|---|
| _____ | _____ | _____ |

Named  Insured

INGENERO INC

Policy  Number

BZS  (20)   58 58 69 10

Policy Effective/Expiration  Date

From 03/01/2019 To 03/01/2020

## IF YOU REJECTED THIS COVERAGE, PLEASE RETURN  THIS FORM TO:

    Attn:  Commercial  Lines Division  - Terrorism
    PO Box 66400
    London, KY 40742-6400

**Note:** Certain states (currently  CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage  for loss caused by fire following  a "certified  act of terrorism"  in certain types of insurance  policies. If you reject TRIA coverage  in these states on those policies,  you will  not be charged any additional premium  for that state mandated  coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions  regarding  this notice, please contact  your agent.

Exhibit A

# FIGHTING INSURANCE FRAUD

## INSURANCE FRAUD COSTS YOU MONEY!

More than 10 percent of all insurance claims are fraudulent. Preventing insurance fraud will directly benefit you by lowering the insurance premiums you pay.

We are committed to putting a stop to insurance fraud. Help us by bringing this costly crime to a halt. If you are aware of an individual committing fraud, call the Texas Department of Insurance Fraud Hotline at **1-888-327-8818.**

We and the Texas Committee on Insurance Fraud are fighting insurance fraud through public education, communication and cooperation.



**Exhibit A**

NP 74 06 01 06

# FLOOD INSURANCE  NOTICE

Unless  a Flood Coverage endorsement  is attached,  your policy  does not provide  flood  coverage  and you will **not**  have  coverage  for property  damage  from  floods  unless  you purchase  a separate  policy  for flood  insurance  through  the Federal  Emergency  Management  Agency  (FEMA)  National  Flood Insurance  Program.

If you would  like more  information   about obtaining  coverage  under  the National  Flood Insurance  Program, please  contact  your agent.

**Exhibit A**

APP 021

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS  CONTROL ("OFAC") ADVISORY  NOTICE  TO POLICYHOLDERS



No coverage  is provided  by this Policyholder  Notice  nor can it be construed  to replace any provisions  of your policy.  You should  read your policy  and review  your Declarations  page for complete  information  on the coverages  you are provided.

This Notice provides  information  concerning  possible  impact on your insurance  coverage due to directives issued  by OFAC. **Please read this Notice  carefully.**

Please  refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control (OFAC) administers  and enforces sanctions  policy, based on Presidential declarations  of "national  emergency".  OFAC has identified  and listed numerous:

- Foreign  agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;  and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons".  This list can be located  on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with OFAC regulations,  if it is determined  that you or any other insured,  or any person or entity claiming  the benefits  of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated National  and Blocked  Person,  as identified  by OFAC, this insurance  will be considered  a blocked  or frozen contract  and all provisions  of this insurance  are immediately  subject  to OFAC. When an insurance  policy is considered  to be such a blocked  or frozen contract,  no payments  nor premium  refunds may be made without  authorization  from OFAC. Other limitations  on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 74 44 09 06                                                                                    Page 1 of 1

APP 022

# IMPORTANT  POLICYHOLDER INFORMATION
# CONCERNING  BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

**Exhibit A** © 2010 Liberty Mutual Insurance Company. All rights reserved. Page 1 of 1   APP 023

NP 90 61 10 17

# EXCLUSION - ASBESTOS
# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declaratio ns page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

In accordance with Texas Insurance Code, we are notifying you that the following exclusion is attached to your policy:



|  Title | Form Number |
| --- | --- |
| Exclusion - Asbestos | **BP 81 15** |

© 2017 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit A**

Page 1 of 1   APP 024

NP 93 54 07 13

## IMPORTANT  NOTICE  TO POLICYHOLDERS -
## COMMERCIAL  PROTECTOR  COVERAGE
## (BOP  2006  to  BOP  2013)

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial  insurance. This notice contains a brief summary  of the coverage  changes made to your policy.

The changes outlined below are organized by individual endorsements. Please note that not all of the endorsements  noted may apply to your specific policy. In addition, this notice does not reference every editorial  change made to the endorsement  or coverage  form, only significant  coverage changes.

Please read your policy and review your Declarations page for complete coverage information.  No coverage is provided  by this notice, nor can it be construed  to replace any provisions  of your policy. If there are discrepancies  between  your policy and this notice, the provisions  of the policy shall prevail.

Should  you have questions  after reviewing  the changes outlined  below, please contact your independent agent. Thank you for your business.

### Coverage Form

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Coverage  Form | BP 00 03 01 06 | Businessowners Coverage  Form | BP 00 03 07 13 |

### Section I - Property

**I.   Broadenings  Of Coverage**

● **Business Personal Property - Coverage Radius**

The Business Personal Property coverage grant is revised to extend coverage 100 feet from the buildings  or structures,  or 100 feet from the described premises,  whichever  distance is greater.

● **Vegetated  Roofs**

Property Not Covered is revised to make an exception  for lawns, trees, shrubs and plants that are part of a vegetated roof. The Limited  Coverage For Fungi, Wet Rot Or Dry Rot Additional  Coverage is revised to expressly state that the coverage does not apply to lawns, trees, shrubs or plants that are part of a vegetated  roof.

● **Electronic Data In Building Equipment**

Property Not Covered is revised to make an exception  for electronic data which is integrated  in and operates or controls the building's  elevator, lighting, heating, ventilation,  air conditioning  or secu-rity system. The Electronic Data and Interruption  Of Computer Operations Additional  Coverages are revised to reinforce  that coverage does not apply to such electronic data, data that is integrated  in and operates or controls the building's  elevator, lightning, heating, ventilation,  air conditionin g or security  system  .

● **Debris Removal**

The Limit of Insurance under the Debris Removal Additional  Coverage, is increased  from $10,000 to $25,000.

Further, coverage for debris removal  is expanded to include the expense of removing  certain debris that is not Covered Property, however, when no Covered Property sustains direct physical loss or damage, coverage for the removal  of debris, is limited  to $5,000.

● **Business Income Additional  Coverage - Extended Business Income**

The period of coverage  under the Extended Business Income Additional  Coverage is increased  from 30 to 60 days.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

APP 025



- **Additional  Coverages - Civil Authority**

  The period  of coverage  for the Civil Authority  Additional  Coverage  is increased  from three weeks to four  weeks.

- **Business Income From Dependent  Properties  Additional  Coverage - Secondary  Dependent  Properties**

  Coverage  is extended  to include  secondary  dependent  properties  which  are direct suppliers  and recipients  of the dependent  property's  materials  or services,  that are not owned  or operated  by a dependent  property,  but do not include  any road, bridge,  tunnel,  waterway,  airfield,  pipeline,  or any other  similar  area or structure.

- **Coverage  Extensions - Outdoor  Property**

  The Outdoor  Property  Coverage  Extension  has been  revised  to provide  an option  to increase  the applicable  limit,  but not more  than $1000 for any one tree, shrub  or plant.

  The Outdoor  Property  Coverage  Extension  is also revised  to include  debris  removal  expense  for trees, shrubs  and plants  that are the property  of others,  except  trees,  shrubs  and plants  owned  by the landlord  of an insured  tenant.

- **Business Personal Property Temporarily  In Portable  Storage Units Coverage Extension**

  A Coverage  Extension  for Business  Personal  Property  Temporarily  In Portable  Storage  Units  is introduced.  Under  this Coverage  Extension,  a 90-day  coverage  period  is provided  for Business Personal  Property  temporarily  stored  in a portable  storage  unit  located  within  100 feet of the described  premises,  subject  to a sub-limit  of $10,000 regardless  of the number  of storage  units.

- **Dishonesty  Exclusion**

  The Dishonesty  Exclusion  is revised  to distinguish  between  those  who have  a role in the insured's business  (partners,  managers,  employees,  etc.) and others  to whom  property  may be entrusted  (a category  that includes  tenants  and bailees,  for example).  With  respect  to the latter  category,  the exclusion  is narrowed  to apply  only to theft.  Further,  the exception  to the exclusion  (which  enables coverage  for acts of destruction)  is revised  to extend  applicability  to authorized  representativ  es.

- **Exclusions - Business Income And Extra Expense**

  The exception  in the Business  Income  And Extra  Expense  Coverage  Exclusion  with  respect  to coverage  for loss caused  by or resulting  from suspension,  lapse or cancellation  of any license,  lease or contact  directly  caused  by the suspension  of operations  has been  expanded  so that the exception will  also apply  during  the extension  of the "period  of restoration"  in accordance  with the terms  of that coverage.

- **Property  Loss Conditions - Loss Payment - Party Walls**

  A provision  within  The Loss Payment  - Property  Loss Condition  has been  introduced  that generally addresses  exposures  associated  with  party walls  and the insureds  interest  in that party  wall.

- **Optional  Coverages - Equipment  Breakdown  Protection  Coverage**

  The Mechanical  Breakdown  Optional  Coverage  has been  replaced  with  Equipment  Breakdown Protection  Coverage.  If Equipment  Breakdown  replaces  Mechanical  Breakdown  Coverage  or is newly  added  to the policy,  this change  represents  a broadening  of coverage.

- **Specified  Causes Of Loss Property  Definition**

  Coverage  for water  damage  under  the definition  of "specified  causes  of loss" is expanded  to include  accidental  discharge  or leakage of water  or waterborne  material  as the direct result  of the breaking  apart  or cracking  of certain  off- premises  systems  due to wear and tear.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## II.   Reductions in Coverage

- **Property Not Covered Animals**

  Property Not Covered has been revised to state that covered property does not include animals unless they are owned by others and being boarded by you, or your stock while inside buildings (however in both instances the covered causes of loss are limited to the "specified causes of loss" or building glass breakage, and then only if the animals are killed or their destruction is made necessary.

- **Limitations**

  The limitations regarding loss or damage to the interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust has been extended to apply to personal property in the building or structure.

- **Additional Coverages - Civil Authority**

  This coverage now requires that the damaged property triggering the exercise of civil authority be within one mile of the described premises.

- **Newly Acquired Or Constructed Property Coverage Extension**

  Under the Newly Acquired Or Constructed Property Coverage Extension, the provision that extends an additional limit of insurance to newly acquired business personal property at the described premises is removed. There is no change to the coverage for newly acquired business personal property at newly acquired locations or at newly constructed or acquired buildings at the described location.

- **Exclusions - Utility Services**

  This exclusion now applies to utility failure that originates at the described premises, when such failure involves equipment used to provide utility service supplied by an off- premises provider.

- **Employee Dishonesty Optional Coverage**

  An exclusion is introduced to the Employee Dishonesty Optional Coverage to address acts of employees learned of by the insured prior to the policy period.

## III.   Other Changes

- **Business Personal Property**

  The Business Personal Property coverage grant is revised to reinforce that business personal property is covered when located in or on the buildings or structures at the described premises.

- **Covered Causes Of Loss - Risk Of Loss**

  The term "risk of" is removed from the Covered Causes Of Loss provision.

- **Fire Department Service Charge Additional Coverage**

  The Fire Department Service Charge Additional Coverage is revised to specify that the amount of such coverage ($2,500 or a designated higher limit) applies to each premises described in the Declarations. Further, the language of the coverage provision is revised to state that the designated limit applies regardless of the number of responders or the number or type of services performed.

- **Business Income And Extra Expense Additional Coverages - Coverage Radius**

  In part, the coverage criteria for the Business Income and Extra Expense Additional Coverages relate to loss or damage to personal property in the open or in a vehicle within a certain distance from the described premises. The language relating to the coverage radius is revised to achieve more similarity between the radius outlined for insureds who are occupants of the entire premises or those who occupy only a part of the premises, and to use terminology similar to that used in the Business Personal Property coverage grant.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 93 54 07 13                                    **Exhibit A**                     Page 3 of 16      APP 027



- **Business Income From Dependent Properties Additional Coverage**

  The Business Income From Dependent Properties Additional Coverage is revised to provide coverage with respect to secondary dependent properties. Such properties are defined within this Additional Coverage.

  Additionally, the definition of dependent property excludes various utility providers; the list of utilities is updated to make reference to wastewater removal services. With respect to Business Income Coverage, loss caused by interruption in utility service is addressed in Endorsement **BP 04 57.** Refer to the item titled Utility Services - Time Element Endorsement **BP 04 57** if that endorsement is part of your policy.

- **Temporary Or Leased Employees**

  The Personal Effects Coverage Extension, the Dishonesty Exclusion and the Money And Securities Optional Coverage are revised to reinforce that employees include temporary or leased employees.

- **Ordinance Or Law Exclusion**

  The language of the Ordinance Or Law Exclusion, which relates to enforcement of an ordinance or law, is revised to also refer to compliance with an ordinance or law.

  Similar references are revised in the Increased Cost Of Construction (ICC) and Business Income From Dependent Properties Additional Coverages, Loss Payment Condition and the Period of Restoration definition. Further, the ICC Additional Coverage is revised to apply to compliance with the minimum standards of an ordinance or law.

- **Earth Movement Exclusion**

  The Earth Movement Exclusion now reinforces that it applies to earth movement caused by an act of nature or otherwise caused. In addition, the term earthquake now incorporates tremors and aftershocks.

  With respect to coverage for volcanic action (which is a limited exception to the exclusion of volcanic eruption), all such eruptions that occur within any 168-hour period constitute a single occurrence.

- **Exclusions - Virus Or Bacteria**

  The Virus Or Bacteria Exclusion has been added to this form and incorporates the function of Exclusion Of Loss Due To Virus Or Bacteria Endorsement **BP 06 01.**

- **Exclusions - Artificially Generated Electrical Current**

  The Electrical Apparatus Exclusion has been revised to incorporate various terms that reflect current understandings of technology with regard to power sources and associated systems.

- **Exclusion - Collapse**

  The Collapse Exclusion has been revised in conjunction with revisions to reinforce the Collapse Additional Coverage.

- **Exclusions - Product Errors**

  An exclusion has been added for loss or damage to any merchandise, goods or other product, caused by or resulting from error or omission in any stage of the development, production or use of the product. But if the error or omission results in a covered cause of loss, the loss or damage attributable to the ensuing covered cause of loss is covered.

- **Limits Of Insurance**

  The Limits of Insurance provision has been revised to provide that the amounts of insurance for the Increased Cost Of Construction, Business Income From Dependent Properties, Electronic Data and Interruption Of Computer Operations Additional Coverages apply in addition to the Section I - Property Limits.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

APP 028

- **Building Limit - Automatic Increase**

  The Building Limit - Automatic Increase Limit of Insurance has been revised to indicate that the limit will increase by 8% unless a higher or lower annual percentage is shown in the Declarations.

- **Business Personal Property Limit - Seasonal Increase**

  The Business Personal Property Limit - Seasonal Increase provision has been revised to indicate that the Limit of Insurance for Business Personal Property will increase by 25% or by a different percentage shown in the Declarations.

- **Deductibles**

  The Deductibles provision has been revised to eliminate references to a separate glass deductible. Glass losses will now be subject to the otherwise applicable policy deductible.

- **Loss Payment Property Loss Condition**

  The Loss Payment Property Loss Condition is revised to include an illustrative example.

- **Optional Coverages - Equipment Breakdown Protection Coverage**

  The Mechanical Breakdown Optional Coverage has been replaced with Equipment Breakdown Protection Coverage. As a result we are withdrawing Equipment Breakdown Protection Endorsement **BP 04 59.** If the Equipment Breakdown Optional Coverage is replacing **BP 04 59,** there is no change in coverage.

### Section II - Liability

**I.  Broadenings of Coverage:**

- **Liquor Liability Exclusion**

  The Liquor Liability Exclusion is revised to provide that, for the purposes of the exclusion, permitting a person to bring alcoholic beverages for consumption on an insured's premises (e.g., a "Bring Your Own"), whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

- **Electronic Data Exclusion**

  An exception to the Electronic Data Exclusion is introduced to provide that the exclusion does not apply to liability for damages because of bodily injury.

- **Who Is An Insured**

  The Who Is An Insured Provision has been revised to include trusts as insureds.

**II.  Reductions in Coverage**

- **Liquor Liability Exclusion**

  The Liquor Liability Exclusion is revised to state that the Liquor Liability Exclusion applies even if the claims allege the negligence or other wrongdoing in:

  - The supervision, hiring, employment, training or monitoring of others; or

  - Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

  if the occurrence which caused the bodily injury or property damage involved that which is described in Paragraph **(1), (2)** or **(3)** of the exclusion.

**III.  Other Changes**

- **Business Liability**

  A reference to or *any offense* has been added within the insuring agreement for Business Liability with respect to an insurers right to investigate any occurrence and settle any claim or suit that may result.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 93 54 07 13                                     Exhibit A                          Page 5 of 8    APP 029



- **Coverage Extension - Supplementary  Payments**

  The Coverage Extension Supplementary  Payments Provision has been revised to reinforce that coverage is provided  for court costs taxed against the insured but that this does not include attorney's fees or attorney  expenses taxed against the insured. While this change is considered  to be a reinforcement  of coverage intent, it may result in a decrease in coverage in jurisdictions  where courts have ruled that plaintiff's  attorneys'  fees or attorneys'  expenses taxed against  the insured can be levied  as a supplementary   payment.

- **War Liability Exclusion**

  The War Liability  Exclusion is editorially  revised.

- **Professional Services Exclusion**

  The Professional  Services  Exclusion has been revised to add language  noting that the exclusion applies even if the claims allege negligence or other wrongdoing  in the hiring, employment,  training, supervision  or monitoring  of others by an insured, if it involved  the rendering  or failure to render any professional  service.

- **Personal And Advertising  Injury Exclusion**

  The Personal And Advertising  Injury Exclusion is revised for consistency  with  the definition  of personal and advertising  injury and to reinforce that the exclusion  does not apply to injuries  arising out of other intellectual  property  rights involving  the use of another's  advertising  idea in the insured's advertisement.

- **Electronic Data Exclusion**

  Under the Electronic  Data Exclusion the definition  of electronic data has been revised for consistency with the definition  of electronic  data under Section I - Property of the policy.

- **Recording And Distribution Of Material Or Information In Violation Of Law Exclusion**

  The Distribution  of Material in Violation of Statutes Exclusion has been revised, in part, to address actions or omissions  that violate not only the Fair Credit Reporting  Act (FCRA), but also the Fair and Accurate Credit Transactions  Act (FACTA) and any federal, state or local statutes. The title of the exclusion  has been revised to Recording And Distribution  Of Material Or Information  In Violation Of Law to reflect the revised provision.

- **Liability And Medical  Expense**

  The Liability  And Medical  Expense definition  for Mobile Equipment  has been editorially  revised.

**Section III - Common Policy Conditions**

**I.   Other Changes**

- **Other Insurance Condition**

  The Other Insurance Condition  is editorially  revised.

## Endorsements

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Windstorm  Or Hail Percentage  Deductibles | BP 03 12 01 06 | Windstorm  Or Hail Percentage  Deductibles | BP 03 12 01 10 |

**I.   Other Changes**

- This endorsement  has been revised to delete the language pertaining  to other causes or events that contribute  concurrently  or in any sequence and to add language that the endorsement  does not imply or afford  coverage for any loss or damage that is excluded  under the Water Exclusion any other  exclusion  or the application  of a Flood Deductible  if this policy or another  policy  provides flood  coverage.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Employment-Related Practices Exclusion | BP 04 17 07 02 | Employment-Related Practices Exclusion | BP 04 17 01 10 |

**I.  Reductions in Coverage**

- The Employment-related   Practices Exclusion has been revised to reinforce  that the exclusion ap- plies to an injury-causing  event associated with employment,  whether it occurs before employ- ment, during employment  or after employment  of that person, and that coverage does not apply for injury caused by the malicious  prosecution  of a person.

  While  these changes  are each a reinforcement  of coverage intent, they may result in a decrease in coverage in jurisdictions  where courts have ruled the exclusion to be inapplicable  in employment- related malicious  prosecution  claims and/or post-employment  claims.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Amendment  - Liquor Liability  Exclusion - Exception  For Scheduled Premises  Or Activities | BP 04 19 01 06 | Amendment  - Liquor Liability  Exclusion - Exception  For Scheduled Premises  Or Activities | BP 04 19 07 13 |

**I.  Reductions in Coverage**

- The Liquor  Liability  Exclusion in this endorsement  is revised, in part, to indicate that the causing or contributing  to the intoxication  of any person includes  causing or contributing  to the intoxication  of any person because alcoholic  beverages were permitted  to be brought  on your premises for con- sumption  on your premises.

  This endorsement  is also revised to indicate  that the Liquor Liability  Exclusion **will apply** if an insured permits  any person to bring any alcoholic  beverages on the Named Insured's premises, for consumption  on the Named Insured's premises, except for the premises  described  in the Schedule of the endorsement  for consumption  on such premises.

**II.  Other Changes**

- This endorsement  is revised for consistency  with revisions  made to the Liquor Liability  Exclusion in the policy.

- Various editorial  revisions  with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Protective  Safeguards | BP 04 30 01 06 | Protective  Safeguards | BP 04 30 07 13 |

**I.  Other Changes**

- This endorsement  is revised by the addition  of a symbol and description  to recognize  Automatic Commercial  Cooking Exhaust And Extinguishing  Systems.

- Various editorial  revisions  with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Business  Income Changes  - Time  Period | BP 04 41 01 06 | Business  Income Changes  - Time  Period | BP 04 41 07 13 |

**I.  Broadening of Coverage**

- This endorsement  is revised to reflect  changes  made to the Business  Income From Dependent Properties Additional  Coverage in the Businessowners  Coverage Form with respect to secondary dependent  properties.

- The period  of coverage  has been increased  from  three  consecutive  weeks to four  consecutive weeks.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

**II.   Other Changes**

● Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization | BP 04 50 07 13 |



**I.   Other Changes**

● This new Additional Insured Endorsement provides coverage for Owners, lessees of buildings on policies covering contractors, and contractors on policies covering subcontractors, but only for liability for ongoing operations.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - Owners, State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations | BP 04 51 07 13 |

**I.   Other Changes**

● This new Additional Insured Endorsement provides coverage for Owners, lessees or Contractors who have signed a contract or agreement that requires them to be added as additional insureds, but only for liability for ongoing operations.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - State Or Governmental Agency Or Subdivision Or Political Subdivision - Permits Or Authorizations | BP 04 52 07 13 |

**I.   Other Changes**

● This new Additional Insured Endorsement provides coverage for certain premises hazards for state or federal governmental organizations issuing permits or authorization to contractors.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Utility Services - Direct Damage | BP 04 56 01 06 | Utility Services - Direct Damage | BP 04 56 07 13 |

**I.   Other Changes**

● This endorsement is revised to reinforce that transmission lines include all lines that serve in the transmission of power or communication service, including lines that may be identified as distribution lines.

● This endorsement has been revised to remove the qualification that the utility service property be located outside a covered building.

● Various editorial revisions with no impact on coverage.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 93 54 07 13                                                    Exhibit A                    Page 8 of 18          APP 032

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Utility Services - Time Element | BP 04 57 01 06 | Utility Services - Time Element | BP 04 57 07 13 |

### I.  Broadening of Coverage

- This endorsement is revised to provide the means to select a new category of utility service: wastewater removal property. With respect to the coverage provided under this endorsement, wastewater removal property is a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water.

### II.  Other Changes

- This endorsement is revised to reinforce that transmission lines include all lines that serve in the transmission of power or communication service, including lines which may be identified as distribution lines.

- This endorsement has been revised to remove the qualification that the utility service property be located outside a covered building.

- Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Functional Building Valuation | BP 04 84 01 06 | Functional Building Valuation | BP 04 84 07 13 |

### I.  Other Changes

- This endorsement is revised to reflect the revisions made to the Ordinance Or Law Exclusion in the Businessowners Coverage Form.

- Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Computer Fraud And Fund Transfer Fraud | BP 05 47 01 06 | Computer Fraud And Fund Transfer Fraud | BP 05 47 07 13 |

### I.  Broadening of Coverage

- This endorsement has been revised to delete the Limitation regarding the transfer of property on the basis of unauthorized instructions and that the false pretense exclusion does not apply.

### II.  Reduction of Coverage

- An exclusion has been added for loss or damages caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, store valued or other cards or the information contained on such cards.

### III.  Other Changes

- Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Photography | BP 07 83 07 13 |

### I.  Broadening of Coverage

- This new endorsement is available for photographer risks.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Pharmacists | BP 08 07 01 06 | Pharmacists | BP 08 07 07 13 |

**I.  Broadening of Coverage**

● This endorsement is revised to include an exception to the Professional Services Exclusion with respect to the administering of vaccinations in accordance with applicable state or federal law.

**II.  Other Changes**

● Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Earthquake And Volcanic Eruption (Sub-Limit) | BP 10 11 07 13 |

**I.  Other Changes**

● This new endorsement extends coverage against loss by earthquake and volcanic eruption at a limit lower than the limit which applies to other covered perils. The limit of insurance for this coverage is on an annual aggregate basis.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Loss Payable Provisions | BP 12 03 01 06 | Loss Payable Clauses | BP 12 03 01 10 |

**I.  Broadening of Coverage**

● The Loss Payable Provision has been revised to add an option, Building Owner Loss Payable Clause, to identify the building owner and recognize that entity as a loss payee.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - Building Owners | BP 12 31 01 10 |

**I.  Other Changes**

● This new endorsement has been introduced to recognize the interest of a building owner, as an additional named insured, under a tenant's policy with respect to property damage under Section I - Property.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - Owners, Lessees Or Contractors - Completed Operations | BP 14 02 07 13 |

**I.  Broadening of Coverage**

● This new endorsement provides completed operations coverage for specified additional insured(s) identified in the Schedule of the endorsement.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Windstorm Or Hail Losses To Roof Surfacing - Actual Cash Value Loss Settlement | BP 14 04 07 13 |



© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 93 54 07 13                                                                 Page 10 of 16

Exhibit A

APP 034

**I.    Other Changes**

- This new endorsement  changes the Loss Payment Property Loss Condition to provide that loss or damage to roof surfacing  caused by windstorm  or hail will be settled on an actual cash value basis rather than a replacement  cost basis.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| No Form | Dec entry  only | Business  Income And Extra Expense - Revised Period of Indemnity | Dec entry  only |

**I.    Broadening  of Coverage**

- Additional  options  of 270 and 360 days has been added.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not  Available | | Debris  Removal Additional   Insurance | BP 14 09 07 13 |

**I.    Other Changes**

- This new endorsement  provides for increasing  the Debris Removal limit of insurance.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not  Available | | Limited  Exclusion - Personal  And Advertising Injury  - Lawyers | BP 14 15 07 13 |

**I.    Reduction  of Coverage**

- This new endorsement  is used to exclude personal and advertising  injury arising out of the render-ing of or failure  to render professional  services as a lawyer.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not  Available | | Increased  Cost Of Loss And Related Expenses For Green Upgrades | BP 14 75 07 13 |

**I.    Other Changes**

- This new endorsement  amends various Section I - Property coverage provisions  to address green up-grades to real and personal property,  and related expenses.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not  Available | | Communicable Disease  Exclusion | BP 14 86 07 13 |

**I.    Reduction  of Coverage**

- This new endorsement  amends coverage to exclude bodily injury, property damage, and personal and advertising  injury  arising  out of the actual or alleged transmission  of a communicable   disease.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Additional Insured - Owners, Lessees Or Contractors - With Additional Insured Requirement For Other Parties In Construction Contract | BP 14 87 07 13 |

**I.    Other Changes**

● This new endorsement provides additional insured status to those parties whom the Named Insured is obligated in writing in a contract or agreement to name as an additional insured under their policy.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Primary And Noncontributory - Other Insurance Condition | BP 14 88 07 13 |

**I.    Other Changes**

● This new endorsement provides that the coverage made available to an additional insured will be provided on a primary and noncontributory basis.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Condominium Association Coverage | BP 17 01 01 06 | Condominium Association Coverage | BP 17 01 07 13 |

**I.    Broadening of Coverage**

● This endorsement is revised to provide that coverage extends 100 feet from the building or 100 feet from the described premises, whichever distance is greater.

**II.    Other Changes**

● This endorsement is revised such that Business Personal Property is covered when located in or on the buildings or **structures** at the described premises.

● Various editorial revisions with no impact on coverage.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Condominium Commercial Unit-Owners Coverage | BP 17 02 01 06 | Condominium Commercial Unit-Owners Coverage | BP 17 02 07 13 |

**I.    Broadening of Coverage**

● This endorsement is revised to provide that coverage extends 100 feet from the building or 100 feet from the described premises, whichever distance is greater. Additionally, this endorsement is revised to include leased personal property which the Named Insured has a contractual responsibility to insure as covered Business Personal Property.

**II.    Other Changes**

● This endorsement is revised such that Business Personal Property is covered when located in or on the buildings or **structures** at the described premises.

● Various editorial revisions with no impact on coverage.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 93 54 07 13                                        Exhibit A                              Page 12 of 16   APP 036

**OTHER  CHANGES**

- The endorsements  identified  below  are being  editorially  revised  to comply  with  ISO uniformity  stan-dards  as follows:

- Various  editorial  revisions  with  no impact  on coverage.

  - **BP 04 04 01 10** - Hired  Auto  And Non-owned  Auto  Liability

    This endorsement  has been  revised  to introduce  an Other  Insurance  provision  to generally  state that  coverage  provided  by the endorsement  is excess  over  any primary  insurance  covering  the "hired  auto"  or "non-owned  auto".

  - **BP 08 03 07 13** - Optical  And Hearing  Aid Establishments  (Editorially  Revised)

  - **BP 12 02 07 13** - Fire Department  Service  Contract

- The additional  insured  endorsements  identified  below  are revised  to:

  - Add language,  in response  to growing  number  of states  enacting  anti-indemnification  laws, to provide  that the insurance  afforded  to an additional  insured  only applies  to the extent  permitted  by law;

  - Provide  that, if coverage  provided  to the additional  insured  is required  by contract  or agreement, the insurance  afforded  to the additional  insured  will not be broader  than that which  the Named Insured  is required  by the contract  or agreement  to provide  for the additional  insured;  and

  - Provide  that, if coverage  provided  to the additional  insured  is required  by contract  or agreement, the most the insurer  will pay on behalf  of the additional  insured  is the amount  of insurance  required by the contract  or agreement  or the amount  of insured  available  under  the applicable  Limits  Of Insurance  shown  in the Declarations,  whichever  is less. The provision  also provides  that the en-dorsement  will not increase  the applicable  Limits  Of Insurance  shown  in the Declarations.

    - **BP 04 02 07 13** - Additional   Insured  - Managers  Or Lessors  Of Premises

    - **BP 04 06 07 13** - Additional   Insured  - Controlling   Interest

    - **BP 04 07 07 13** - Additional   Insured  - State Or Governmental   Agency  Or Subdivision   Or Political Subdivision   - Permits  Or Authorizations   Relating  To Premises

    - **BP 04 09 07 13** - Additional   Insured  - Mortgagee,  Assignee  Or Receiver

    - **BP 04 10 07 13** - Additional   Insured  - Owners  Or Other  Interests  From  Whom  Land  Has Been Leased

    - **BP 04 11 07 13** - Additional   Insured  - Co-owner  Of Insured  Premises

    - **BP 04 13 07 13** - Additional   Insured  - Engineers,  Architects  Or Surveyors

    - **BP 04 47 07 13** - Additional   Insured  - Vendors

    - **BP 04 48 07 13** - Additional   Insured  - Designated  Person  Or Organization

    - **BP 04 49 07 13** - Additional   Insured  - Engineers,  Architects  Or Surveyors  Not Engaged  By The Named  Insured

    - **BP 04 50 07 13** - Additional   Insured  - Owners,  Lessees  Or Contractors  - Scheduled  Person  Or Organization

    - **BP 04 51 07 13** - Additional   Insured  - Owners,  Lessees  Or Contractors  - With  Additional   Insured Requirement  In Construction   Contract

    - **BP 04 52 07 13** - Additional   Insured  - State Or Governmental   Agency  Or Subdivision   Or Political Subdivision   - Permits  Or Authorizations

    - **BP 14 02** - Additional   Insured  - Owners,  Lessees  Or Contractors  - Completed  Operations

©  2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

- The additional  insured  endorsements  identified  below  are revised  to:

  - Allow  for any governmental   agency  or subdivision   (federal  or state)  to be named  as an additional  insured.

  - To address  situations  in which  a permit  many  not  be issued,  but  the governmental   agency  or subdivision  authorizes  the insured  to perform  operations

  - The endorsements  now  reference  the issuing  of permits  or authorization   to the insured.

    - **BP 04 07 07 13** - Additional  Insured - State Or Governmental  Agency Or Subdivision  Or Political  Subdivision  - Permits Or Authorizations  Relating To Premises.

    - **BP 04 52 07 13** - Additional  Insured - State Or Governmental  Agency Or Subdivision  Or Political  Subdivision  - Permits Or Authorizations.

- The additional  insured endorsements  identified  below  are revised  to:

  - Specifically  excluding  completed  operations  coverage  for an additional  insured;

  - Removed  the Professional  Services  Exclusion,  as a similar  exclusion  is already  contained  in the Businessowners  Coverage  Form.

    - **BP 04 13 07 13** - Additional  Insured - Engineers, Architects  Or Surveyors

    - **BP 04 49 07 13** - Additional  Insured - Engineers, Architects  Or Surveyors  Not Engaged By The Named Insured

    - **BP 04 51 07 13** - Additional  Insured - Owners, Lessees Or Contractors  - With Additional  Insured Requirement  In Construction  Contract

- The endorsements  identified  below  are revised  to:

  - The Professional  Services  Exclusion  has been modified  to address  claims alleging  negligence  or other wrongdoing  in the hiring, employment,  training,  supervision  or monitoring  of others by an insured.

    - **BP 08 03 07 13** - Optical And Hearing Aid Establishments

    - **BP 08 07 07 13** - Pharmacists

    - **BP 14 15 07 13** - Limited  Exclusion  - Personal And Advertising  Injury - Lawyers

## COMPANY  FORMS

Only  the countrywide   versions  of endorsements   are referenced.  State specific  versions,  where  applicable,  have  been  amended  in the same  manner  as the countrywide   version  unless  otherwise   specified.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Property  Extension Endorsement | BP 79 19 07 10 | Businessowners Property  Extension Endorsement | BP 79 19 07 13 |

**I.   Broadening of Coverage**

- Theft Of Clients' Property  Coverage  has been added and includes  a limit  of $5,000, unless  a higher limit  is shown  in the Declarations,  and a deductible  of $250.

**II.   Reductions of Coverage**

- Water  Back-Up  And Sump Overflow  language  has been added which  states that we will  not  pay when back-up,  overflow  or discharge  is caused  directly  or indirectly  by any flood  whether  caused by an act of nature  or otherwise  caused,  and is excluded  regardless  of any other  cause or event that contributes  concurrently  or in any sequence to the loss.



©  2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

APP 038

**III.  Other Changes**

- Revision to the paragraph  references.

- Duplication  of language has been eliminated.

- Debris  Removal  has been moved  to the BP 00 03 Businessowners  Coverage Form.

- Ordinance  Or Law Coverage  has been revised  to reflect  the revisions  made in the Ordinance

- Or Law Exclusion  in the Businessowners  Coverage Form.

- Water  Back-Up  And Sump Overflow  has revisions  to the paragraph  referencing  and lead in lan-guage, and includes  clarifying  language.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Amendment  Of Pollution  Exclusion (Premises) | BP 79 74 02 08 | Amendment  Of Pollution  Exclusion (Premises) | BP 79 74 07 13 |

**I.  Other Changes**

- Revision  to the paragraph  referencing.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Liability  Extension Endorsement | BP 79 96 03 11 | Businessowners Liability  Extension Endorsement | BP 79 96 07 13 |

**I.  Broadening  of Coverage**

- The definition  of "Bodily  Injury"  has been revised  to include  mental  anguish.

**II.  Other Changes**

- The definition  of Insured  Contract  has been revised  to add clarifying  language  which  states that a contract  or agreement  shall only  be considered  and "insured  contract"  to the extent your assump-tion of the tort liability  is permitted  by law.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Condominium Association  Directors And Officers  Liability Coverage | BP 80 05 09 10 | Condominium Association  Directors And Officers  Liability Coverage | BP 80 05 07 13 |

**I.  Other Changes**

- Revision  to the paragraph  references.

- The Punitive  Damages  Exclusion  in **BP 80 05** has been removed,  and Amendment  - Punitive  Dam-ages Exclusion,  **BP 81 04,** has been withdrawn.   There is no change to the coverage  provided.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Bookstore  Endorsement | BP 80 27 01 07 | Bookstore  Endorsement | BP 80 27 07 13 |

**I.  Reduction  of Coverage**

- The Liquor  Liability  Exclusion  now applies  to this coverage.

**II.  Other Changes**

- Revision  to the paragraph  references.

©  2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 93 54 07 13                                          Exhibit A                    Page 15 of 18    APP 039

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Coverage For Pets | BP 80 33 01 07 | Coverage For Pets | BP 80 33 07 13 |

**I.  Broadening of Coverage**

- The Property Not Covered has been revised to list the exceptions to the animals not covered.

- Recovery Expense Coverage and Reward Expense Coverage have been revised to include coverage for unauthorized instructions given to transfer the animals to any person or place.

**II.  Restrictions of Coverage**

- Flood and surface water language in the Covered Causes Of Loss has been revised in keeping with the water exclusion language in **BP 00 03** Businessowners Coverage Form.

**III.  Other Changes**

- Revision to the paragraph references.

- Duplicate language has been eliminated.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Goodwill Replacement Valuation Endorsement | BP 80 41 01 07 | Goodwill Replacement Valuation Endorsement | BP 80 41 07 13 |

**I.  Broadening of Coverage**

- Coverage for Replacement Cost is no longer limited to items less than two years of age.

**II.  Other Changes**

- Revision to the paragraph referencing and lead in language.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Medical Office Endorsement | BP 80 56 06 09 | Medical Office Endorsement | BP 80 56 07 13 |

**I.  Broadening of Coverage**

- Spoilage Coverage has been increased from $5,000 to $10,000.

**II.  Other Changes**

- Revision to the paragraph references.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Property Plus Extension Endorsement | BP 82 42 07 10 | Businessowners Property Plus Extension Endorsement | BP 82 42 07 13 |

**I.  Broadening of Coverage**

- Theft Of Clients' Property Coverage has been added and includes a limit of $5,000, unless a higher limit is shown in the Declarations, and includes a deductible of $250.

**II.  Other Changes**

- Revision to the paragraph references.

- Clarifying language has been added to the Water Back- Up And Sump Overflow.

- Duplication of language has been eliminated.

- Debris Removal has been moved to the BP 00 03 Businessowners Coverage Form.



© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Windstorm  Or Hail  Exclusion | BP 88 11 06 09 | Windstorm  Or Hail  Exclusion | BP 88 11 07 13 |

**I.   Other Changes**

● Revision  to the paragraph  referencing  and lead in language.

● Windstorm  or Hail has been deleted from the "Specified  Causes Of Loss" definition.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Identity  Recovery Coverage  For Defined  Individuals | BP 88 15 03 12 | Identity  Theft Administration Service  And Expense  Coverage | BP 88 77 07 13 |

**I.   Other Changes**

● Title Change and editorial  revisions.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Businessowners Property  Endorsement | BP 88 19 07 10 | Businessowners Property  Endorsement | BP 88 19 07 13 |

**I.   Broadening of Coverage**

● Theft Of Clients'  Property  Coverage  has been added and includes  a limit  of $5,000, unless a higher limit  is shown in the Declarations,  and includes  a deductible  of $250.

**II.   Reductions of Coverage**

● Water Back-Up  And Sump  Overflow  language  has been added  which  states that we will  not pay when back-up,  overflow  or discharge  is caused directly  or indirectly  by any flood  whether  caused by an act of nature  or otherwise  caused, and is excluded  regardless  of any other  cause or event that contributes  concurrently  or in any sequence to the loss.

**III.   Other Changes**

● Revision  to the paragraph  references.

● Duplication  of language  has been eliminated.

● Debris  Removal  has been moved  to the BP 00 03 Businessowners  Coverage  Form.

● Ordinance  Or Law Coverage  has been revised  to reflect  the revisions  made in the Ordinance  Or Law Exclusion  in the Businessowners  Coverage  Form.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Water Back-Up And Sump  Overflow | BP 88 72 01 13 | Water Back-Up And Sump  Overflow | BP 88 72 07 13 |

**I.   Reduction of Coverage**

● Language  has been added  which  states the we will  not pay when back-up,  overflow  or discharge  is caused directly  or indirectly  by any flood  whether  caused by an act of nature  or otherwise  caused, and is excluded  regardless  of any other  cause or event that contributes  concurrently  or in any sequence to the loss.

**II.   Other Changes**

● Revision  to the paragraph  references.

● Clarifying  language  has been added.

● Duplicate  language  has been eliminated.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Not Available | | Business Personal Property Limit - Automatic Increase | BP 88 78 07 13 |

**I.   Broadening of Coverage**

- This new coverage provides Business Personal Property - Automatic Increase Limit of Insurance of 2% unless a higher or lower annual percentage is shown in the Declarations.



© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit A**

NP 93 54 07 13

APP 042

# TEXAS  PERIOD  TO  FILE  A  CLAIM  OR  BRING LEGAL  ACTION  AGAINST  US  NOTICE - WINDSTORM  OR  HAIL - CATASTROPHE  AREA

This Notice  does not form  a part of your  insurance  contract.  No coverage  is provided  by this Notice,  nor can it be construed  to replace  any provisions  of your policy  (including  its endorsements).  If there  is any conflict between  this Notice  and the policy  (including  its endorsements),  **the provisions of the policy (including its endorsements)  shall prevail.**

Carefully  read your policy,  including  the endorsements  attached to your policy.

In accordance  with  Texas Insurance  Code Section  2301.010(f),  we are notifying  you that:

1.  With respect  to loss or damage  in the State of Texas  caused by windstorm  or hail in the catastrophe area, as defined  by the Texas Insurance  Code, any claim  must be filed with  us not later than one year after the date of the loss or damage  that is the subject  of the claim,  except that a claim  may be filed  after  the first anniversary  of the date  of the loss or damage  for good  cause  shown  by the person  filing  the claim;  and

2.  Any legal action  brought  against  us under the policy  for loss or damage  in the State  of Texas caused by windstorm  or hail in the catastrophe  area, as defined  by the Texas Insurance  Code, must be brought  within  the earlier  of the following:

   a.  Two years  and one day from  the date we accept  or reject  the claim;  or

   b.  Three years  and one day from  the date of the loss or damage  that is the subject  of the claim.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A APP 043

NP 98 20 01 15

## JURISDICTIONAL  BOILER  AND  PRESSURE  VESSEL  INSPECTIONS

Most jurisdictions  (cities or states) are governed  by laws and regulations  that require owners of boilers and pressure  vessels to have their equipment  inspected  on a routine  basis. Jurisdictions  require that equipment is installed  and operated  according  to these regulations,  and it is the equipment  breakdown  engineering inspector's  responsibility  to verify the equipment  complies  with all requirements.

Liberty  Mutual  Equipment  Breakdown  is a National  Board Accredited  Authorized  Inspection  Agency. This designation  is recognized  by authorities  having jurisdictions  in the U.S. & provinces  of Canada and gives Liberty Mutual  commissioned  inspectors  the ability to perform  jurisdictionally  required inspection  on boilers  and pressure  vessels at insured  locations. We have field inspectors  strategically  located throughout  the U.S. to perform  boiler and pressure  vessel inspection  for our customers  and clients.

**To request a Jurisdictional  Inspection  please:**

- **Call the LMEB Hotline (877) 526-0020**

**Or**

- **Email your request to LMEBInspections@Libertymutual.com**

The assigned  EB Risk Engineer  will call to schedule  within  24 - 48 hours.  When  requesting  an inspection please include  the following:

- Current  Policy  Number

- Location  Address

- Contact  Name

- Contact  Phone Number  and/or Email  Address

© 2015 Liberty Mutual Insurance

Exhibit A

APP 044



## ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSION
## ADVISORY NOTICE TO POLICYHOLDERS

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. Your renewal policy contains an exclusion regarding access or disclosure of personal information. The form described in this notice may have comparable state specific forms in lieu of the form mentioned below. In those situations, the title of the state forms on your policy will generally be very similar to the title mentioned in this notice.

The changes described below would also apply to those state specific forms; unless noted otherwise. In addition, this notice does not reference every change made to the endorsements or coverage forms, only material (or significant) changes.

Please read your policy and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail. Should you have questions after reviewing the changes outlined below, please contact your broker or agent. Thank you for your business.

With respect to bodily injury and property damage arising out of access or disclosure of confidential or personal information, these changes are a reinforcement of coverage intent. Damages related to data breaches, and certain data-related liability, are not intended to be covered by various liability coverage parts. These types of damages may be more appropriately covered under certain coverage endorsements providing data compromise, attack and extortion and network security liability.

BP 15 04 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception

When this endorsement is attached to your policy:

- Under Section **II - B.1.q.** Electronic Data, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Section **II - B.1.p.** Personal and Advertising Injury, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

© 2015 Liberty Mutual Insurance

Exhibit A

APP 045

SNI 42 02 04 15

# TEXAS NOTICE - NOTIFICATION  OF THE AVAILABLITY  OF
# LOSS CONTROL INFORMATION   SERVICES

We are committed  to providing  loss control information/services,   at no charge, to Texas commercial  auto-
mobile liability,  general liability  and professional  liability  policyholders  in an effort to prevent and reduce
potential  claims and losses.

To obtain further  information   about these services, please contact  our Risk Control Consulting  Center at 1
866 757 7324 or email  RCConsultingCenter@LibertyMutual.com.



Exhibit A

This page intentionally left blank.

Case 1:22-cv-00177-MJT   Document 18-1   Filed 01/10/23   Page 48 of 195 PageID #:  479



**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

**9450 Seward Road, Fairfield, Ohio 45014**

**Commercial Protector Common Policy Declarations**

Policy Number:
**BZS (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time at Insured Mailing Location*

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| INGENERO INC<br>4615 SOUTHWEST FWY STE 320<br>HOUSTON, TX 77027 | (201) 356-3400<br>FRENKEL BENEFITS, LLC<br>601 PLAZA THREE FL 6<br>JERSEY CITY, NJ 07311-1110 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** ENGINEERING CONSULTING SERVICES

***In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.***

## SUMMARY  OF COVERAGE PARTS AND CHARGES

These Declarations together with the Businessowners Coverage Form (and other applicable forms and endorsements, if any, issued to form a part of them) complete this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Protector** | $3,365.00 |

*Total Charges for all of the above coverage parts:*   ***$3,365.00***
*Certified Acts of Terrorism Coverage:*   *$17.00*   ***(Included)***

*Note: This is not a bill*

## IMPORTANT  MESSAGES

- Equipment Breakdown Enhancement Is Included - See Policy Forms and Endorsements summary

Issue Date          01/03/19                          Authorized Representative

***To report a claim, call your Agent or 1-800-362-0000***

DS 70 21 01 08

**Exhibit A**

APP 048

**Liberty Mutual. INSURANCE**

Ohio Security Insurance Company

Policy Number:
**BZS   (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| INGENERO INC<br>4615 SOUTHWEST FWY STE 320<br>HOUSTON, TX 77027 | (201) 356-3400<br>FRENKEL BENEFITS, LLC<br>601 PLAZA THREE FL 6<br>JERSEY CITY, NJ 07311-1110 |

### SUMMARY  OF LOCATION(S) AND PREMIUM(S)

0001 4615 Southwest Fwy Ste 320, Houston, TX 77027-7106                    *$3,043.00*

### POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 00 03 07 13 | Businessowners Coverage Form |
| BP 01 18 11 14 | Texas Changes |
| BP 03 12 01 10 | Windstorm or Hail Percentage Deductibles |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 04 97 01 06 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| BP 05 23 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| BP 05 77 01 06 | Fungi or Bacteria Exclusion (Liability) |
| BP 12 03 01 10 | Loss Payable Clauses |
| BP 15 04 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| BP 79 74 07 13 | Amendment of Pollution Exclusion (Premises) |
| BP 79 96 09 16 | Businessowners Liability Extension Endorsement |
| BP 80 79 01 07 | Texas Equipment Breakdown Amendatory Endorsement |
| BP 81 15 03 11 | Exclusion - Asbestos |
| BP 82 37 08 15 | Equipment Breakdown Coverage Endorsement |
| BP 82 46 06 09 | Employment - Related Practices Liability Coverage |
| BP 88 04 03 14 | Exclusion - Professional Services (Real Estate Agents, Insurance Agents, Travel Agents, Financial Services, Computer Software, Insurance Operations) |
| BP 88 12 03 14 | Data Compromise Coverage |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

Paul Condrin
President

***To report a claim, call your Agent or 1-800-362-0000***
**DS 70 21 11 16**

**Exhibit A**

APP 049



**Liberty Mutual** INSURANCE

Coverage is provided in the
Ohio Security Insurance Company

Policy Number:
**BZS   (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Protector   Common
Policy   Declarations**

**Named Insured**

INGENERO INC
4615 SOUTHWEST FWY STE 320
HOUSTON, TX 77027

**Agent**

(201) 356-3400
FRENKEL BENEFITS, LLC
601 PLAZA THREE FL 6
JERSEY CITY, NJ 07311-1110

## POLICY  FORMS  AND  ENDORSEMENTS  -  CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed
information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| BP 88 15 03 12 | Identity Recovery Coverage For Defined Individuals |
| BP 88 19 09 16 | Businessowners Property Endorsement |
| BP 88 77 07 13 | Identity Theft Administrative Services and Expense Coverage |
| BP 88 78 07 13 | Business Personal Property Limit - Automatic Increase |
| BP 88 90 03 14 | CyberOne Coverage |
| BP 88 94 03 14 | Texas Changes - CyberOne Coverage |

*To report a claim,  call  your Agent or  1-800-362-0000*

**DS 70 21 11 16**

**Exhibit A**

APP 050

This page intentionally left blank.

Case 1:22-cv-00177-MJT   Document 12-3   Filed 01/10/23   Page 52 of 195 PageID #:  483

# Liberty Mutual INSURANCE

Coverage is provided in
Ohio Security Insurance Company

Policy Number:
**BZS (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Protector
Policy  Declarations**

| Named Insured | Agent |
|---|---|
| INGENERO INC | (201) 356-3400<br>FRENKEL BENEFITS, LLC |



## SUMMARY OF LIMITS AND CHARGES

| | DESCRIPTION | LIMIT |
|---|---|---|
| Businessowners Liability Limits of Insurance | Liability and Medical Expenses - Occurrence | 1,000,000 |
| | Aggregate Limits of Insurance | |
| |     Products-Completed Operations | 2,000,000 |
| |     Other than Products-Completed Operations | 2,000,000 |
| | Broadened Coverage For Damage To Premises Rented To You | 1,000,000 |
| | Medical Expenses (Any One Person) | 15,000 |

| | DESCRIPTION | PREMIUM |
|---|---|---|
| Explanation of Charges | Businessowners Location(s) Total | $3,043.00 |
| | Businessowners Other Coverage(s) Total | $305.00 |
| | Certified Acts of Terrorism Coverage | $17.00 |

*Total Charges:*  **$3,365.00**

*Note: This is not a bill*

---

*To report a claim,  call  your Agent or  1-800-362-0000*

DS 70 22 01 08                                   **Exhibit A**                                   APP 052



Case 1:22-cv-00177-MJT   Document 12-1   Filed 01/10/23   Page 53 of 195 PageID #:  484

**Liberty Mutual® INSURANCE**

Coverage Provided by
Ohio Security Insurance Company

Policy Number:
**BZS (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Protector
Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| INGENERO INC | (201) 356-3400 |
|  | FRENKEL BENEFITS, LLC |

## SUMMARY  OF  COVERAGES  BY  LOCATION

**0001    4615 Southwest Fwy Ste 320,  Houston, TX 77027-7106**

**Property Characteristics**

**Description:**

**Construction:** Fire Resistive

**Business Personal Property Coverage**

**Occupancy:** Office: Engineers

| DESCRIPTION | |
|---|---|
| Limit of Insurance | $54,105 |
| **Covered Causes of Loss** | |
| Special Form | |
| Deductible | $1,000 |
| Deductible - Windstorm or Hail | 5% |
| Automatic Increase Business Personal Property | 2% |
| *Premium* | *$3,043.00* |

## SUMMARY  OF  OTHER  COVERAGES

**Employee Dishonesty Including Forgery and Alteration**

| DESCRIPTION | |
|---|---|
| Limit of Insurance | $25,000 |
| Number of Employees | 5 |
| Deductible | $500 |
| *Premium* | *Included* |

*To report a claim,  call your Agent or  1-800-362-0000*

**DS 70 23 01 08**                         **Exhibit A**                              APP 053

**Liberty Mutual.**
**INSURANCE**

Coverage is Provided in
Ohio Security Insurance Company

Policy Number:
**BZS (20)  58 58 69 10**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial  Protector**
**Declarations  Schedule**

| Named Insured | Agent |
|---|---|
| INGENERO INC | (201) 356-3400 |
| | FRENKEL BENEFITS, LLC |

## SUMMARY OF OTHER COVERAGES - continued

| Employment Related Practices | DESCRIPTION | |
|---|---|---|
| | Aggregate Limit | $25,000 |
| | Each Claim Limit | $25,000 |
| | Number of Employees | 5 |
| | Retroactive Date | 03/01/2018 |
| | Deductible | $5,000 |
| | Coinsurance | 0% |
| | *Premium* | *$60.00* |

| Identity Recovery Coverage for Defined Individuals | DESCRIPTION | |
|---|---|---|
| | See Endorsement | |
| | *Premium* | *$12.00* |

| Data Compromise Coverage | DESCRIPTION | |
|---|---|---|
| | See Endorsement | |
| | Premium | Included |
| | CyberOne Coverage | |
| | DESCRIPTION | |
| | See Endorsement | |
| | Premium | Included |

| | *Total Premium* | *$233.00* |
|---|---|---|
| **Businessowners Location(s) Total** | | **$3,043.00** |
| **Businessowners Other Coverage(s) Total** | | **$305.00** |
| **Businessowners Schedule Total** | | **$3,348.00** |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 23 01 08**    **Exhibit A**    APP 054



This page intentionally left blank.

**Exhibit A**

# BUSINESSOWNERS   COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

In Section **II** - Liability, the word "insured" means any person or organization qualifying as such under Paragraph **C.** Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in Section **I** - Property and Paragraph **F.** Liability And Medical Expenses Definitions in Section **II** - Liability.

## SECTION I - PROPERTY

### A.  Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1.  Covered Property**

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit Of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 100 feet of the buildings or structures or within 100 feet of the premises described in the Declarations, whichever distance is greater, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b);**

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

© Insurance Services Office, Inc., 2012

Exhibit A

APP 056



**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2);** and

**(5)** Exterior building glass, if you are a tenant and no Limit Of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**2.   Property Not Covered**

Covered Property does not include:

**a.**   Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.**   "Money" or "securities" except as provided in the:

**(1)** Money And Securities Optional Coverage; or

**(2)** Employee Dishonesty Optional Coverage;

**c.**   Contraband, or property in the course of illegal transportation or trade;

**d.**   Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**e.**   Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

**(1)** Outdoor Property Coverage Extension; or

**(2)** Outdoor Signs Optional Coverage;

**f.**   Watercraft (including motors, equipment and accessories) while afloat;

**g.**   Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

**h.**   "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.**   "Electronic data", except as provided under Additional Coverages - Electronic Data. This Paragraph **i.** does not apply to your "stock" of prepackaged software or to "electronic data" which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system; or

**j.**   Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

**3.   Covered Causes Of Loss**

Direct physical loss unless the loss is excluded or limited under Section **I** - Property.

**4.   Limitations**

**a.**   We will not pay for loss of or damage to:

**(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 057

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory,  or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

(5) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

(6) Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

(a) Dampness or dryness of atmosphere or of soil supporting the vegetation;

(b) Changes in or extremes of temperature;

(c) Disease;

(d) Frost or hail; or

(e) Rain, snow, ice or sleet.

b. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

(1) Animals, and then only if they are killed or their destruction is made necessary.

(2) Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

(a) Glass that is part of the exterior or interior of a building or structure;

(b) Containers of property held for sale; or

(c) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown (unless a higher Limit Of Insurance is shown in the Declarations):

(1) $2,500 for furs, fur garments and garments trimmed with fur.

(2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

5. **Additional Coverages**

a. **Debris Removal**

(1) Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

© Insurance Services Office, Inc., 2012

Exhibit A

APP 058

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this policy;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to Paragraph **(3)(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if Paragraphs **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5)** **Examples**

**Example 1**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 059

**Example 2**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000-$500) |
| Debris Removal Expense | $40,000 |

Debris Removal Expense
Payable

| | |
|---|---|
| Basic Amount | $10,500 |
| Additional Amount | $25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b.   Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)**   While it is being moved or while temporarily stored at another location; and

**(2)**   Only if the loss or damage occurs within 30 days after the property is first moved.

**c.   Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500 for service at each premises described in the Declarations, unless a different limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)**   Assumed by contract or agreement prior to loss; or

**(2)**   Required by local ordinance.

**d.   Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7).**

**(1)**   For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)**   We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

**(a)**   Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(b)**   Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

Exhibit A

(c) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

(d) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(i) A cause of loss listed in Paragraph **(2)(a)** or **(2)(b);**

(ii) One or more of the "specified causes of loss";

(iii) Breakage of building glass;

(iv) Weight of people or personal property; or

(v) Weight of rain that collects on a roof.

(3) This Additional Coverage - Collapse does **not** apply to:

(a) A building or any part of a building that is in danger of falling down or caving in;

(b) A part of a building that is standing, even if it has separated from another part of the building; or

(c) A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(4) With respect to the following property:

(a) Awnings;

(b) Gutters and downspouts;

(c) Yard fixtures;

(d) Outdoor swimming pools;

(e) Piers, wharves and docks;

(f) Beach or diving platforms or appurtenances;

(g) Retaining walls; and

(h) Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d),** we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

(5) If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

(a) The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in Paragraph **(4),** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

(6) This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(7) This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this policy.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 061

(8)   The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**e.   Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage, but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(1)   Results in discharge of any substance from an automatic fire protection system; or

(2)   Is directly caused by freezing.

**f.   Business Income**

(1)   Business Income

(a)   We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

(i)   The portion of the building which you rent, lease or occupy;

(ii)   The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

(iii)   Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

(b)   We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

(c)   Business Income means the:

(i)   Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

(ii)   Continuing normal operating expenses incurred, including payroll.

**(d)** Ordinary payroll expenses:

**(i)** Means payroll expenses for all your employees except:

  **i.** Officers;

  **ii.** Executives;

  **iii.** Department Managers;

  **iv.** Employees under contract; and

  **v.** Additional Exemptions shown in the Declarations as:

  ● Job Classifications; or

  ● Employees.

**(ii)** Include:

  **i.** Payroll;

  **ii.** Employee benefits, if directly related to payroll;

  **iii.** FICA payments you pay;

  **iv.** Union dues you pay; and

  **v.** Workers' compensation premiums.

**(2) Extended Business Income**

**(a)** If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

  **(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

  **(ii)** Ends on the earlier of:

    **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

    **ii.** 60 consecutive days after the date determined in Paragraph **(a)(i)** above, unless a greater number of consecutive days is shown in the Declarations.

  However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** This Additional Coverage is not subject to the Limits of Insurance of Section **I** - Property.

© Insurance Services Office, Inc., 2012

**Exhibit A**



**g. Extra Expense**

**(1)** We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises mean:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**(2)** Extra Expense means expense incurred:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described premises; or

**(ii)** At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

**(3)** With respect to the coverage provided in this Additional Coverage, suspension means:

**(a)** The partial slowdown or complete cessation of your business activities; or

**(b)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section **I** - Property.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

Exhibit A

APP 064

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**i.   Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section **I** - Property.

**j.   Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k.   Forgery Or Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act and will be treated the same as the original it replaced.

Exhibit A

APP 065

of 182

52

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit Of Insurance is shown in the Declarations.

**I.** **Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings insured on a replacement cost basis.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs **(3)** through **(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in Paragraph **(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under Section **I** - Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

© Insurance Services Office, Inc., 2012

Exhibit A

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment Property Loss Condition in Section **I** - Property do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph **(6)** of this Additional Coverage, is not subject to such limitation.

**m. Business Income From Dependent Properties**

**(1)** We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property or secondary dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss at the premises of a dependent property or secondary dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property or secondary dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit Of Insurance is indicated in the Declarations.

**(2)** We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(a)** Source of materials; or

**(b)** Outlet for your products.

**(3)** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(4)** Dependent property means property owned by others whom you depend on to:

**(a)** Deliver materials or services to you, or to others for your account. But services does not mean water supply services, wastewater removal services, communication supply services or power supply services;

**(b)** Accept your products or services;

**(c)** Manufacture your products for delivery to your customers under contract for sale; or

**(d)** Attract customers to your business.

The dependent property must be located in the coverage territory of this policy.

**(5)** Secondary dependent property means an entity which is not owned or operated by a dependent property and which;

**(a)** Delivers materials or services to a dependent property, which in turn are used by the dependent property in providing materials or services to you; or

**(b)** Accepts materials or services from a dependent property, which in turn accepts your materials or services.

© Insurance Services Office, Inc., 2012

**Exhibit A**

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary dependent property.

Any property which delivers any of the following services is not a secondary dependent property with respect to such services:

(i) Water supply services;

(ii) Wastewater removal services;

(iii) Communication supply services; or

(iv) Power supply services.

The secondary dependent property must be located in the coverage territory of this policy.

(6) The coverage period for Business Income under this Additional Coverage:

(a) Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property or secondary dependent property; and

(b) Ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

(7) The Business Income coverage period, as stated in Paragraph (6), does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

(8) The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

n. **Glass Expenses**

(1) We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

(2) We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

o. **Fire Extinguisher Systems Recharge Expense**

(1) We will pay:

(a) The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

(b) For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

(2) No coverage will apply if the fire extinguishing system is discharged during installation or testing.

(3) The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

p. **Electronic Data**

(1) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the

© Insurance Services Office, Inc., 2012

**Exhibit A**

APP 068

extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of re-placement of the media on which the "electronic data" was stored, with blank media of sub-stantially identical type.

(2) The Covered Causes of Loss ap-plicable to Business Personal Property include a computer virus, harmful code or similar in-struction introduced into or en-acted on a computer system (in-cluding "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from ma-nipulation of a computer system (including "electronic data") by any employee, including a tem-porary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or re-place that system.

(3) The most we will pay under this Additional Coverage - Electronic Data for all loss or damage sus-tained in any one policy year, re-gardless of the number of occur-rences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit Of Insurance is shown in the Declarations. If loss payment on the first occurrence does not ex-haust this amount, then the bal-ance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occur-rence began.

(4) This Additional Coverage does not apply to your "stock" of prepackaged software, or to "electronic data" which is inte-grated in and operates or con-trols a building's elevator, light-ing, heating, ventilation, air conditioning or security system.

q. **Interruption Of Computer Oper-ations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that ap-plies to Business Income and Ex-tra Expense to apply to a suspen-sion of "operations" caused by an interruption in computer op-erations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the follow-ing:

(a) Coverage under this Addi-tional Coverage - Interrup-tion Of Computer Operations is limited to the "specified causes of loss" and Collapse.

(b) If the Businessowners Cov-erage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not ap-ply to the coverage provided under this Additional Cover-age.

(c) The Covered Causes of Loss include a computer virus, harmful code or similar in-struction introduced into or enacted on a computer sys-tem (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an inter-ruption related to manipula-tion of a computer system (including "electronic data")

© Insurance Services Office, Inc., 2012     **BP 00 03 07 13**

Exhibit A

by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage - Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit Of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage - Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(3)** above has not been exhausted.

**(5)** Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(6)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs **(1)** through **(4)** of this Additional Coverage.

**(7)** This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**r.** **Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

**(1)** The coverage described in Paragraphs **r.(2)** and **r.(6)** only applies when the "fungi", wet rot or dry rot is the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot is present.

(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage:

(a) If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense Additional Coverages is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

6. **Coverage Extensions**

In addition to the Limits of Insurance of Section I - Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises:

Exhibit A

APP 071



a.   **Newly Acquired Or Constructed Property**

(1)   **Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

(a)   Your new buildings while being built on the described premises; and

(b)   Buildings you acquire at premises other than the one described, intended for:

(i)   Similar use as the building described in the Declarations; or

(ii)   Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2)   **Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

(a)   Business Personal Property, including such property that you newly acquire, at any location you acquire; or

(b)   Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(3)   **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a)   This policy expires;

(b)   30 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

(c)   You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

b.   **Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

c.   **Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than trees, shrubs and plants which are part of a vegetated roof), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

(1)   Fire;

(2)   Lightning;

(3)   Explosion;

(4)   Riot or Civil Commotion; or

(5)   Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit Of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

Exhibit A

APP 072

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**d.   Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**e.   Valuable Papers And Records**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale; and

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit Of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

**(4)** Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

**(5)** Paragraph **B.** Exclusions in Section **I** - Property does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.2.m.(2),** Errors Or Omissions; and

**(g)** Paragraph **B.3.**

**f.   Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

Exhibit A

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

**(3)** Paragraph **B.** Exclusions in Section **I** - Property does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.c.,** Governmental Action;

**(b)** Paragraph **B.1.d.,** Nuclear Hazard;

**(c)** Paragraph **B.1.f.,** War And Military Action;

**(d)** Paragraph **B.2.f.,** Dishonesty;

**(e)** Paragraph **B.2.g.,** False Pretense;

**(f)** Paragraph **B.3.;** and

**(g)** Paragraph **B.6.,** Accounts Receivable Exclusion.

**g.** **Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the buildings or structures described in the Declarations or within 100 feet of the described premises, whichever distance is greater.

**(2)** The limitation under Paragraph **A.4.a.(5)** also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the Business Personal Property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to Business Personal Property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form, and does not apply to loss or damage to the storage unit itself.

Exhibit A

## B.  Exclusions

1.  We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **a.  Ordinance Or Law**

   **(1)** The enforcement of or compliance with any ordinance or law:

   **(a)** Regulating the construction, use or repair of any property; or

   **(b)** Requiring the tearing down of any property, including the cost of removing its debris.

   **(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   **b.  Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man- made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   With respect to coverage for volcanic action as set forth in **5(a)**, **(5)(b)** and **5(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2012

**Exhibit A**

APP 075

of 182

62



**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

  **(a)** Foundations, walls, floors or paved surfaces;

  **(b)** Basements, whether paved or not; or

  **(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

© Insurance Services Office, Inc., 2012
Exhibit A
APP 076

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h.   Certain Computer-related  Losses**

**(1)** The failure, malfunction or inadequacy of:

**(a)** Any of the following, whether belonging to any insured or to others:

**(i)** "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

**(ii)** "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

**(iii)** "Computer" operating systems and related software;

**(iv)** "Computer" networks;

**(v)** Microprocessors ("computer" chips) not part of any "computer" system; or

**(vi)** Any other computerized or electronic equipment or components; or

**(b)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**(2)** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above, results in a "specified cause of loss" under Section **I - Property**, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

**i.   "Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungi", wet rot or dry rot results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

**j.   Virus Or Bacteria**

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.**

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1)**, such exclusion supersedes any exclusion relating to "pollutants".

© Insurance Services Office, Inc., 2012

Exhibit A

APP 077



**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.  Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**b.  Consequential Losses**

Delay, loss of use or loss of market.

**c.  Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.  Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e.  Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f.  Dishonesty**

Dishonest or criminal acts (including theft) by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including temporary or leased employees), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

Exhibit A

APP 078

**(2)** Does not apply to acts of destruction by your employees (including temporary or leased employees) or authorized representatives; but theft by your employees (including temporary or leased employees) or authorized representatives is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

**(a)** An abrupt falling down or caving in;

**(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b).**

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion **i.** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

Exhibit A

APP 079

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified" cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m.** **Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**n.** **Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this Coverage Form.

**o.** **Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section **I** - Property.

However, we will pay for direct loss or damage caused by lightning.

**p.** **Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** **Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b.** **Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** **Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if

such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income And Extra Expense Exclusions**

    **a.** We will not pay for:

        **(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

            **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

            **(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

        **(2)** Any other consequential loss.

    **b.** With respect to this exclusion, suspension means:

        **(1)** The partial slowdown or complete cessation of your business activities; and

        **(2)** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**6. Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

    **a.** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

    **b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

    **c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C. Limits Of Insurance**

    **1.** The most we will pay for loss or damage in any one occurrence is the applicable Limits Of Insurance of Section **I** - Property shown in the Declarations.

    **2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

    **3.** The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits Of Insurance of Section **I** - Property:

        **a.** Fire Department Service Charge;

        **b.** Pollutant Clean-up And Removal;

        **c.** Increased Cost Of Construction;

        **d.** Business Income From Dependent Properties;

        **e.** Electronic Data; and

        **f.** Interruption Of Computer Operations.

    **4. Building Limit - Automatic Increase**

        **a.** In accordance with Paragraph **C.4.b.**, the Limit of Insurance for Buildings will automatically increase by 8%, unless a different percentage of annual increase is shown in the Declarations.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 081

**b.** The amount of increase is calculated as follows:

**(1)** Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date or any other policy change amending the Building limit by:

**(a)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

**(b)** .08, if no percentage of annual increase is shown in the Declarations; and

**(2)** Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 365 = $3,200.

**5. Business Personal Property Limit - Seasonal Increase**

**a.** Subject to Paragraph **5.b.**, the Limit of Insurance for Business Personal Property is automatically increased by:

**(1)** The Business Personal Property - Seasonal Increase percentage shown in the Declarations; or

**(2)** 25% if no Business Personal Property - Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

**b.** The increase described in Paragraph **5.a.** will apply only if the Limit Of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

**(1)** The 12 months immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date the loss or damage occurs.

**D. Deductibles**

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section **I** - Property.

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

**a.** Money and Securities;

**b.** Employee Dishonesty;

**c.** Outdoor Signs; and

**d.** Forgery or Alteration.

But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

**a.** Fire Department Service Charge;

**b.** Business Income;

**c.** Extra Expense;

**d.** Civil Authority; and

**e.** Fire Extinguisher Systems Recharge Expense.

**E. Property Loss Conditions**

**1. Abandonment**

There can be no abandonment of any property to us.

Exhibit A

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section **I** - Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

Exhibit A    APP 083

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

(i) The Limit of Insurance under Section **I** - Property that applies to the lost or damaged property;

(ii) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and

ii. Used for the same purpose; or

(iii) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

(b) If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

(i) The actual cash value of the lost or damaged property; or

(ii) A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property.

**Example**

The full replacement cost of property which suffers a total loss is $100,000. The property is insured for $70,000. 80% of the full replacement cost of the property immediately before the loss is $80,000 ($100,000 x .80 = $80,000). A partial loss of $25,000 is sustained. The amount of recovery is determined as follows:

Amount of recovery

$70,000 ÷ $80,000 = .875

.875 x $25,000 = $21,875

© Insurance Services Office, Inc., 2012

**Exhibit A**

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

    **(i)** Until the lost or damaged property is actually repaired or replaced; and

    **(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value - Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

    **(a)** Used or secondhand merchandise held in storage or for sale;

    **(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

    **(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

    **(d)** Manuscripts; and

    **(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' improvements and betterments at:

    **(a)** Replacement cost if you make repairs promptly.

    **(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        **(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 085

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

(6) Applicable only to the Optional Coverages:

(a) "Money" at its face value; and

(b) "Securities" at their value at the close of business on the day the loss is discovered.

(7) Applicable only to accounts receivable:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

(i) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(ii) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no loss or damage;

(ii) The amount of the accounts that you are able to reestablish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**6.   Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section **I** - Property.

**7.   Resumption Of Operations**

We will reduce the amount of your:

**a.**   Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.**   Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**8.   Vacancy**

**a.   Description Of Terms**

**(1)**   As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

**(a)**   When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)**   When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)**   Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)**   Used by the building owner to conduct customary operations.

**(2)**   Buildings under construction or renovation are not considered vacant.

**b.   Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)**   We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)**   Vandalism;

**(b)**   Sprinkler leakage, unless you have protected the system against freezing;

**(c)**   Building glass breakage;

**(d)**   Water damage;

**(e)**   Theft; or

**(f)**   Attempted theft.

**(2)**   With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F.   Property General Conditions**

**1.   Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2.   Mortgageholders**

**a.**   The term "mortgageholder" includes trustee.

**b.**   We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.**   The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

© Insurance Services Office, Inc., 2012

Exhibit A

BP 00 03 07 13

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3.** **No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4.** **Policy Period, Coverage Territory**

Under Section **I** - Property:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**G.** **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below:

**1.** **Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3.,** Covered Causes Of Loss and Paragraph **B.,** Exclusions in Section **I** - Property do not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.c.,** Governmental Action;

**(2)** Paragraph **B.1.d.,** Nuclear Hazard; and

**(3)** Paragraph **B.1.f.,** War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Rust;

**(4)** Corrosion; or

**(5)** Mechanical breakdown.

Exhibit A

    d.  The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Outdoor Signs shown in the Declarations.

    e.  The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2.  Money And Securities**

    a.  We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

        (1)  Theft, meaning any act of stealing;

        (2)  Disappearance; or

        (3)  Destruction.

    b.  In addition to the Limitations and Exclusions applicable to Section I - Property, we will not pay for loss:

        (1)  Resulting from accounting or arithmetical errors or omissions;

        (2)  Due to the giving or surrendering of property in any exchange or purchase; or

        (3)  Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

    c.  The most we will pay for loss in any one occurrence is:

        (1)  The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

            (a)  In or on the described premises; or

            (b)  Within a bank or savings institution; and

        (2)  The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

    d.  All loss:

        (1)  Caused by one or more persons; or

        (2)  Involving a single act or series of related acts;

    is considered one occurrence.

    e.  You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**3.  Employee Dishonesty**

    a.  We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

        (1)  Cause you to sustain loss or damage; and also

        (2)  Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

            (a)  Any employee; or

            (b)  Any other person or organization.

    b.  We will not pay for loss or damage:

        (1)  Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

        (2)  Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

            (a)  Whether acting alone or in collusion with other persons; or

            (b)  While performing services for you or otherwise.

        (3)  The only proof of which as to its existence or amount is:

            (a)  An inventory computation; or

            (b)  A profit and loss computation.

**(4)** Caused by an employee if the employee had also committed theft or any other dishonest act prior to the effective date of this policy and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the employee, learned of that theft or dishonest act prior to the policy period shown in the Declarations.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit Of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts;

is considered one occurrence.

**e.** If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** This Optional Coverage is cancelled as to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Optional Coverage in Paragraph **G.3.**, employee means:

**(1)** Any natural person:

**(a)** While in your service or for 30 days after termination of service;

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent employee, as defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term workload conditions;

Exhibit A

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

**(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Equipment Breakdown Protection Coverage**

**a.** We will pay for direct loss of or damage to Covered Property caused by or resulting from a mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment.

Mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment does not mean any:

**(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(3)** Damage to any vacuum tube, gas tube, or brush; or

**(4)** The functioning of any safety or protective device.

**b.** Paragraphs **A.4.a.(1)** and **A.4.a.(2),** Limitations, do not apply to this Optional Coverage.

**c.** With respect to the coverage provided by this Optional Coverage, the following exclusions in Paragraph **B. Exclusions** do not apply:

**(1)** Paragraph **B.2.a.,** Electrical Apparatus;

**(2)** Paragraph **B.2.d.,** Steam Apparatus; and

**(3)** Paragraph **B.2.l.(6),** Mechanical Breakdown.

**d.** With respect to the coverage provided by this Optional Coverage, Paragraph **G.1.c.(5)** of the **Outdoor Signs Optional Coverage** does not apply.

**e.** If a dollar deductible is shown in the Declarations for this Optional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no optional deductible is chosen for this Optional Coverage, the Property Deductible shown in the Declarations applies.

**f.** With respect to Additional Coverages **5.f.** Business Income and **5.g.** Extra Expense, if the 72-hour time period in the definition of "period of restoration" (hereinafter referred to as time deductible) is amended for this Optional Coverage as shown in the Declarations, we will not pay for any Business Income loss that occurs during the consecutive number of hours shown as the time deductible in the Declarations immediately following a mechanical breakdown or electrical failure. If a time deductible is shown in days, each day shall mean 24 consecutive hours.

© Insurance Services Office, Inc., 2012

Exhibit A

With respect to the coverage provided by this Optional Coverage, any time deductible shown in the Declarations for Equipment Breakdown Protection Coverage supersedes any time deductible otherwise applicable to the Business Income coverage provided by this policy.

**g.** With respect to the coverage provided by this Optional Coverage, Paragraph **H. Property Definitions** is amended as follows:

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production-type machinery or equipment.

**h.** Whenever any covered pressure, mechanical or electrical machinery and equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may suspend coverage provided by this Optional Coverage for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment.

However, coverage provided by this Optional Coverage may be reinstated for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment if the reasons for the suspension are found by any of our representatives to no longer exist.

We may suspend or reinstate this Optional coverage by mailing or delivering a written notification regarding the suspension or reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the pressure, mechanical or electrical machinery and equipment is located.

This notification will indicate the effective date of the suspension or reinstatement.

If the coverage provided by this Optional Coverage is not reinstated, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H.** **Property Definitions**

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production-type machinery or equipment.

**2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**3.** "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD- ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

**4.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 092

5. "Manager" means a person serving in a directorial capacity for a limited liability company.

6. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

7. "Money" means:

   a. Currency, coins and bank notes in current use and having a face value; and

   b. Traveler's checks, register checks and money orders held for sale to the public.

8. "Operations" means your business activities occurring at the described premises.

9. "Period of restoration":

   a. Means the period of time that:

      (1) Begins:

         (a) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

         (b) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

         caused by or resulting from any Covered Cause of Loss at the described premises; and

      (2) Ends on the earlier of:

         (a) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

         (b) The date when business is resumed at a new permanent location.

   b. Does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

10. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

11. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

12. "Specified causes of loss" means the following:

    Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

       (1) The cost of filling sinkholes; or

       (2) Sinking or collapse of land into man-made underground cavities.

    b. Falling objects does not include loss of or damage to:

       (1) Personal property in the open; or

       (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

Exhibit A

APP 093

c. Water damage means:

    **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

    **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

**13.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

**14.** "Valuable papers and records" means inscribed, printed or written:

    **a.** Documents;

    **b.** Manuscripts; and

    **c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages. But "valuable papers and records" does not mean "money" or "securities".

## SECTION II - LIABILITY

**A. Coverages**

    **1. Business Liability**

      **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

      **(1)** The amount we will pay for damages is limited as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** - Liability; and

      **(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension - Supplementary Payments.

      **b.** This insurance applies:

      **(1)** To "bodily injury" and "property damage" only if:

        **(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        **(b)** The "bodily injury" or "property damage" occurs during the policy period; and



Exhibit A

(c) Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

(2) To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

f. **Coverage Extension - Supplementary Payments**

(1) We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

(a) All expenses we incur.

(b) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(c) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(d) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

(e) All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 095

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

  **i.** Cooperate with us in the investigation, settlement or defense of the "suit";

  **ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

  **iii.** Notify any other insurer whose coverage is available to the indemnitee; and

  **iv.** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(ii)** Provides us with written authorization to:

  **i.** Obtain records and other information related to the "suit"; and

  **ii.** Conduct and control the defense of the indemnitee in such "suit".

**(3)** So long as the conditions in Paragraph **(2)** are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in Section **II** - Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

 © Insurance Services Office, Inc., 2012

Exhibit A

APP 096

Our obligation to defend an in-sured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supple-mentary Payments ends when:

**(a)** We have used up the applic-able Limit of Insurance in the payment of judgments or settlements; or

**(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above, are no longer met.

**2. Medical Expenses**

**a.** We will pay medical expenses as de-scribed below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our ex-pense, by physicians of our choice as often as we rea-sonably require.

**b.** We will make these payments re-gardless of fault. These payments will not exceed the Limits of Insur-ance of Section **II** - Liability. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, includ-ing prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. Exclusions**

**1. Applicable To Business Liability Cover-age**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property dam-age" expected or intended from the standpoint of the insured. This exclu-sion does not apply to "bodily in-jury" resulting from the use of rea-sonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property dam-age" for which the insured is obligat-ed to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agree-ment that is an "insured con-tract", provided the "bodily in-jury" or "property damage" occurs subsequent to the execu-tion of the contract or agree-ment. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation ex-penses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been as-sumed in the same "insured contract"; and

**(b)** Such attorney fees and liti-gation expenses are for de-fense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are al-leged.

Exhibit A

APP 097



**c.   Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)**  Causing or contributing to the intoxication of any person;

**(2)**  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)**  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

**(a)**  The supervision, hiring, employment, training or monitoring of others by an insured; or

**(b)**  Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d.   Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.   Employer's Liability**

"Bodily injury" to:

**(1)**  An "employee" of the insured arising out of and in the course of:

**(a)**  Employment by the insured; or

**(b)**  Performing duties related to the conduct of the insured's business; or

**(2)**  The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.   Pollution**

**(1)**  "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)**  At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)**  "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

© Insurance Services Office, Inc., 2012

**Exhibit A**

APP 098

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

Exhibit A

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 51 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

© Insurance Services Office, Inc., 2012

Exhibit A    APP 100

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

**(b)** The operation of any of the following machinery or equipment:

**(i)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(ii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services; and

**(9)** Services in the practice of pharmacy.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 101

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

**k.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations;  or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability And Medical Expenses Limits Of Insurance in Section **II** - Liability.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

Exhibit A

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.  Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(5)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(6)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(7)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(8)** Committed by an insured whose business is:

**(a)** Advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting;

**(9)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

© Insurance Services Office, Inc., 2012

**Exhibit A**

**(10)** With respect to any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants";

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

**(12)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan;

**(13)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**q.   Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**r.   Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**s.   Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.**, **d.**, **e.**, **f.**, **g.**, **h.**, **i.**, **k.**, **l.**, **m.**, **n.** and **o.** in Section **II** - Liability do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.** Liability And Medical Expenses Limits of Insurance in Section **II** - Liability.

**2. Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.** To any insured, except "volunteer workers".

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Business Liability Coverage.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage - Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability;  or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof;  or

**(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

© Insurance Services Office, Inc., 2012

Exhibit A

APP 105

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material";  if:

**(1)** The "nuclear material":

**(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured;  or

**(b)** Has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured;  or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility";  but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility"  and any property threat.

**d.** As used in this exclusion:

**(1)** "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(2)** "Hazardous properties" include radioactive, toxic or explosive properties;

**(3)** "Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for:

**(i)** Separating the isotopes of uranium or plutonium;

**(ii)** Processing or utilizing "spent fuel";  or

**(iii)** Handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

**(4)** "Nuclear material" means "source material", "special nuclear material" or "by-product material";

**(5)** "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self- supporting chain reaction or to contain a critical mass of fissionable material;

**(6)** "Property damage" includes all forms of radioactive contamination of property;

**(7)** "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(8)** "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(9)** "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

Exhibit A

**(10)** "Waste"  means any waste ma-
terial:

**(a)** Containing "by-product  ma-
terial" other than the tailings
or wastes produced  by the
extraction or concentration
of uranium or thorium from
any ore processed  primarily
for its "source  material"
content;  and

**(b)** Resulting  from the operation
by any person or organiza-
tion of any "nuclear  facility"
included  under Paragraphs
**(a)** and **(b)** of the definition
of "nuclear  facility".

## C.  Who Is An Insured

**1.**   If you are designated  in the Declarations
as:

**a.**   An individual,  you and your spouse
are insureds, but only with respect to
the conduct  of a business  of which
you are the sole owner.

**b.**   A partnership  or joint venture, you
are an insured. Your members, your
partners and their spouses are also
insureds, but only with respect to the
conduct  of your business.

**c.**   A limited  liability company, you are
an insured.  Your members  are also
insureds, but only with respect to the
conduct  of your business. Your man-
agers are insureds, but only with re-
spect to their duties  as your manag-
ers.

**d.**   An organization  other  than  a
partnership, joint venture or limited
liability company, you are an in-
sured. Your "executive officers" and
directors are insureds,  but only with
respect to their duties  as your offi-
cers or directors.  Your stockholders
are also insureds, but only with re-
spect  to  their  liability  as
stockholders.

**e.**   A trust, you are an insured. Your
trustees  are also insureds, but only
with respect to their duties as trust-
ees.

**2.**   Each of the following  is also an insured:

**a.**   Your "volunteer  workers"  only while
performing  duties related to the con-
duct of your business,  or your "em-
ployees",  other than either your "ex-
ecutive  officers"  (if  you  are an
organization  other  than a partner-
ship, joint venture or limited  liability
company) or your managers (if you
are a limited  liability  company), but
only for acts within  the scope of their
employment  by you or while  per-
forming  duties related to the conduct
of your business.  However,  none of
these  "employees"  or "volunteer
workers"  are insureds  for:

**(1)** "Bodily  injury" or "personal  and
advertising  injury":

**(a)** To you, to your partners  or
members  (if you are a part-
nership  or joint venture), to
your members  (if you are a
limited  liability  company),
or to a co-"employee"  while
in the course  of his or her
employment  or performing
duties related to the conduct
of your business, or to your
other  "volunteer  workers"
while performing  duties re-
lated to the conduct of your
business;

**(b)** To the spouse, child, parent,
brother  or sister of that
co-"employee"  as a conse-
quence  of Paragraph  **(a)**
above;

**(c)** For which  there is any obli-
gation  to  share  damages
with or repay someone  else
who must pay damages be-
cause of the injury  described
in Paragraph  **(a)** or **(b);** or

**(d)** Arising  out of his or her pro-
viding  or failing  to provide
professional  health care ser-
vices.

**(2)** "Property  damage"  to property:

**(a)** Owned,  occupied  or used
by;

**(b)** Rented to, in the care, cus-
tody or control  of, or over
which physical  control  is be-
ing  exercised  for any pur-
pose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture); or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D.  Liability And Medical Expenses Limits Of Insurance**

**1.** The Limits of Insurance of Section **II** - Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

**4.  Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus medical expenses;

**(3)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability and Medical Expenses limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section **II** - Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

Exhibit A

**E. Liability And Medical Expenses General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of Section **II** - Liability, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

© Insurance Services Office, Inc., 2012

Exhibit A

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**(2)** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.



© Insurance Services Office, Inc., 2012          Page 55 of 61

Exhibit A

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

  **(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

  **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

  **(1)** Power cranes, shovels, loaders, diggers or drills; or

  **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

  **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

  **(a)** Snow removal;

  **(b)** Road maintenance, but not construction or resurfacing; or

  **(c)** Street cleaning;

© Insurance Services Office, Inc., 2012

Exhibit A

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

Exhibit A

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

of 182

100

**SECTION III - COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I - PROPERTY AND SECTION II - LIABILITY)**

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    **a.** Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

    **(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

        **(a)** Seasonal unoccupancy; or

        **(b)** Buildings in the course of construction, renovation or addition.

        Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

    **(2)** After damage by a Covered Cause of Loss, permanent repairs to the building:

        **(a)** Have not started; and

        **(b)** Have not been contracted for;

        within 30 days of initial payment of loss.

    **(3)** The building has:

        **(a)** An outstanding order to vacate;

        **(b)** An outstanding demolition order; or

        **(c)** Been declared unsafe by governmental authority.

    **(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

    **(5)** Failure to:

        **(a)** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

        **(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

    **b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

    **c.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

1. This policy;



© Insurance Services Office, Inc., 2012

**Exhibit A**

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

**1.** We have the right to:

  **a.** Make inspections and surveys at any time;

  **b.** Give you reports on the conditions we find; and

  **c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

  **a.** Are safe and healthful; or

  **b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section **I** - Property.

**2.** Business Liability Coverage is excess over:

  **a.** Any other insurance that insures for direct physical loss or damage; or

  **b.** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

**1.** The first Named Insured shown in the Declarations:

  **a.** Is responsible for the payment of all premiums; and

  **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

  **a.** Paid to us prior to the anniversary date; and

  **b.** Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

© Insurance Services Office, Inc., 2012

**Exhibit A**

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

1. Applicable to Businessowners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   (1) Someone insured by this insurance;

   (2) A business firm:

      (a) Owned or controlled by you; or

      (b) That owns or controls you; or

   (3) Your tenant.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

   This will not restrict your insurance.

2. Applicable to Businessowners Liability Coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Exhibit A

BUSINESSOWNERS
BP 01 18 11 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement  modifies  insurance provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

**A.** **Section I - Property** is amended  as follows:

  **1.** Paragraph  **B. Exclusions** is amended  as follows:

    **a.** Paragraph  **2.l.(4)** is replaced  by the following:

      **(4)** Settling, cracking, shrinking, expansion or contraction;

    **b.** The following  is added to Paragraph **2.l. Other Types Of Loss:**

      **(8)** Release, discharge  or dispersal of contaminants  or pollutants.

  **2.** Paragraph  **E.2. Appraisal** Property Loss Condition  is replaced  by the following:

    **2.** **Appraisal**

      **a.** If we and you disagree on the amount  of loss, either may make written  demand for an appraisal of the loss. In this event, each party will select a competent  and impartial  appraiser and notify the other of the appraiser  selected within  20 days of such demand. The two appraisers will select an umpire. If they cannot agree within  15 days upon such umpire, either may request that selection  be made by a judge of a court having jurisdiction.  Each appraiser will state separately the amount  of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding  as to the amount  of loss. Each party will:

        **(1)** Pay its chosen appraiser; and

        **(2)** Bear the other expenses  of the appraisal  and umpire equally.

      **b.** If there is an appraisal:

        **(1)** You will retain your right to bring a legal action against us, subject to the provisions of Paragraph  **E.4.** Legal Action  Against Us Property Loss Condition;  and

        **(2)** We will still retain our right to deny the claim.

  **3.** Paragraph  **E.3. Duties In The Event Of Loss Or Damage** Property  Loss Condition is amended  as follows:

    **a.** Paragraph  **a.(2)** is replaced  by the following:

      **(2)** Give us prompt  notice of the loss or damage. Include a description of the property  involved. However, with respect to loss or damage in the state of Texas caused by windstorm  or hail in the catastrophe  area as defined by the Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary  of the date of the loss or damage for good cause shown by the person filing the claim.

    **b.** Paragraph  **a.(7)** is replaced  by the following:

      **(7)** Send us a signed, sworn proof of loss containing  the information we request to investigate  the claim. You must do this within 91 days after our request. We will supply  you with the necessary forms.

**Exhibit A**

©  Insurance  Services  Office,  Inc., 2014



4.  Paragraph **E.4. Legal Action Against Us** Property Loss Condition is replaced by the following, except as provided in **7.** below:

    **4.  Legal Action Against Us**

    a.  Except as provided in Paragraph **b.,** no one may bring a legal action against us under this insurance unless:

        (1)  There has been full compliance with all of the terms of this insurance; and

        (2)  The action is brought within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

    b.  With respect to loss or damage in the state of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, no one may bring a legal action against us under this insurance, unless:

        (1)  There has been full compliance with all of the terms of this insurance; and

        (2)  The action is brought within the earlier of the following:

            (a)  Two years and one day from the date we accept or reject the claim; or

            (b)  Three years and one day from the date of the loss or damage that is the subject of the claim.

    This Paragraph **4.** does not apply to Paragraph **E.3. Legal Action Against Us** Liability And Medical Expenses General Liability Condition in **Section II - Liability.**

5.  Paragraph **E.5. Loss Payment** Property Loss Condition is amended as follows:

    a.  Paragraph **5.d.(1)(b)** is replaced by the following:

        (b)  If, at the time of the loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will

pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

   (i)  The actual cash value of the lost or damaged property; or

   (ii)  A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the full replacement cost of the property immediately before the loss.

b.  The following is added:

**Section 862.053. Policy A Liquidated Demand**

A fire insurance policy, in case of total loss by fire of property insured, shall be held and considered to be a liquidated demand against the company for the full amount of such policy. The provisions of this Article shall not apply to personal property.

c.  Under Paragraph **E.5. Loss Payment,** the provisions pertaining to notice of our intentions and the time period for payment of claims are replaced by the following:

**(1)  Claims Handling**

   (a)  Within 15 days after we receive written notice of claim, we will:

      (i)  Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

      (ii)  Begin any investigation of the claim; and

**Exhibit A**
© Insurance Services Office, Inc., 2014

**(iii)** Request a signed, sworn proof of loss, specify the information you must provide and supply you with the necessary forms. We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

**(b)** We will notify you in writing as to whether:

**(i)** The claim or part of the claim will be paid;

**(ii)** The claim or part of the claim has been denied, and inform you of the reasons for denial;

**(iii)** More information is necessary; or

**(iv)** We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

We will provide notification, as described in **(b)(i)** through **(b)(iv)** above within:

**(i)** 15 business days after we receive the signed, sworn proof of loss and all information we requested; or

**(ii)** 30 days after we receive the signed, sworn proof of loss and all information we requested, if we have reason to believe the loss resulted from arson.

If we notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

**(2)** We will pay for covered loss or damage within five business days after:

**(a)** We have notified you that payment of the claim or part of the claim will be made and have reached agreement with you on the amount of loss; or

**(b)** An appraisal award has been made.

However, if payment of the claim or part of the claim is conditioned on your compliance with any terms of this policy, we will make payment within five business days after the date you have complied with such terms.

**(3) Catastrophe Claims**

If a claim results from a weather-related catastrophe or a major natural disaster, the claim handling and claim payment deadlines described in **c.(1)** and **c.(2)** above are extended for an additional 15 days.

Catastrophe or Major Natural Disaster means a weather-related event which:

**(a)** Is declared a disaster under the Texas Disaster Act of 1975; or

**(b)** Is determined to be a catastrophe by the Texas Department of Insurance.

**(4)** The term "business day", as used in the Loss Payment Property Loss Condition, means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**6.** The following is added to Paragraph **F. Property General Conditions:**

**5. Loss To Real Property**

The amount of insurance applicable to loss to real property by fire will be reduced by the amount of such loss. As repairs are made, the amount reduced will be reinstated to the extent of the value of the repairs. The reinstatement will not increase the specified Limits of Insurance.

No other loss insured against in Section **I - Property** will reduce the specified Limits of Insurance.

**Exhibit A**

APP 119



**7.** Paragraphs **F.2.d.** and **F.2.f.** of the **Mortgageholders** Property General Condition are replaced by the following:

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 91 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**f.** If this policy is cancelled, we will give the mortgageholder named in the Declarations written notice of cancellation.

If we cancel this policy, we will notify the mortgageholder at least:

**(1)** 14 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

If you cancel the policy, we will give the mortgageholder notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

**8.** Paragraph **H. Property Definitions** is amended as follows:

Paragraph **9.b.** is replaced by the following:

**b.** "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that regulates the construction, use or repair, or requires the tearing down of any property.

The expiration date of this policy will not cut short the "period of restoration".

**B. Section II - Liability** is amended as follows:

**1.** The following is added to Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** Liability And Medical Expenses General Condition and similar conditions in any endorsement attached to this policy:

We will notify the first Named Insured in writing of:

**a.** An initial offer to settle a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

**b.** Any settlement of a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

**2.** The following provision applies:

With regard to liability for "bodily injury", "property damage" and "personal and advertising injury", unless we are prejudiced by the insured's or your failure to comply with the requirement, no provision of this policy requiring you or any insured to give notice of "occurrence", claim or "suit" or to forward demands, notices, summonses or legal papers in connection with a claim or "suit" will bar coverage under this policy.

**C. Section III - Common Policy Conditions** is amended as follows:

**1.** Paragraph **2.** under **A. Cancellation** is replaced by the following:

**2.** We may cancel this policy:

**a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

**Exhibit A**

© Insurance Services Office, Inc., 2014

BP 01 18 11 14

**b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

**(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except that, under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official; or

**(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

**(a)** Fraud in obtaining coverage;

**(b)** Failure to pay premiums when due;

**(c)** An increase in hazard within the control of the insured which would produce an increase in rate;

**(d)** Loss of our reinsurance covering all or part of the risk covered by the policy; or

**(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two-family dwellings:

**(1)** If this policy has been in effect for less than 90 days, we may cancel this policy for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel this policy only for the following reasons:

**(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

**(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

**(c)** If the Named Insured submits a fraudulent claim; or

**(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

**2.** The following paragraph is added and supersedes any provision to the contrary:

**M. Nonrenewal**

**1.** We may elect not to renew this policy except that, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**Exhibit A**

BP 01 18 11 14          © Insurance Services Office, Inc., 2014          **Page 5 of 6**

APP 121

2.  If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

3.  If notice is mailed, proof of mailing will be sufficient proof of notice.

4.  The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

3.  Paragraph **3.** under **I. Premiums** does not apply.

**Exhibit A**

© Insurance Services Office, Inc., 2014

BP 01 18 11 14

POLICY NUMBER:

BUSINESSOWNERS
BP 03 12 01 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Premises Number | Windstorm Or Hail Deductible Percentage (Enter 1%, 2% Or 5%) |
|---|---|
| | % |
| | % |
| | % |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

The following provisions apply to **Section I - Property:**

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

With respect to Covered Property at a premises identified in the Schedule, no other deductible applies to Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATION**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

1.  Each building that sustains loss or damage;

2.  The personal property at each building at which there is loss or damage to personal property;

3.  Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**EXAMPLE - APPLICATION OF DEDUCTIBLE**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in building).

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property.

The Deductible is 2%.

**BUILDING**

Step **(1)** : $80,000 X 2% = $1,600

Step **(2)** : $60,000 - $1,600 = $58,400

**PERSONAL PROPERTY**

Step **(1)** : $64,000 X 2% = $1,280

Step **(2)** : $40,000 - $1,280 = $38,720

The most we will pay is $97,120 ($58,400 + $38,720). The portion of the total loss that is not covered due to the application of the Deductible is $2,880 ($1,600 + $1,280).

**Exhibit A**

BP 03 12 01 10              © Insurance Services Office, Inc., 2009                  Page 1 of 1

APP 123

BUSINESSOWNERS
BP 04 17 01 10

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT  - RELATED PRACTICES EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM



The following  exclusion  is added to Paragraph **B.1. Exclusions - Applicable  To Business Liability Coverage** in **Section II - Liability:**

This insurance  does not apply to "bodily  injury"  or "personal  and advertising  injury"  to:

**(1)** A person  arising out of any:

**(a)** Refusal to employ  that person;

**(b)** Termination  of that person's employment;  or

**(c)** Employment-related  practices, policies, acts or omissions, such as coercion,  demotion,  evaluation, reassignment,  discipline, defamation,  harassment, humiliation,  discrimination or malicious  prosecution  directed at that person; or

**(2)** The spouse,  child, parent, brother or sister of that person as a consequence  of "bodily  injury" or "personal  and advertising  injury"  to that person at whom  any of the employment-related  practices described in Paragraph **(a)**, **(b)** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing event described  in Paragraph **(a)**, **(b)** or **(c)** above occurs before employment,  during  employment  or after employment  of that person;

**(2)** Whether  the insured may be liable as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages  with or repay someone  else who must pay damages  because of the injury.

© Insurance  Services Office, Inc., 2009

Exhibit A

APP 124

POLICY NUMBER:                                                              **BUSINESSOWNERS**
                                                                           **BP 04 97 01 06**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER  OF TRANSFER  OF RIGHTS  OF RECOVERY AGAINST  OTHERS  TO US

This endorsement  modifies  insurance  provided  under  the following:

BUSINESSOWNERS  COVERAGE FORM

**SCHEDULE\***

**Name Of Person Or Organization:**
    Lyondell Chemical Company

Paragraph  **K. Transfer  Of Rights  Of Recovery Against Others To Us** in **Section  III - Common Policy Conditions**  is amended  by the addition  of the following:

We waive  any right of recovery  we may have against  the person  or organization   shown  in the Schedule  above because  of payments  we make for injury  or damage  arising  out of your ongoing operations   or "your  work"  done under  a contract with  that person  or organization   and included  in the  "products-completed    operations   hazard". This waiver  applies  only  to the person  or organi- zation shown  in the Schedule  above.

\*Information    required  to complete  this Schedule,  if not shown  above,  will  be shown  in the Declarations.

Exhibit A

BUSINESSOWNERS
BP 05 23 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED
# ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM



The following  provisions  are added to the Businessowners  Policy and apply to Property and Liability Coverages:

**A.  CAP ON CERTIFIED TERRORISM LOSSES**

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include  the following:

**1.**  The act resulted  in insured  losses in excess of $5 million  in the aggregate, attributable  to all types of insurance  subject to the Terrorism  Risk Insurance  Act; and

**2.**  The act is a violent  act or an act that is dangerous  to human  life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce  the civilian  population  of the United  States or to influence  the policy or affect  the conduct  of the United  States Government  by coercion.

If aggregate  insured  losses attributable  to terrorist  acts certified  under the Terrorism  Risk Insurance  Act exceed $100 billion  in a calendar year and we have met our insurer deductible  under the Terrorism  Risk Insurance Act, we shall not be liable  for the payment  of any portion  of the amount  of such losses that exceeds $100 billion,  and in such case insured losses up to that amount  are subject to pro rata allocation  in accordance  with procedures established  by the Secretary  of the Treasury.

**B.**  The terms and limitations  of any terrorism  exclusion,  or the inapplicability  or omission  of a terrorism  exclusion,  do not serve to create coverage  for loss or injury  or damage that is otherwise  excluded  under this Policy.

Exhibit A

BUSINESSOWNERS
BP 05 77 01 06

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI  OR BACTERIA EXCLUSION  (LIABILITY)

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

The following  provisions  are added to **Section II - Liability:**

**A.** The following  exclusion  is added to Paragraph **B.1., Exclusions - Applicable To Business Liability Coverage:**

    **t.**  **Fungi or Bacteria**

       **(1)** "Bodily injury", "property  damage" or "personal and advertising  injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened  inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed  concurrently  or in any sequence to such injury or damage.

       **(2)** Any loss, cost or expenses  arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating  or disposing of, or in any way responding  to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

       This exclusion  does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following  definition  is added to Paragraph **F. Liability And Medical  Expenses Definitions:**

    **1.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced  or released by fungi.

©ISO Properties, Inc., 2004

APP 127

Exhibit A

POLICY NUMBER:

BUSINESSOWNERS
BP 12 03 01 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE



| Premises Number | Building Number | | Applicable Clause (Indicate Paragraph A, B, C or D): |
|---|---|---|---|
| 4615 Southwest Fwy Ste 320 | | | A |
| Houston | | | |
| TX | | | |
| 77027-7106 | | | |

**Description of Property**

Copiers

**Loss Payee (Name & Address)**

CIT Insurance Service Center

PO Box 979220

Miami, FL 33197

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Property Loss Condition in **Section I - Property**, as shown in the Declarations or in the Schedule:

**A. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. Lender's Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in that Covered Property is established by such written instruments as:

   a. Warehouse receipts;

   b. A contract for deed;

   c. Bills of lading;

   d. Financing statements; or

   e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

© Insurance Services Office, Inc., 2009

**Exhibit A**

APP 128

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this policy at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of **Section I - Property** will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. Contract Of Sale Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**3.** The following is added to Paragraph **H. Other Insurance** in **Section III - Common Policy Conditions:**

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. Building Owner Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

**2.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**3.** We will adjust losses to tenant's improvements and betterments with you, unless the lease provides otherwise.

Exhibit A

of 182

116

BUSINESSOWNERS
BP 15 04 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION



This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**A.** Exclusion **B.1.q.** of **Section II - Liability** is replaced by the following:

This insurance does not apply to:

**q.** **Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

**(1)** Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data

processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**B.** The following is added to Paragraph **B.1.p. Personal And Advertising Injury** Exclusion of **Section II - Liability:**

This insurance does not apply to:

**p.** **Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013   Exhibit A

BUSINESSOWNERS
BP 79 74 07 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF POLLUTION  EXCLUSION
## (PREMISES)

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

**1.**   The following   exception  is added to Exclusion  B.1.f. Pollution  in Section II - Liability:

Subparagraph  (a) of Paragraph  (1) does not apply to "bodily  injury"  or to "property  damage"  to tangible  property  arising out of the actual discharge,  dispersal,  seepage,  migration,  release or escape of "pollutants"  if the actual discharge,  dispersal,  seepage,  migration,   release or escape:

**(a)**   begins on a clearly  identifiable  specific  day during  the policy  period  and ends in its entirety  not later than seventy-two   (72) hours  thereafter;

**(b)**   is discovered  and reported  to us within  fifteen  (15) days of the specific  day it begins;

**(c)**   is neither  expected  nor intended  from the standpoint  of any insured;

**(d)**   is unrelated  to any previous  discharge,  dispersal,  seepage,  migration,   release or escape; and

**(e)**   does not originate  at or from a storage  tank or other container,  duct or piping  which is below the surface  of the ground  or water  or which  at any time  has been  buried  under  the surface  of the ground  or water  and then  is subsequently   exposed  by erosion,  excavation  or any other means.

Tangible  property,  as used in this endorsement,   does not include  land or water, which  is below  ground level or not.

Coverage  provided  hereunder  does not apply  to any discharge,  dispersal,  seepage,  migration,   release or escape that is merely  threatened  or alleged  rather  than shown  to have actually  occurred.

©   2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP 79 74 07 13                                                                                              Page 1 of 1

APP 131

**Exhibit A**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS  LIABILITY EXTENSION  ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

Below  is  a  summarization  of  the  coverages  provided  by this endorsement.  No  coverages  are  given  by  this summary.  Actual  coverage  descriptions  are within  this endorsement.

| SECTION | SUBJECT |
|---------|---------|
| **A.** | Supplementary   Payments<br>Bail  Bonds<br>Loss Of Earnings |
| **B.** | Broadened  Coverage  For Damage  To Premises  Rented To You |
| **C.** | Incidental  Medical  Malpractice   Injury |
| **D.** | Mobile  Equipment |
| **E.** | Blanket  Additional   Insured  (Owners,  Contractors  Or Lessors) |
| **F.** | Newly  Formed  Or Acquired  Organizations |
| **G.** | Aggregate  Limits |
| **H.** | Duties  In The Event Of Occurrence,  Offense,  Claim  Or Suit |
| **I.** | Liability  And Medical  Expenses  Definitions<br>Bodily  Injury<br>Insured  Contract<br>Personal  And Advertising   Injury |

**Section II - Liability**  is amended  as follows:

**A.  Supplementary  Payments**

Section  **A.1. Business  Liability**  is modified   as follows:

**1.**   The $250 limit  shown  in Paragraph  **A.1.f.(1)(b) Coverage  Extension  - Supplementary  Payments**  for the cost of bail bonds  is replaced  by a $3,000 limit.

**2.**   The $250 limit  shown  in Paragraph  **A.1.f.(1)(d) Coverage  Extension  - Supplementary   Payments**  for reasonable  expenses  and loss of earnings  is replaced  by a $500 limit.

**B.  Broadened  Coverage  For Damage  To Premises  Rented To You**

**1.**   The  last paragraph  of Section  **B.1. Exclusions  - Applicable  To Business  Liability  Coverage**  is replaced by the following:

With  respect  to the premises  which  are rented  to you or temporarily   occupied  by you with  the permis- sion of the owner,  Exclusions   **c., d., e., g., h., k., l., m., n.** and **o.** do not apply  to "property   damage".

© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
**Exhibit A**

2. Paragraph **D.2. Liability And Medical Expenses Limits Of Insurance** is replaced by the following:

The most we will pay under this endorsement for the sum of all damages because of all "property damage" to premises while rented to you or temporarily occupied by you with the permission of the owner is the Limit of Insurance shown in the Declarations.

3. Paragraph **D.3. Liability And Medical Expenses Limits Of Insurance** does not apply.

**C. Incidental Medical Malpractice Injury**

1. Paragraph **(4)** under Paragraph **B.1.j. Exclusions - Applicable To Business Liability Coverage - Professional Services** does not apply to "Incidental Medical Malpractice Injury" coverage.

2. With respect to this endorsement, the following is added to Section **F. Liability And Medical Expenses Definitions:**

   a. "Incidental Medical Malpractice Injury" means bodily injury arising out of the rendering of or failure to render, during the policy period, the following services:

      (1) Medical, surgical, dental, x-ray or nursing service or treatment or the furnishing of food or beverages in connection therewith; or

      (2) The furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

   b. This coverage does not apply to:

      (1) Expenses incurred by the insured for first-aid to others at the time of an accident and the Duties in the Event of Occurrence, Offense, Claim or Suit Condition is amended accordingly.

      (2) Any insured engaged in the business or occupation of providing any of the services described under **a.** above.

      (3) Injury caused by any indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described under **a.** above.

**D. Mobile Equipment**

Section **C. Who Is An Insured** is amended to include any person driving "mobile equipment" with your permission.

**E. Blanket Additional Insured (Owners, Contractors Or Lessors)**

1. Section **C. Who Is An Insured** is amended to include as an insured any person or organization whom you are required to name as an additional insured on this policy under a written contract or written agreement. The written contract or agreement must be:

   a. Currently in effect or becoming effective during the term of this policy; and

   b. Executed prior to the "bodily injury", "property damage", or "personal and advertising injury".

2. The insurance afforded to the additional insured is limited as follows:

   a. The person or organization is only an additional insured with respect to liability arising out of:

      (1) Real property, as described in a written contract or written agreement, you own, rent, lease, maintain or occupy; and

      (2) Caused in whole or in part by your ongoing operations performed for that insured.

   b. The Limit of Insurance applicable to the additional insured are those specified in the written contract or written agreement or the limits available under this policy, as stated in the Declarations, whichever are less. These limits are inclusive of and not in addition to the Limit of Insurance available under this policy.

   c. The insurance afforded to the additional insured does not apply to:

      (1) Liability arising out of the sole negligence of the additional insured;

      (2) "Bodily injury", "property damage", "personal and advertising injury", or defense coverage under the Supplementary Payments section of the policy arising out of an architect's, engineer's or surveyor's rendering of or failure to render any professional services including:

© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
**Exhibit A**

of 182

120

**(a)** The preparing or approving of maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**(b)** Supervisory, inspection, architectural or engineering activities.

**(3)** Any "occurrence" that takes place after you cease to be a tenant in the premises described in the Declarations; or

**(4)** Structural alterations, new construction or demolition operations performed by or for the person or organization designated in the Declarations.

**3.** Any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless a contract specifically requires that this insurance be primary or you request that it apply on a primary basis.

**F. Newly Formed Or Acquired Organizations**

The following is added to Section **C. Who Is An Insured:**

Any business entity acquired by you or incorporated or organized by you under the laws of any individual state of the United States of America over which you maintain majority ownership interest exceeding fifty percent. Such acquired or newly formed organization will qualify as a Named Insured if there is no similar insurance available to that entity. However:

**1.** Coverage under this provision is afforded only until the 180th day after the entity was acquired or incorporated or organized by you or the end of the policy period, whichever is earlier;

**2.** Section **A.1. Business Liability** does not apply to:

**a.** "Bodily injury" or "property damage" that occurred before the entity was acquired or incorporated or organized by you; and

**b.** "Personal and advertising injury" arising out of an offense committed before the entity was acquired or incorporated or organized by you.

**3.** Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**G. Aggregate Limits**

The following is added to Paragraph **D.4. Aggregate Limits** Liability and Medical Expenses Limits Of Insurance:

**1.** The Aggregate Limits apply separately to each of the "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

**2.** The Aggregate Limits also apply separately to each of your projects away from premises owned by or rented to you.

For the purpose of this endorsement only, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**H. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**1.** Paragraph **E.2.a. Duties In The Event Of Occurrence, Offense, Claim Or Suit** Liability And Medical Expenses General Condition applies only when the "occurrence" is known to any insured listed in Paragraph **C.1. Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim.

**2.** Paragraph **E.2.b. Duties In The Event Of Occurrence, Offense, Claim Or Suit** Liability And Medical Expenses General Condition will not be considered breached unless the breach occurs after such claim or "suit" is known to any insured listed under Paragraph **C.1. Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim.



© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Exhibit A

**I.**   Section **F. Liability And Medical Expenses Definitions** is modified as follows:

**1.**   Paragraph **F.3.** is replaced by the following:

**3.**   "Bodily Injury" means bodily injury, sickness, disease, or incidental medical malpractice injury sustained by a person, and includes mental anguish resulting from any of these; and including death resulting from any of these at any time.

**2.**   Paragraph **F.9.** is replaced by the following:

**9.**   "Insured contract" means:

**a.**   A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.**   A sidetrack agreement;

**c.**   Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.**   An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.**   An elevator maintenance agreement;

**f.**   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)**   That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)**   That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)**   Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)**   Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)**   Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**3.**   Paragraph **F.14.b. Personal And Advertising Injury** is replaced by the following:

**b.**   Malicious prosecution or abuse of process;

© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP 79 96 09 16   **Exhibit A**   **Page 4 of 7**   APP 135

BP 80 79 01 07

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS  EQUIPMENT  BREAKDOWN  AMENDATORY  ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

EQUIPMENT BREAKDOWN ENHANCEMENT ENDORSEMENT



**A.** The following  is added to paragraph  A.3.: These payments  will not reduce the Limit  of Insurance.

**K.** **(1)** **Defense**

If a claim or "suit"  is brought  against you alleging  that you are liable for damage to property  of another  in your care, custody or control  that was directly  caused by an "accident"  to "covered  equipment"  we will  either:

**a.** Settle the claim or "suit";  or

**b.** Defend you against the claim or "suit"  but keep for ourselves  the right  to settle it at any point.

**(2)** Supplementary  Payments

We will  pay, with respect  to any claim or "suit"  we defend:

**a.** All expenses we incur;

**b.** The cost of bonds to release attachments,  but only for bond amounts  within  the limit  of insurance.

We do not have to furnish  these bonds;

**c.** All reasonable expenses incurred by you at our request  to assist us in the investigation  or defense of the claim or "suit", including  actual loss of earnings up to $100 a day because of time off from work;

**d.** All costs taxed against you in any "suit"  we defend;

**e.** Pre-judgment  interest  awarded against you on that part of the judgment  we pay. If we make an offer to pay the applicable  Limit of Insurance, we will  not pay any pre-judgment  interest based on that period of time after the offer; and

**f.** All interest on the full amount  of any judgment  that accrues after entry of the judgment  and before we have paid, offered  to pay, or deposited  in court the part of the judgment  that is within  the limit of Insurance  shown in the Declarations.

**B.** As respects Equipment  Breakdown  Enhancement Endorsement  C., PROPERTY GENERAL CONDITIONS  is amended  to add the following;

**8.** Legal Action  Against Us is amended  to read as follows:

No one may bring  a legal action against us under this coverage section unless:

**a.** There has been full compliance  with all the terms of this coverage section;

**b.** The action  is brought  within  two years after the date of the "accident";  and

**c.** We agree in writing  that you have an obligation  to pay for damage to Covered  Property  of others or until  the amount  of that obligation  has been determined  by final judgment  or arbitration  award. No one has the right under this policy  to bring  us into an action to determine  your liability.

**9.** Bankruptcy

The bankruptcy  or insolvency  of you or your estate will  not relieve us of an obligation  under this Coverage Part.

**C.** The following  Definition  is added:

"Suit"  means a civil  proceeding  and includes:

**1.** An arbitration  proceeding  in which damages are claimed and to which you must submit  or do submit  with our consent;  or

**2.** Any other alternative  dispute  resolution  proceeding  in which damages are claimed and to which you submit with  our consent.

**Exhibit A**
APP 136

**BUSINESSOWNERS**
**BP 81 15 03 11**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS

This endorsement  modifies  insurance  provided  under  the following:

BUSINESSOWNERS  COVERAGE FORM

Section  II - Liability  is amended  as follows:

This insurance  does not apply  to:

"Bodily  injury",  "property  damage",  or "personal  and advertising  injury"  arising  out of or related  in any  way  to asbestos  or asbestos  -containing  materials.

Includes  copyrighted   material  of Insurance  Services  Office,  Inc., with  its permission.

**Exhibit A**                                                                                     APP 137

BUSINESSOWNERS
BP 82 37 08 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT  BREAKDOWN  COVERAGE ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

  BUSINESSOWNERS  COVERAGE FORM

**Section I - Property** is amended as follows:

**A.** The following  is added to Paragraph **A.5 Additional  Coverages:**

  **Equipment Breakdown Additional  Coverages**

  **1.** We will pay for direct physical damage to Covered Property that is a direct result of an "accident"  to "covered  equipment".

  **2.** The most we will pay for loss, damage or expense under this endorsement  arising from any "one accident"  is the applicable  Limit of Insurance in the Declarations.  Coverage provided  under this endorsement  does not increase and is not in addition  to any other Limit of Insurance.

  **3.** The following  coverages also apply to the direct result of an "accident".  These coverages do not provide  additional  limits of insurance.

   **a.** **Expediting Expenses**

     With respect to your damaged  Covered Property, we will pay the reasonable  extra cost to:

     **(1)** Make temporary  repairs;  and

     **(2)** Expedite  permanent  repairs or replacement.

     Reasonable  extra cost shall mean the extra cost of temporary  repair and of expediting  the repair of such damaged  equipment  of the insured, including  overtime  and the extra cost of express or other rapid means of transportation.

   **b.** **Hazardous Substances**

     We will  pay for the additional  cost to repair or replace Covered Property because of contamina-tion by a "hazardous  substance".  This includes the additional  expense to clean up or dispose of such property.

     This does not include contamination  of "perishable  goods" by a refrigerant,  including  ammo-nia, which  is addressed  in **2.d** below. As used in this coverage, additional  costs mean those beyond  what would  have been payable under this Equipment Breakdown Coverage had no "hazardous  substance"  been involved.

     The most we will pay for under this coverage, including  actual loss of Business Income you sustain and necessary Extra Expense you incur is $50,000.

   **c.** **Spoilage**

     We will pay for physical damage to "perishable  goods" due to spoilage. The spoilage damage must be due to the lack of or excess of power,  light, heat, steam or refrigeration  caused by an "accident"  to "covered  equipment"   covered by this policy.

     We will  also pay any necessary  expense you incur to reduce the amount  of loss under this coverage. We will  pay such expenses to the extent that they do not exceed the amount  of loss that otherwise  would  have been payable under this coverage.

     Loss payment  will be in accordance  with Loss Payment provisions  of the Property Loss Condi-tions of the policy. However,  if you are unable to replace "perishable  goods" before the antici-pated  sale date of such goods had no loss occurred,  the amount  of our payment  will be determined  on the basis of the sale price of "perishable  goods" at the time of the "accident"  less discounts  and expenses you would  normally  incur.

© 2015 Liberty Mutual Insurance

Exhibit A

APP 138

The most we will pay for loss, damage or expense under this coverage is $50,000.

**d.   Ammonia Contamination**

The physical damage to Covered Property due to the contamination from the release of ammonia, including any salvage expense.

The most we will pay for loss or damage under this coverage is $50,000.

**f.   Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

The most we will pay for loss or expense under this coverage, including the actual loss of Business Income you sustain and necessary Extra Expense you incur is $50,000.

**g.   Service Interruption**

**(1)**   Insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned, managed, or controlled by your landlord or landlord's utility, or utility or other supplier with whom you have a contract, that directly supplies you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission to the premises as described in the Declarations. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)**   Service Interruption coverage will not apply unless the loss of or disruption of service exceeds 24 hours immediately following the "accident".

**(3)**   The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage.

**B.**   The following is added to Paragraph **B. Exclusions:**

**Equipment Breakdown Exclusions**

All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this Equipment Breakdown Additional Coverage.

**1.**   The exclusions are modified as follows:

**a.**   The following is added to **B.1.g.(1) Water Exclusion:**

However, if electrical "covered equipment" requires drying out because of Water as described in **B.1.g.(1)** above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and Deductible for Building or Business Personal Property, whichever applies.

**b.**   As respects to this endorsement only, the next to the last Paragraph of **B.1.h. Certain Computer-related Losses** Exclusion is deleted and replaced with the following:

However, if excluded loss or damage, as described in Paragraph **(1)** above results in an "accident'", we will pay only for the loss, damage or expense caused by such "accident".

**c.**   As respects to this endorsement only, the last paragraph of **B.2.I Other Types of Loss** Exclusion is deleted and replaced with the following:

But if an excluded cause of loss that is listed in Paragraphs **2.I.(1)** through **(7)** results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

**d.**   The following is added to **B.2.m. Errors Or Omissions** and **B.2.n Installati on, Testing, Repair** Exclusions:

We will also pay for direct physical loss or damage caused by an "accident".

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**BP 82 37 08 15**

**Exhibit A**

**Page 2 of 7**

APP 139

**2.** We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

    **a.** Any defect, programming error, programming limitation, computer virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

    **b.** Any of the following tests: a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

**3.** With respects to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in **D.1.c.** below); smoke; aircraft or "vehicles"; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**4.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

    **a.** Loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

    **b.** Any increase in loss resulting from an agreement between you and your customer or supplier, including contract penalties.

**5.** We will not pay under this endorsement for any loss or damage to animals.

**C.** The following are added to Paragraph **F. Property General Conditions:**

**1. Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(a)** Your last known address; or

**(b)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by and endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2. Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3. Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**D.** The following are added to Paragraph **H. Property Definitions:**

**1.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment" that requires repair or replacement. The event must be one of the following:

    **a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

    **b.** Artificially generated electrical current, including electric arcing that damages electrical devices, appliances or wires;

    **c.** Explosion of steam boilers, steam pipes, steam engines, or steam turbines owned or leased by you, or operated under your control;

©  2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any event inside such equipment, unless otherwise excluded; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any event inside such boilers or equipment, unless otherwise excluded.

An "accident" does not include the functioning of any safety or protective device, or any other condition, which can be corrected by resetting, tightening, adjusting, cleaning, or the performance of maintenance.

**2.** "Covered equipment"

    **a.** "Covered equipment" means Covered Property:

        **(1)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

        **(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

    **b.** None of the following is "covered equipment":

        **(1)** Structure, foundation, cabinet, compartment or air supported structure or building;

        **(2)** Insulating or refractory material;

        **(3)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler system;

        **(4)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

        **(5)** "Vehicle" or any equipment mounted on a "vehicle";

        **(6)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

        **(7)** Dragline, excavation or construction equipment; or

        **(8)** Equipment manufactured by you for sale.

**3.** "Hazardous substance" means any substance that has been declared to be hazardous to health by any governmental agency.

**4.** "One accident" means, if an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

**5.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**6.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

© 2015 Liberty Mutual Insurance
**BP 82 37 08 15**   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **Page 4 of 4**
**Exhibit A**   APP 141

BUSINESSOWNERS
BP 82 46 06 09

**EMPLOYMENT-RELATED  PRACTICES LIABILITY COVERAGE**

**THIS ENDORSEMENT  PROVIDES CLAIMS-MADE  AND REPORTED COVERAGE. DEFENSE COSTS APPLY AGAINST  THE LIMITS  OF INSURANCE  AND ARE SUBJECT  TO THE DEDUCTIBLE.**

**PLEASE READ THE ENTIRE ENDORSEMENT  CAREFULLY.**

THERE IS A SEPARATE COINSURANCE  PROVISION APPLICABLE TO ALL PAYMENTS  FOR "DAMAGES".

PLEASE READ THIS POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, COVERAGE AND  COVERAGE RESTRICTIONS.

This endorsement  modifies insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

**SCHEDULE**



| Employment-Related  Practices Liability Annual Aggregate Limit Of Insurance | $ |
|---|---|
| **Deductible  Amount** | $ |
| **Retroactive  Date** | |
| Information   required  to complete  this Schedule, if not shown  above, will  be shown  in the Declarations. | |

**A.   Section II. Liability** is amended  as follows:

  **1.**  For the purposes  of the coverage  provided  by this endorsement,  the following   is added to Paragraph **A. Coverages:**

  **Coverage - Employment-Related  Practices Liability**

  **a.   Insuring Agreement**

   **(1)**  We will  pay on behalf  of the insured for "damages"  in excess of the Deductible  arising out of any "employment-related   practices" to which this insurance  applies. We have no obligation  under this insurance  to make payments  or perform  acts or services except as provided  for in this paragraph  and in Item **B.** below.

   **(2)**  This insurance  applies to such "damages"   only if:

    **(a)**  The "damages"  result from "claims"   made by "employees",  "leased  workers", "temporary workers",  former "employees"   or applicants  for employment  by you;

    **(b)**  The "employment-related    practices" take place in the "coverage  territory";

    **(c)**  Such "employment-related     practices" occurred  after the Retroactive  Date, if any, shown  in the Declarations  and before  the end of the "policy  period"; and

    **(d)**  A "claim"  is both:

     **(i)**  First made against any insured, in accordance with paragraph **3.** below, during the "policy  period"  or any Extended Reporting  Period we provide  under **SECTION VII -EXTENDED REPORTING PERIODS;** and

     **(ii)**  Reported  to us either:

      **i.**   During the "policy  period"  or within  thirty (30) days thereafter;  or

      **ii.**  With respect  to any "claim"  first made during any Extended Reporting  Period we provide  under **SECTION VII -EXTENDED REPORTING PERIODS,** during such Extended Reporting  Period.

©   2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

Exhibit A

APP 142

    **(3)** A "claim" will be deemed to have been made at the earlier of the following times:

        **(a)** When notice of such "claim" is received and recorded by you or by us, whichever comes first; or

        **(b)** When we make settlement in accordance with paragraph **B.3.** below.

    **(4)** All "claims" for "damages" based on or arising out of:

        **(a)** One "employment-related practice", or

        **(b)** "Interrelated" "employment-related practices"

    by one or more insureds shall be deemed to be one "claim" and to have been made at the time the first of those "claims" is made against any insured.

Each payment we make for "damages" or "defense expense" reduces the amount of insurance available, as provided under **SECTION III - LIMITS OF INSURANCE.** Each payment we make for "damages" under this insurance is further subject to your coinsurance participation, as specifically described in **SECTION V - COINSURANCE FOR PAYMENT OF "DAMAGES".**

**b. Exclusions**

This insurance does not apply to "claims" arising directly or indirectly form any:

    **(1) Prior "Employment-Related Practices", Facts Or Circumstances**

        **(a)** "Employment-related practices" which were the subject of any demand, suit or other proceeding which was initiated against any insured; or

        **(b)** Facts, incidents and circumstances which would cause a reasonable person to believe a "claim" would be made and which were known to any insured,

    prior to the effective date of the earlier of:

        **(a)** The first Employment-Related Practices Liability Endorsement that we issued to you of which this policy was an uninterrupted renewal of this type of coverage, or

        **(b)** This Employment-Related Practices Liability Endorsement.

    **(2) Contractual Liability**

        **(a)** Breach of any express contract of employment or any express obligation to make payments in the event of termination of employment; or

        **(b)** Obligation to pay "damages" by reason of the assumption of liability in any contract or agreement. This exclusion does not apply to liability for "damages" that the insured would have in the absence of the contract or agreement.

    **(3) Statutory Obligations**

    Of the following laws:

        **(a)** Any workers compensation, disability benefits or unemployment compensation law, or any similar law, provided however, this exclusion shall not apply to any "claim" based upon, arising from, or in consequence of any actual or alleged retaliatory treatment of the claimant by the insured on account of the claimant's exercise of rights pursuant to any such law; or

        **(b)** The Fair Labor Standards Act, or any state or common law wage or hour law, including, but not limited to laws governing minimum wages, hours worked, overtime compensation, and including any recordkeeping and reporting related thereto. This exclusion includes actions or claims brought by or on behalf of individuals or agencies seeking wages, fines, penalties, taxes, disgorgement, or other affirmative relief or compensation, but does not include claims based on the Equal Pay Act, or retaliation; or

        **(c)** The National Labor Relations Act of 1938, the Worker Adjustment and Retraining Notification Act (Public Law 100-37991988), the Consolidated Omnibus Budget Reconciliation Act of 1985, or the Occupational Safety and Health Act.

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

**Exhibit A**

BP 82 46 06 09

This exclusion also applies to any rules or regulations promulgated under any of the foregoing and amendments thereto or any similar provisions of any federal, state or local law, and to that part of any "damages" awarded for the cost or replacement of any insurance benefits due or alleged to be due to any current or former "employee".

**(4) Employees' Retirement Income Security Act And Administration Of Employee Benefit Plans**

    **(a)** Responsibilities, obligations or duties imposed under the Employees' Retirement Income Security Act of 1974, Public Law 93- 406, (E.R.I.S.A.) as now or hereafter amended, or any similar state or other governmental law. This includes fiduciary liability and any other liability under any such laws.

    **(b)** Administration of employee benefits plans whether or not liability arises out of E.R.I.S.A.

**(5) Publication Of Material With Knowledge Of Falsity Or Prior To Retroactive Date**

Oral or written publication of material, if such material:

    **(a)** Was published by or at the direction of the insured with knowledge of the material's falsity; or

    **(b)** Was first published before the Retroactive Date, if any, shown in the Declarations.

**(6) Dishonest, Criminal Or Fraudulent Acts, Or Failure To Comply With Law**

    **(a)** Dishonest, criminal or fraudulent acts of the insured; or

    **(b)** The willful failure by the insured or with the insured's consent to comply with any law or any governmental or administrative order or regulation relating to "employment-related practices". Willful, as used in this exclusion, means acting with intentional or reckless disregard for such employment related laws, orders or regulations.

The enforcement of this exclusion against any insured under this policy shall not be imputed to any other insured.

**(7) Bodily Injury**

"Bodily injury"

**(8) Bankruptcy Or Acquisition By Another Entity**

"Employment-related practices" which occur when or after:

    **(a)** You file for or are placed in any bankruptcy, receivership, liquidation or reorganiza tion proceeding; or

    **(b)** Any other business entity acquires an ownership interest in you which is greater than fifty percent.

**(9) Americans With Disabilities Act - Costs Of Accommodations**

Costs of complying with physical modifications to your premises or any changes to your usual business operations as mandated by the Americans with Disabilities Act of 1990 including any amendment thereto, or any similar federal, state or local law.

**(10) Strikes, Lockouts And Other Similar Actions**

Lockout, strike, picket line, related worker replacement(s) or other similar actions resulting from labor disputes or labor negotiations.

**(11) War**

    **(a)** War, including undeclared or civil war; or

    **(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

**Exhibit A**

**(c)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**c.   Defense Of Claims, Administrative Hearings And Settlement Authority**

**(1)** We have the right and duty to defend the insured against "claims" seeking "damages" to which this insurance applies and to pay for related "defense expense". However, we have no duty to:

**(a)** Defend the insured against "claims" seeking "damages", or

**(b)** Pay for related "defense expense",

when this insurance does not apply.

**(2)** Our right and duty to defend the insured against "claims" end when we have used up the amount of insurance available, as provided under **SECTION III - LIMITS OF INSURANCE**. This applies both to "claims" pending at that time and those filed thereafter.

**(3)** We may:

**(a)** At our sole discretion, investigate any "employment- related practice" that may result in damages"; and

**(b)** Settle any "claim" which may result, provided:

**(i)** We have your written consent to settle; and

**(ii)** The settlement is within the applicable Limit of Insurance available.

Our liability will be limited as described below if:

**(a)** You refuse to consent to any settlement we recommend, and

**(b)** Such recommended settlement is also acceptable to the claimant.

When this happens, our liability under this Endorsement for such "claim" shall not exceed the amount we would have paid for "damages" and "defense expense" if you had consented at the time of our recommendation. You shall thereafter negotiate and defend that "claim" at your own cost and without our involvement.

**(4) (a)** When we control defense of a "claim", we will pay associated "defense expense" and choose a counsel of our choice from the panel of attorneys we have selected to deal with "employment-related practices" "claims". If you give us a specific written request at the time a claim" is first made:

**(i)** You may select one of our panel of employment law attorneys; or

**(ii)** You may ask us to consider the approval of a defense attorney of your choice who is not on our panel.

We will use the panel attorney you selected in **(i)** above, or consider your request in **(ii)** above, when we deem it appropriate to engage counsel for such "claim".

**(b)** If by mutual agreement or court order the insured assumes control of such defense before the applicable Limit of Insurance is used up, we will reimburse the insured for reasonable "defense expense", subject to item **c.** immediately below. You and any involved insured must continue to comply with **SECTION VI - CONDITIONS, B. Duties In Event Of "Employment-Related Practices" And "Claims".** Additionally, you or such insured must direct defense counsel to:

**(i)** Furnish us with additional information we request to evaluate the "employment-related practices" or "claims"; and

**(ii)** Cooperate with any counsel we may select to monitor or associate in the defense of the "employment-related practices" or "claim".

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

(c) If we defend the insured under a reservation of rights, counsel will be required to maintain records pertinent to the insured's "defense expenses". These records will be used to determine the allocation of any "defense expenses" for which you or any insured may be solely responsible, including defense of an allegation not covered by this insurance.

(d) We will notify you in writing when the applicable limit of insurance has actually been used up by the payment of judgment, settlements or "defense expense". We will also initiate and cooperate in the transfer of defense of any "claim" to an appropriate insured for which the duty to defend has ended by reason of **SECTION B.2.** above.

In any case, however, we only pay amounts in excess of the Deductible and such payments will reduce the Limit of Insurance available, as provided under **SECTION III - LIMITS OF INSURANCE.**

**2.** For the purposes of the coverage provided by this endorsement:

**a.** Paragraph **f. Coverage Extension . Supplementary Payments** does not apply.

**3.** For the purposes of the coverage provided by this endorsement, Paragraph **C. Who Is An Insured** is replaced by the following:

**a.** If you are designated in the Declarations as:

**(1)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**(2)** A partnership or joint venture, you are an insured. Your current or former members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**(3)** A limited liability company, you are an insured. Your current or former members are also insureds, but only with respect to the conduct of your business. Your current or former managers are insureds, but only with respect to their duties as your managers.

**(4)** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your current or former directors are insureds, but only with respect to their duties as your directors.

**b.** Each of the following is also an insured:

**(1)** Your current or former "employees" but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

**(2)** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**c.** Any heirs, executors, administrators, assignees or legal representatives of any individual insured described in provisions **1.** and **2.** of paragraphs **A.** and **B.** above, in the event of the death, bankruptcy or incapacity of such insured, shall be insureds, but only to the extent this insurance would have been available to such insured but for their death, bankruptcy or incapacity .

**d.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**(1)** You must provide us notice of such acquisition or formation within 30 days of the effective date of your acquisition or formation;

**(2)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the "policy period", whichever is earlier;

**(3)** Coverage does not apply to any "employment-related practices" that occurred before you acquired or formed the organization; and

**(4)** You must pay us any additional premium due as a condition precedent to the enforceability of this additional extension of coverage.

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

Exhibit A

This part **D.** does not apply to any organization  after it is shown in the Declarations  or added to this policy  by endorsement.

No person or organization  is an insured with  respect to the conduct  of any current  or past partner-ship, joint  venture  or limited  liability  company  that is not shown  as a Named Insured in the Declara-tions.

**4.**   For the purposes of the coverage  provided  by this endorsement,  Paragraph **D. Liability And Medical Expenses Limits Of Insurance** is replaced  by the following:

**a.   Limits of Insurance**

**(1)**   The Limits of Insurance  shown  in the Declarations  for this Endorsement  and the rules below  fix the most we will pay regardless  of the number  of:

**(a)**   Insureds;

**(b)**   "Claims"  made; or

**(c)**   Persons or organizations  making "claims".

**(2)**   The amount  of insurance  stated as Aggregate  Limit is the most we will pay for the sum of

**(a)**   All "damages"  for all "claims"  arising  out of any actual  or alleged  "employment-related  practices"  covered by this insurance;  and

**(b)**   All "defense expense"  for all "claims"  seeking "damages"  payable under paragraph **B.1.** above.

Each payment  we make for such "damages"  or "defense  expenses"  reduces the Aggregate Limit by the amount  of the payment.  This reduced limit  will then be the amount  of insur-ance available  for further  "damages"  and "defense expenses"  under this Endorsement.

**(3)**   Subject  to **B.** above, the amount  of insurance  stated as the Each "Claim"  Limit is the most we will pay in excess of the Deductible  as further  described  in **SECTION IV - DEDUCTIBLE** for the sum of :

**(a)**   All " damages"  for injury arising from "employment-  related practices"  covered by this insurance  arising  out of one "claim"  whether  such "claim"  is brought  by one or more claimants;  and

**(b)**   All "defense expense"  associated  with that specific  "claim"  in item **C.1.** immediately preceding.

**(4)**   In addition  to the payments  for "damages"  and "defense  expense"  in paragraphs  **B.** and **C.** above, we will  also pay all interest  on the full amount  of any judgment  that accrues after entry  of the judgment  and before we have paid, offered to pay, or deposited  in court the amount  available  for the judgment  under the provisions  of paragraphs  **B.** and **C.** above.

These Limits of Insurance apply  separately  to each consecutive  annual period and to any remaining  period of less than 12 months, starting  with the beginning  of the "policy  period", unless the "policy  period"  is extended after issuance for an additional  period of less than 12 months.  In that case, the additional  period  will be deemed part of the last preceding  period for purposes of determining  the Limits of Insurance.

**5.   Deductible**

**a.**   A deductible  applies  to all "damages"  for injury arising from "employment-related   practices" and any "defense expense"  however  caused.

**b.**   Our obligation  under this Employment-Related   Practices Liability  Insurance to pay "damages" and "defense  expense"  on behalf of any insured applies  only to the sum of the amount  of "damages"  and "defense  expense"  for each "claim"  which are in excess  of the deductible amount  stated in Declarations.

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

**c.**  Your obligation  is to pay that deductible  which  is applicable  to each "claim"  made against  this insurance.  That deductible  applies  to the sum of all "damages"  because of injury  arising from "employment-related   practices"  paid for each "claim"  and applicable  "defense  expense"  associated  therewith.  If there  should  be no "damages"  paid  for a "claim",  you are still obligated  to pay the applicable  deductible  for any "defense  expense"  incurred  by us in connection  with that "claim".

**d.**  The terms  of this insurance  apply  irrespective  of the application  of the deductible,  including  those with  respect  to:

**(1)**  Our right and duty  to defend  any "claims"   seeking  those "damages";   and

**(2)**  Your duties  in the event  of a "claim".

**e.**  We may pay any part or all of the deductible  to effect settlement  of any "claim"  and, upon notification   of the action  taken,  you shall promptly  reimburse  us for such part of the deductible  as we may have paid  for "damages"  or "defense  expense".

**f.**  The application  of the deductible  does not erode the Limits  of Insurance  provided.

**6.  Coinsurance  For Payment  Of "Damages"**

**a.**  With respect  to any "claim"  for which  we pay "damages"  under  this insurance,  you will be responsible  for your share of such "damages",  in excess of the applicable  deductible,  at the percentage  shown in the Declarations  as coinsurance  participation.  We will be responsible  for the remaining  percentage  of "damages"  payable  under this Endorsement  subject  to the applicable  Limits  of Insurance.

**b.**  Your coinsurance  participation  is limited  as shown  in the declarations  to a maximum  amount per "claim".

**c.**  Subject  to the provisions  of this section  we may make payments  for "damages"  and then request  you to pay us your percentage  share. You agree  to reimburse  us for your share. By making  such payments  for "damages",  we do not waive  our right to recover  your share of such payment(s).

**d.**  The application  of this coinsurance  provision  does not erode the Limits  of Insurance  provided.

**7.  Conditions**

We have no duty to provide  insurance  under this Endorsement  unless you and any involved  insured have fully complied  with Conditions  contained  in this Endorsement.

**a.**  For the purposes  of the coverage  provided  by this endorsement,  Paragraph  **E. Liability And Medical  Expenses General Conditions**  is replaced  by the following:

**(1)  Bankruptcy**

Subject  to exclusion  **8.,** the bankruptcy  or insolvency  of the insured  or of the insured's estate will not relieve  us of our obligations  under this Endorsement.

**(2)  Duties in Event of "Employment-Related   Practices"  or "Claims"**

**(a)**  You must see to it that we are notified  as soon as practicable  of any specific  "employment-related  practices"  which  you believe  may result  in an actual  "claim".  Your belief must be reasonably  certain  as the result  of specific  allegations  made by a potential  claimant  or such potential  claimant's  representative,  or as the result  of specifically  identifiable  injury  sustained  by a potential  claimant.  To the extent  possible,  notice should  include:

**(i)**  How, when and where  such "employment-related    practices"  took place;

**(ii)**  The names and addresses  of any potential  claimants  and witnesses;  and

**(iii)**  The nature  of any injury  arising  out of such "employment-related    practices".



© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

Notice of such "employment-related practices" is not notice of a "claim", but preserves any insured's rights to future coverage for subsequent "claims" arising out of such "employment-related practices" as described in the Basic Extended Reporting Period of **SECTION VII - EXTENDED REPORTING PERIODS.**

**(b)** If a "claim" is received by any insured:

**(i)** You must immediately record the specifics of the "claim" and the date received;

**(ii)** You and any other involved insured must see to it that we receive written notice of the "claim", as soon as practicable, but in any event we must receive notice either:

    **i.** During the "policy period" or within thirty (30) days thereafter; or

    **ii.** With respect to any "claim" first made during any Extended Reporting Period we provide under **SECTION VII -EXTENDED REPORTING PERIODS,** during such Extended Reporting Period,

as a condition precedent for coverage under this insurance. Such notice must provide us with the same information as is required in item **1.** immediately preceding; and

**(iii)** You and any other involved insured must:

    **i.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim";

    **ii.** Authorize us to obtain records and other information;

    **iii.** Cooperate with us in the investigation, settlement or defense of the "claim"; and

    **iv.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**(c)** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**(3) Legal Action Against Us**

No person or organization has a right under this Endorsement:

**(a)** To join us as a party or otherwise bring us into a "claim" seeking "damages" from any insured; or

**(b)** To sue us on this Endorsement unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for "damages" that are not payable under the terms of this Endorsement or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representati ve.

**(4) Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Endorsement to the first Named Insured, this insurance applies:

**(a)** As if each Named Insured were the only Named Insured; and

**(b)** Separately to each insured against whom "claim" is made.

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

**Exhibit A**

**b.** For the purposes of the coverage provided by this endorsement, Paragraph **E. Liability And Medical Expenses General Conditions** the following is added:

**(1) Representations**

By accepting this policy, you agree:

**(a)** The statements in the Declarations are accurate and complete;

**(b)** Those statements are based upon representations you made to us; and

**(c)** We have issued this policy in reliance upon your representations.

**(2) Payment of Deductibles and Coinsurance Amounts**

The first Named Insured shown in the Declarations is responsible for the payment of all deductible and coinsurance participation amounts.

**(3) When We Do Not Renew**

If we decide not to renew this insurance, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date. If notice is mailed, proof of mailing will be sufficient proof of notice.

Any State amendatory endorsement changing Nonrenewal Conditions for any part of this policy to which this Endorsement forms a part, shall also apply to this Endorsement.

**c.** For the purposes of the coverage provided by this endorsement, Paragraph **H., Other Insurance,** of the **Common Policy Conditions** is replaced by the following:

**H. Other Insurance**

If other valid and collectible insurance is available to the insured for "damages" or "defense expense" we cover under this Endorsement, our obligations are limited as follows:

**1.** As this insurance is primary insurance, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **2.** below.

**2.** If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**d. Common Policy Conditions**

The following additional conditions apply with respect to this Endorsement:

**a.** The Common Policy Conditions contained in form **BP 00 03;** and

**b.** Any applicable State amendments thereto.

**8. Extended Reporting Periods**

**a.** We will provide Extended Reporting Periods, as described below, if:

**(1)** This insurance is cancelled or not renewed; or

**(2)** We renew or replace this Endorsement with insurance that:

**(a)** Has a Retroactive Date later than the date shown in the Declarations of this Endorsement; or

**(b)** Does not apply on a claims-made basis.

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

**b.**  Extended Reporting Periods do not extend the "policy period" or change the scope of coverage provided. They apply only to "claims" as the result of "employment-related practices" which occurred after the Retroactive Date, if any, shown in the Declarations and before the end of the "policy period". Once in effect, Extended Reporting Periods may not be cancelled.

**c.**  Extended Reporting Periods do not reinstate or increase the Limits of Insurance.

**d.**  A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the "policy period" and lasts for:

   **(1)**  Five years with respect to "claims" arising out of "employment-related practices" which had been properly reported to us during the "policy period" in accordance with provision **1.** of paragraph **B. Duties in Event of "Employment-Related Practices" or "Claims",** under **SECTION VI - CONDITIONS;** and

   **(2)**  Sixty days with respect to "claims" arising from "employment-related practices" not previously reported to us.

   The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

**e.**  A Supplemental Extended Reporting Period of twelve (12) months duration is available, but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in paragraph **D.2.** above, ends. You must give us a written request for the endorsement within 30 days after the end of the "policy period". The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium when due. We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **(1)**  The exposures insured;

   **(2)**  Previous types and amounts of insurance;

   **(3)**  Limits of Insurance available under this Endorsement for future payment of "damages" or "defense expense"; and

   **(4)**  Other related factors.

   The additional premium will not exceed 200% of the annual premium for this Endorsement.

**f.**  The Supplemental Extended Reporting Period endorsement we issue shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period begins.

**9.  Liability and Medical Expense Definitions**

**a.**  For the purposes of the coverage provided by this endorsement, Paragraphs **F.3., F.4., F.5., F.10.,** and **F.19.,** of the **Liability and Medical Expense Definitions** are replaced by the following:

   **3.**  "Bodily injury" means physical injury to the body, sickness or disease sustained by a person as the result of direct physical injury to the body, including death resulting from any of these at any time. "Bodily injury" does not include mental anguish that results from an "employment-related practice".

   **4.**  "Coverage territory" means:

      **a.**  The United States of America (including its territories and possessions) and Puerto Rico; or

      **b.**  Anywhere in the world with respect to the activities of a person whose place of employment is in the territory described in **1.** above, while he or she is away for a short time on your business;

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

**Exhibit A**

BP 82 46 06 09                                            Page 10 of 13

provided that the insured's responsibility to pay "damages" is determined in a suit (or in any other type of civil proceeding as described under the definition of "claim") on the merits in, and under the substantive law of, the United States of America (including its territories and possessions) or Puerto Rico.

**5.** "Employee" means a person

**(1)** Employed by you for wages or salary, or

**(2)** Who is a current or former member of your board of directors.

But "employee" does not include any independent contractor, any employees of any independent contractor while acting within the scope of their employment, any "leased worker" or any "temporary worker".

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**b.** For the purposes of the coverage provided by this endorsement, Paragraph **F. Liability and Medical Expense Definitions,** the following is added.

**1.** "Claim" means written or oral notice presented by:

**(a)** Any "employee", "leased worker", "temporary worker", former "employee" or applicant for employment by you; or

**(b)** The EEOC or any other Federal, state or local administrative or regulatory agency on behalf of such person in item **1.** immediately preceding,

alleging that the insured is responsible for "damages" as a result of injury arising out of any "employment-related practices".

"Claim" includes any civil proceeding in which either "damages" are alleged or fact finding will take place, when either is the actual or alleged result of any "employment-related practice" to which this insurance applies. This includes:

**(a)** An arbitration proceeding in which such "damages" are claimed and to which the insured submits with our consent;

**(b)** Any other alternative dispute resolution proceeding in which such "damages" are claimed and to which the insured submits with our consent; or

**(c)** Any administrative proceedings established under applicable federal, state or local laws as may be applicable to "employment-related practices" covered under this insurance.

**2.** "Damages" means monetary amounts to which this insurance applies and which the insured is legally obligated to pay as judgments or awards, or as settlements to which we have agreed in writing.

"Damages" include:

**(a)** "Pre-judgment interest" awarded against the insured on that part of the judgment we pay,

**(b)** To the extent allowed by law, any portion of a judgment or award that represents a multiple of the compensatory amounts or punitive or exemplary damages, and

**(c)** "Legal fees" unless the "claim" is seeking solely equitable relief, injunctive relief, declarative relief or any other relief or recovery other than money.

"Damages" do not include:

**(a)** Civil, criminal, administrative or other fines or penalties;

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

**(b)** Equitable relief, injunctive relief, declarative relief or any other relief or recovery other than money;

**(c)** "Legal fees" when solely equitable relief, injunctive relief, declarative relief or any other relief or recovery other than money is sought; or

**(d)** judgments or awards because of acts deemed uninsurable by law.

**3.** "Defense expense" means payments allocated to a specific "claim" for its investigation, settlement, or defense, including:

**(a)** Attorney fees and all other litigation expenses.

**(b)** The cost of bonds to appeal a judgment or award in any "claim" we defend. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within the available limits of insurance. We do not have to furnish these bonds.

**(d)** Reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of any "claim", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** Costs taxed against the insured in the "claim".

"Defense expense" does not include:

**(a)** Salaries and expenses of our employees or your "employees", other than:

    **(1)** That portion of our employed attorneys' fees, salaries and expenses allocated to a specific "claim" for the defense of the insured; and

    **(2)** The expenses described in **4.** above; and

**(b)** Interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the amount available for the judgment under the provisions of **LIMITS OF INSURANCE.**

**4.** "Employment-related practices" means any of the following actual or alleged practices which are directed against any of your "employees", "leased workers", "temporary workers", former "employees" or any applicant for employment by you, and for which remedy is sought under any federal, state or local statutory or common civil employment law:

**(a)** Wrongful refusal to employ a qualified applicant for employment;

**(b)** Wrongful failure to promote, or wrongful deprivation of career opportunity;

**(c)** Wrongful demotion, negligent evaluation, negligent reassignment or wrongful discipline;

**(d)** Wrongful termination of employment, including retaliatory or constructive discharge;.

**(e)** Employment related misrepresentation;

**(f)** Harassment, coercion, discrimination or humiliation as a consequence of race, color, creed, national origin, marital status, medical condition, gender, age, physical appearance, physical and/or mental impairments, pregnancy, sexual orientation or sexual preference or any other protected class or characteristic established by any applicable federal, state, or local statute; or

**(g)** Oral or written publication of material that slanders, defames or libels or violates or invades a right of privacy.

**5.** "Interrelated" means:

**(a)** Having as a common nexus any fact, circumstance, situation, event, transaction or cause; or

**(b)** A series of related facts, circumstances, situations, events, transactions or causes.

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.

6.  "Legal fees" means attorneys fees, or expenses that the insured is legally obligated to pay as a result of an adverse judgment. "Legal fees" does not include cost of compliance with any equitable relief, injunctive relief, declarative relief or any other relief or recovery other than money.

7.  "Policy period" means the period stated in the Declarations of the policy of which this Endorsement forms a part including an extension after issuance of the policy for an additional period of less than 12 months. However:

    **(a)** If this Endorsement is issued to be effective subsequent to the effective date of such policy, the "policy period" for the Endorsement will start with the effective date of the Endorsement; and

    **(b)** If this Endorsement is cancelled prior to the expiration date of such policy, the "policy period" for this Endorsement will end with the cancellation date of the Endorsement.

8.  "Pre-judgment interest" means interest added to a settlement, verdict, award or judgment based on the amount of time prior to the settlement, verdict, award or judgment, whether or not made part of the settlement, verdict, award or judgment.

© 2009 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, with its permission.
Exhibit A

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - PROFESSIONAL  SERVICES (REAL ESTATE AGENTS, INSURANCE  AGENTS,  TRAVEL  AGENTS,  FINANCIAL  SERVICES, COMPUTER  SOFTWARE,  INSURANCE  OPERATIONS)

This endorsement  modifies  insurance  provided  under  the  following:

BUSINESSOWNERS  COVERAGE FORM

Exclusion  **B.1.j. Professional  Services**  in **Section II, Liability,**  the  following   is added:

**j.   Professional Services:**

**(10)** Services  while  you  are  acting  in  a fiduciary  or representative  capacity  including  but  not  limited  to  Real Estate  Agents,  Insurance  Agents and  Travel  Agents.

**(11)** Financial  services  including  but  not  limited  to:

**(a)**  Planning, administering   or advising  on investments,  pensions,  annuities  or individual  retirement  plan,  fund  or account;

**(b)**  The  issuance  or withdrawal   of stocks,  bonds  or other  securities;

**(c)**  The  trading  of securities  or commodities;

**(d)**  Maintaining   of financial  accounts  or records;

**(e)**  Tax planning,  tax advising  or the preparation  of tax returns.

**(12)** Services  in connection  with  the  selling,  licensing,  franchising  or furnishing  of your  computer  software  including  electronic  data  processing  programs,  designs,  specifications,  manuals  and  instructions.

**(13)** Services  arising  from  insurance  or related  operations:

**(a)**  with  respect  to any  contract  or treaty  of insurance,  reinsurance,  suretyship,  annuity  endowment  or employee  benefit  plan,  including  applications,  receipts  or binders:

**(i)**  any  obligation  assumed  by any  Insured;  or

**(ii)**  the  failure  to  discharge,  or  the  improper  discharge  of,  any  obligation  or  duty,  contractual  or otherwise;

**(b)**  due  to membership   in or contribution   to any  plan,  pool,  association,  insolvency  or guarantee  fund  or any  similar  fund,  organization  or association,  whether  voluntary  or involuntary;

**(c)**  due  to the  rendering  or failure  to render  professional  services  in

**(i)**  advising,  inspecting,  reporting,  or making  recommendations   in the  Insured's  capacity  as  an insurance  company,  consultant,  broker,  agent  or representative  thereof;

**(ii)**  effecting  insurance,  reinsurance  or suretyship  coverages;

**(iii)**  investigating,  defending  or settling  any  claim  under  any  contract  of insurance,  self-insurance,  reinsurance  or suretyship;

**(iv)**  auditing  of accounts  or records  of others;

**(v)**  conducting  an investment,  loan  or real  estate  department  or operation;

**(vi)**  acting  in any  capacity  as a fiduciary  or trustee  for mutual  funds,  pension  or welfare  funds  or other  similar  activities;  or

**(vii)**  performing  any  claim,  investigative,  adjustment,  engineering  or inspection  service  for a fee.

©  2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

APP 155

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DATA COMPROMISE  COVERAGE

### LEGAL AND FORENSIC INFORMATION  TECHNOLOGY REVIEW, NOTIFICATION  TO AFFECTED INDIVIDUALS  AND SERVICES TO AFFECTED INDIVIDUALS

Coverage  under  this  endorsement   is subject  to the following:

| | |
|---|---|
| **Data Compromise  Limit:** | $50,000<br>Annual  Aggregate |
| **Legal and Forensic Information**<br>**Technology  Review Sublimit:** | $ 5,000<br>Any one "Personal  Data Compromise" |
| **Data Compromise  Deductible:** | $ 500<br>Any one "Personal  Data Compromise" |

The following   is added as an Additional   Coverage  to the Property  section:

## DATA COMPROMISE  - COVERED CAUSE OF LOSS

Coverage  under  this  Data  Compromise   Coverage  endorsement   applies  only  if  all  of  the  following conditions  are met:

1.  There has been a "personal   data compromise";   and

2.  Such "personal   data  compromise"   is first  discovered   by you during  the policy  period  for which  this Data Compromise  Coverage endorsement  is applicable;  and

3.  Such "personal   data compromise"   is reported  to us within  sixty  days  of the date  it is first discovered  by you.

## DATA COMPROMISE  - COVERAGES PROVIDED

If all three  of the conditions   listed  above  in DATA COMPROMISE  - COVERED CAUSE OF LOSS have been met, then we will provide  you the following   coverages. Please note that service providers  must be approved  by us as described  in Additional   Condition   **D. - Service Providers** .

1.  **Legal and Forensic Information  Technology  Review**

    We will  pay your  necessary  and reasonable  costs  for the following   outside  professional   services.

    a.  Legal Services

    Professional   legal  counsel  review  of the "personal   data compromise"   and how you should  best respond  to it.

    b.  Forensic Information   Technology   Services

    Professional  information   technologies   review  if needed  to determine,   within  the constraints  of what  is possible  and reasonable,  the nature  and extent  of the "personal   data compromise"   and the number  and identities   of the "affected   individuals."

2.  **Notification  to Affected Individuals**

    We will  pay  your  necessary  and reasonable  costs  to provide  notification   of the "personal   data compromise"   to "affected   individuals."

©   2014 The Hartford Steam Boiler and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

**3.   Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals."

**a.**   Informational   Materials

A packet of loss prevention and customer support information.

**b.**   Help Line

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise" or wanting to request additional services as listed in **c.** and **d.**

**c.**   Credit Report and Monitoring

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**d.**   Identity Restoration Case Management

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**4.   PR Services**

Professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals ". However, we will not pay for promotions:

**a.**   Provided to any of your directors or employees; or;

**b.**   Costing more than $25 per "affected individual".

**LIMITS**

The most we will pay under this Data Compromise Coverage is the Data Compromise Limit indicated for this endorsement.

The most we will pay under Legal and Forensic Information Technology Review coverage for loss arising from any one "personal data compromise" is the Legal and Forensic Information Technology Sublimit indicated for this endorsement. This sublimit is part of, and not in addition to, the Data Compromise Limit.

The most we will pay under PR Services coverage for loss arising from any one "personal data compromise" is the PR Services sublimit of $5,000. This sublimit is part of, and not in addition to, the Data Compromise Limit. PR Services coverage is also subject to a limit per "affected individual" as described in DATA COMPROMISE - COVERAGES PROVIDED, paragraph **4. PR Services** .

A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" will be subject to the Data Compromise Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

BP 88 12 03 14          ©   2014 The Hartford Steam Boiler and Insurance Company          Page 2 of 6
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

Coverage for Services to Affected Individuals is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals." Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**DEDUCTIBLE**

All coverages provided under this Data Compromise Coverage endorsement are jointly subject to the Data Compromise Deductible indicated for this endorsement.

You shall be responsible for such deductible amount as respects each "personal data compromise " covered under this endorsement.

**EXCLUSIONS**

The following additional exclusions apply to this coverage:

We will not pay for costs arising from the following:

1.   Your intentional or willful complicity in a "data compromise."

2.   Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

3.   Any "personal data compromise" occurring prior to the first inception of this Data Compromise Coverage endorsement.

4.   Any third party liability or defense costs.

5.   Except as specifically provided under coverage **1.b.** Forensic Information Technology Review Services, costs to research any deficiency. This includes, but is not limited to, any deficiency in your systems, procedures or physical security that may have contributed to a "personal data compromise."

6.   Costs to correct any deficiency. This includes, but is not limited to, any deficiency in your systems, procedures or physical security that may have contributed to a "personal data compromise."

7.   Any fines or penalties. This includes, but is not limited to, fees or surcharges from affected financial institutions.

8.   Any criminal investigations or proceedings.

9.   Any threat, extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance.

10.  Any "personal data compromise" involving data that is being transmitted electronically, unless such data is encrypted to protect the security of the transmission.

11.  Your reckless disregard for the security of "personally identifying information" in your care, custody or control.

**ADDITIONAL CONDITIONS**

The following additional Conditions apply to all coverages under this endorsement:

**A.   Due Diligence**

You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with reasonable and industry-accepted protocols for:

1.   Providing and maintaining appropriate physical security for your premises, computer systems and hard copy files;

2.   Providing and maintaining appropriate computer and Internet security;



3. Maintaining and updating at appropriate intervals backups of computer data;

4. Protecting transactions, such as processing credit card, debit card and check payments; and

5. Appropriate disposal of files containing "personally identifying information," including shredding hard copy files and destroying physical media used to store electronic data.

## B. Legal Advice

We are not your legal advisor and do not provide legal counsel to you. None of the services we provide under this coverage constitute legal advice to you. Our determination of what is or is not covered under this Data Compromise Coverage endorsement does not represent advice or counsel from us about what you should or should not do.

## C. Pre-Notification Consultation

You agree to consult with us prior to the issuance of notification to "affected individuals. " We assume no responsibility under this Data Compromise Coverage for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under Additional Condition **D. Service Providers** . You must provide the following at our pre-notification consultation with you:

1. The exact list of "affected individuals" to be notified, including contact information.

2. Information about the "personal data compromise" that may appropriately be communicated with "affected individuals."

3. The scope of services that you desire for the "affected individuals." For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Limit.

## D. Service Providers

1. We will only pay under this Data Compromise Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Data Compromise Coverage. We will not unreasonably withhold such approval.

2. Prior to the Pre-Notification Consultation described in Additional Condition C. above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternative service provider, our coverage is subject to the following limitations:

    a. Such alternate service provider must be approved by us; and

    b. Our payment for services provided by any alternative service provider will not exceed the amount that we would have paid using the service provider we had suggested.

## E. Services

The following conditions apply as respects any services provided to you or any "affected individual" by us, our designees or any service firm paid for in whole or in part under this Data Compromise coverage:

1. The effectiveness of such services depends on your cooperation and assistance.

2. All services may not be available or applicable to all individuals. For example, "affected individuals" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

3. We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

4. You will have a direct relationship with the professional service firms paid for in whole or in part under this coverage. Those firms work for you.

## DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:



1. "Affected Individual" means any person who is your current, former or prospective customer, client, member, director or employee and whose "personally identifying information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this endorsement. This definition is subject to the following provisions:

   a. "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual."

   b. An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

      (1) If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals." However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

      (2) If you store, process, transmit or transport records, the individuals whose "personally identifying information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals." However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

      (3) You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals." However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

   c. An "affected individual" may reside anywhere in the world. However, the coverage and services provided under this endorsement are only applicable and available within the Coverage Territory.

2. "Identity Theft" means the fraudulent use of "personally identifying information." This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

   "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

3. "Personal Data Compromise" means the loss, theft, accidental release or accidental publication of "personally identifying information" as respects one or more of your current, former or prospective customers, clients, members, owners, directors or employees, if such loss, theft, accidental release or accidental publication has or could reasonably result in the fraudulent use of such information. This definition is subject to the following provisions:

   a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" need not be at the insured premises but must be in the direct care, custody or control of:

      (1) You; or

      (2) A professional entity with which you have a direct relationship and to which you (or one of your current, former or prospective customers, clients, members, owners, directors or employees at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

**b.** "Personal data compromise" includes disposal or abandonment of "personally identifying information" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

**(1)** Your failure to use appropriate safeguards must be accidental and not reckless or deliberate; and

**(2)** Such disposal or abandonment must take place during the time period for which this Data Compromise Coverage endorsement is effective.

**c.** "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

**d.** All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise."

**4.** "Personally Identifying Information" means information that could be used to commit fraud or other illegal activity involving the credit or identity of an individual. This includes, but is not limited to, Social Security numbers or account numbers correlated with names and addresses.

"Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses with no correlated Social Security numbers or account numbers.

All other provisions of this policy apply.

© 2014 The Hartford Steam Boiler and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

BUSINESSOWNERS
BP 88 15 03 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY  RECOVERY  COVERAGE
## IDENTITY  THEFT  CASE  MANAGEMENT   SERVICE  AND
## EXPENSE  REIMBURSEMENT



This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

The following  is added as an Additional  Coverage  to the Property  section:

**IDENTITY  RECOVERY  COVERAGE**

We will  provide  the Case Management  Service and Expense Reimbursement  Coverage indicated  below
if all of the following  requirements  are met:

1.  There has been an "identity  theft"  involving  the personal  identity  of an "identity  recovery
    insured"  under this policy;  and

2.  Such "identity  theft"  is first discovered  by the "identity  recovery  insured"  during  the policy
    period for which this Identity  Recovery coverage  is applicable;  and

3.  Such "identity  theft"  is reported  to us within  60 days after it is first discovered  by the "identity
    recovery  insured."

If all three of the requirements  listed above have been met, then we will  provide  the following  to the
"identity  recovery  insured":

1.  **Case Management  Service**

    Services of an "identity  recovery  case manager"  as needed to respond  to the "identity  theft";
    and

2.  **Expense  Reimbursement**

    Reimbursement  of necessary  and reasonable  "identity  recovery  expenses"  incurred  as a direct
    result of the "identity  theft."

This coverage  is additional  insurance.

**EXCLUSIONS**

The following  additional  exclusions  apply to this coverage:

We do not cover loss or expense arising  from any of the following.

1.  The theft of a professional  or business  identity.

2.  Any fraudulent,  dishonest  or criminal  act by an "identity  recovery  insured"  or any person  aiding
    or abetting  an "identity  recovery  insured",  or by any authorized  representative  of an "identity
    recovery  insured",  whether  acting  alone or in collusion  with others. However,  this exclusion
    shall not apply to the interests  of an "identity  recovery  insured"  who has no knowledge  of or
    involvement  in such fraud, dishonesty  or criminal  act.

3.  An "identity  theft"  that is not reported  in writing  to the police.

**LIMITS**

Case Management  Service is available  as needed for any one "identity  theft"  for up to 12 consecutive
months from the inception  of the service. Expenses we incur to provide  Case Management  Service do
not reduce  the amount  of limit  available  for Expense Reimbursement  Coverage.

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

APP 162

Expense Reimbursement Coverage is subject to a limit of $25,000 annual aggregate per "identity recovery insured." Regardless of the number of claims, this limit is the most we will pay for the total of all loss or expense arising out of all "identity thefts" to any one "identity recovery insured" which are first discovered by the "identity recovery insured" during the present annual policy period. If an "identity theft" is first discovered in one policy period and continues into other policy periods, all loss and expense arising from such "identity theft" will be subject to the aggregate limit applicable to the policy period when the "identity theft" was first discovered.

Legal costs as provided under item **d.** of the definition of "identity recovery expenses" are part of, and not in addition to, the Expense Reimbursement Coverage limit.

Item **e.** (Lost Wages) and item **f.** (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to a sublimit of $5,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expense Reimbursement Coverage limit. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

Item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to a sublimit of $1,000. This sublimit is part of, and not in addition to, the Expenses Reimbursement Coverage limit. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured."

**DEDUCTIBLE**

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is subject to a deductible of $250. Any one "identity recovery insured" shall be subject to only one deductible under this Identity Recovery Coverage during any one policy period.

**CONDITIONS**

The following additional conditions apply to this coverage:

**A. Help Line**

For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line at 1-800-631-9073.**

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

**1.** Information and advice for how to respond to a possible "identity theft"; and

**2.** Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses."

**B. Services**

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

**1.** Our ability to provide helpful services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured."

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP 88 15 03 12                                   Exhibit A                                   Page 2 of 4

**2.** All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**3.** We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts."

## DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:



**1.** **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured." This includes, with the permission and cooperation of the "identity recovery insured," written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

**2.** **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

**a.** Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft."

**b.** Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft."

**c.** Costs for credit reports from established credit bureaus.

**d.** Fees and expenses for an attorney approved by us for the following:

**(1)** The defense of any civil suit brought against an "identity recovery insured."

**(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured."

**(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

**(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

**(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured."

**e.** Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

**f.** Actual costs for supervision of children or elderly or infirm relatives or dependants of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

**g.** Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured."

**h.** Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft."

**(1)** Such costs include:

**(A)** Costs by the "identity recovery insured" to recover control over his or her personal identity.

**(B)** Deductibles or service fees from financial institutions.

©  2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Exhibit A

    **(2)** Such costs do not include:

        **(A)** Costs to avoid, prevent or detect "identity theft" or other loss.

        **(B)** Money lost or stolen.

        **(C)** Costs that are restricted or excluded elsewhere in this endorsement or policy.

**3.** **"Identity Recovery Insured"** means the following:

    **a.** When the entity insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity.

    **b.** When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners.

    **c.** When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be:

        **(1)** The chief executive of the insured entity; or

        **(2)** As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured."

**4.** **"Identity Theft"** means the fraudulent use of the social security number or other method of identifying an "identity recovery insured." This includes fraudulently using the personal identity of an "identity recovery insured" to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

All other provisions of this policy apply.

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**BP 88 15 03 12**                                                                                                  **Page 4 of 4**

**Exhibit A**

APP 165

BUSINESSOWNERS
BP 88 19 09 16

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS   PROPERTY ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

Below is a summarization  of the coverages  provided  by this endorsement.  No coverages  are given by this summary.  Actual  coverage  descriptions  are within  this endorsement.

| SECTION | SUBJECT | LIMITS  OF INSURANCE  OR CHANGE IN CONDITION |
|---------|---------|---------------------------------------------|
| A. | Business Personal Property | Legal Liability  requirement  deleted |
| | | Extended  to 1,000 feet of premises |
| | Undamaged  Tenants Improvements | Covered as Business  Personal Property |
| | And Betterments | Loss Payment  Valuation |
| | Leased Building  Property | $     5,000 |
| B. | Property  Not Covered | Stained  Glass |
| C. | Limitations | |
| | Fragile  Articles | $     5,000  All Covered  Causes of Loss |
| D. | Additional  Coverages broadened: | |
| | Preservation  Of Property | 60 days |
| | Fire Department  Service  Charge | $    15,000 |
| | Business  Income - Ordinary  Payroll Expense | |
| | Business  Income - Newly  Acquired  Locations | $  250,000  at each Newly  Acquired  Premises  / 60 days |
| | Money  Orders And Counterfeit  Money | $    10,000 |
| | Forgery  Or Alteration | Same as Employee  Dishonesty  limit |
| | Increased  Cost Of Construction | |
| | Business  Income  From Dependent  Property | $    50,000  or 30 days Actual  Loss Sustained |
| | Glass Expenses | |
| | Fire Extinguisher  Systems  Recharge Expense | $    15,000 |
| | Electronic  Data | $    25,000 |
| E. | Additional  Coverages added: | |
| | Computer  Equipment | $    25,000 |
| | Employee  Dishonesty | $    25,000 |
| | Employee  Tools | $    25,000 |
| | Money  And Securities | $    10,000  on premises  / $5,000 off-premises |
| | Off-premises  Power  Failure | $    10,000  / 24 hours |
| | Ordinance  Or Law | $    50,000 |
| | | Coverage  2 - Demolition   Cost Coverage |
| | | Coverage  3 - Increased  Cost of Construction  Coverage |
| | Outdoor  Signs | $    10,000 |
| | Reward | $    10,000 |

BP 88 19 09 16
© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its permission.
Page 1 of 17
Exhibit A
APP 166

**F.    Coverage Extensions broadened:**

Newly  Acquired  Or Constructed
Property

| | |
|---|---|
| Building | $1,000,000  up to 180 days |
| Business  Personal  Property | $   500,000  up to 180 days |

Personal  Property  Off-premises                  $     25,000
Outdoor  Property                                 All Covered  Causes of Loss

| | |
|---|---|
| Fences, retaining  walls, radio and | $    10,000  aggregate |
| television  antennas, trees and shrubs | $      1,000  each tree, shrub  or plant |

Personal  Effects                                 $     15,000
Valuable  Papers And Records                       $     25,000  on premises  / $10,000 off-premises

Accounts   Receivable                             $     35,000  on premises  / $5,000 off-premises

**G.    Coverage Extensions added:**

| | |
|---|---|
| Cellular  Phones - Coverage | $      1,000 |
| Fine Arts | $    10,000 |
| Lock Replacement | Actual  Loss Sustained |
| Loss Adjustment   Expenses | $      5,000 |
| Water  Back-up  And Sump  Overflow | $    25,000 |

**H.    Limits Of Insurance**

Coverages  in addition  to Limits  of Insurance
Business  Personal  Property  Limit  - Seasonal         33%
Increase

**I.    Deductible**

No more  than $500 deductible
No deductible
Deductible   - Cellular  Phones                    $          50

**J.    Property  Loss Conditions**

| | |
|---|---|
| Amendment   Loss Payment  Provision | |
| Brand And Labels | Included  in Business  Personal  Property  Limit |
| Consequential   Loss To Stock | Included  in Business  Personal  Property  Limit |

**K.    Property  Definitions**

Period  of Restoration
Fine Arts

© 2016 Liberty Mutual Insurance
**Exhibit A**
BP 88 19 09 16          Includes copyrighted  material of Insurance Services  Office Inc., with  its permission.          Page 2 of 17

APP 167

**Section I - Property** is amended as follows:

**A.** Paragraph **A.1.b. Business Personal Property** is replaced by the following:

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

Property of others coverage does not apply to Employee Tools except as provided under Section **E.** of this endorsement.

**(3)** Tenants improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2)** ; and

**(5)** Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**(6)** Undamaged tenants improvements and betterments.

**(a)** Improvements and betterments coverage includes the portion of improvements and betterments not damaged in a covered loss.

**(b)** We will pay for the portion of undamaged tenants improvements and betterments only if a minimum of six months is required to repair or rebuild the building for your occupancy, and only when your lease is cancelled:

**(i)** By the lessor;

**(ii)** By a valid condition of your lease; and

**(iii)** Due to direct physical loss or damage by a Covered Cause of Loss to property at the premises stated in the Declarations.

**(7)** Leased Building Property, including but not limited to, building or doors, at a premises where you are a tenant and are liable for such damage, unless coverage is otherwise provided for above in Paragraph **A.1.a. Covered Property - Buildings.** The most we will pay for loss or damage by a Covered Cause of Loss under this provision as respects leased Building Property is $5,000 in any one occurrence. This provision does not apply to exterior glass and semi-exterior glass (glass which is on the exterior of the insured premises, but which is interior to an enclosed structure, i.e., an enclosed shopping mall), including all lettering and ornamentation.

**B.** The following is added to Section **A.2. Property Not Covered:**

Stained Glass except as provided under Paragraph **G.2. Fine Arts** of this endorsement.

**C.** Paragraph **A.4.b.(2) Limitations - Fragile articles** is replaced by the following:

**(2)** We will not pay more than $5,000 for loss or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelain, if broken, unless caused by a Covered Cause of Loss or building glass breakage. This restriction does not apply to:

**(a)** Glass that is part of the exterior or interior of a building or structure;

**(b)** Containers of property while held for sale;

**(c)** Photographic or scientific instrument lenses; or

**(d)** Fine Arts Coverage Extension.

**D.** Section **A.5. Additional Coverages** is modified as follows:

**1.** The 30 day limit shown in Paragraph **A.5.b.(2) Preservation Of Property** is replaced by a 60 day limit.

**2.** The $2,500 limit shown in Paragraph **A.5.c. Fire Department Service Charge** is replaced by a $15,000 limit.

**3.** The 60 day limitation for ordinary payroll expense shown in Paragraph **A.5.f.(1)(b) Business Income** does not apply.

4. The following  is added to Paragraph **A.5.f. Business Income:**

**(5) Newly Acquired Locations**

    **(a)** If this policy includes Business Income Coverage, you may extend your Business Income Coverage to apply to property  at a location  you acquire  other than at fairs or exhibitions .

    **(b)** The most we will pay for loss or damage under this Extension is $250,000 at each location in any one occurrence.

    **(c)** Insurance  under this Extension for each newly  acquired  location  will  end when any of the following  first occurs:

        **(i)** This policy  expires;

        **(ii)** 60 days expire  after you acquire  or begin to construct  the property;

        **(iii)** You report values to us; or

        **(iv)** The property  is more specifically  insured.

5. The $1,000 limit shown in Paragraph **A.5.j. Money Orders And "Counterfeit  Money"** is replaced by a $10,000 limit.

6. Paragraph **A.5.k.(4) Forgery Or Alteration**  is replaced by the following:

    **(4)** The most we will pay for any loss, including  legal expenses, under this Additional  Coverage is the greater of $25,000 or an amount  equal to the Limit of Insurance for Employee Dishonesty shown  in the Declarations.

7. Paragraph **A.5.l. Increased Cost Of Construction**  does not apply. Refer to Paragraph **E.6. - Ordinance Or Law Coverage** of this endorsement.

8. Paragraph **A.5.m. Business Income From Dependent  Property** is replaced by the following:

    **(1)** We will pay for the actual loss of Business Income you sustain due to physical  loss or damage at the premises of a dependent  property  or secondary dependent  property caused by or resulting from any Covered Cause of Loss.

    However, this Additional  Coverage does not apply when the only loss to dependent property  or secondary dependent  property  is loss or damage to "electronic  data", including  destruction  or corruption  of "electronic  data". If the dependent  property  or secondary dependent property sustains loss or damage to "electronic  data" and other property,  coverage under this Additional Coverage will not continue  once the other property  is repaired,  rebuilt  or replaced.

    The most we will pay under this Additional  Coverage is the lesser of:

    **(a)** $50,000; or

    **(b)** 30 days actual loss sustained  after direct loss or damage to the property.

    **(2)** We will reduce the amount  of your Business Income loss, other than Extra Expense, to the extent you can resume "operations"  in whole or in part, by using any other available:

    **(a)** Source of materials;  or

    **(b)** Outlet for your products.

    **(3)** If you do not resume "operations",  or do not resume "operations"  as quickly as possible,  we will  pay based on the length  of time it would  have taken to resume "operations"  as quickly as possible.

    **(4)** Dependent  property  means property  owned by others whom you depend on to:

    **(a)** Deliver materials  or services to you, or to others for your account. But services does not mean water supply services, wastewater  removal  services, communication  supply  services, or power supply  services;

    **(b)** Accept your products  or services;

    **(c)** Manufacture  your products  for delivery  to your customers  under contract  for sale; or

    **(d)** Attract customers  to your business.

    The dependent  property  must be located in the coverage territory  of this policy.

    **(5)** Secondary dependent  property  means an entity which  is not owned or operated by a dependent  property  and which;

    **(a)** Delivers materials  or services to a dependent  property,  which  in turn  are used by the dependent  property  in providing  materials  or services to you; or

© 2016 Liberty  Mutual  Insurance
Includes copyrighted material of Insurance Services Office Inc., with its permission.

**Exhibit A**

BP 88 19 09 16          Page 4 of 17



**(b)** Accepts materials or services from a dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary dependent property

Any property which delivers any of the following services is not a secondary dependent property with respect to such services:

**(i)** Water supply services;

**(ii)** Wastewater removal services;

**(iii)** Communication supply services; or

**(iv)** Power supply services.

The secondary dependent property must be located in the coverage territory of this policy.

**(6)** The coverage period for Business Income under this Additional Coverage:

**(a)** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property or secondary dependent property; and

**(b)** Ends on the date when the property at the premises of the dependent property or secondary dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

**(7)** The Business Income coverage period as stated in Paragraph **(5),** does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of " pollutants".

The expiration date of this policy will not reduce the Business Income coverage period.

**(8)** The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**9.** Paragraph **A.5.n. Glass Expenses** is replaced by the following:

We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, which is part of or contained in a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

**(1)** Expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed;

**(2)** Repair or replacement of encasing frames; and

**(3)** Expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**10.** Paragraph **A.5.o. Fire Extinguisher Systems Recharge Expense** is replaced by the following:

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during installation or testing.

**(3)** The most we will pay under this Additional Coverage is $15,000 in any one occurrence.

**11.** The $10,000 limit shown in Paragraph **A.5.p.(3) Electronic Data** is replaced by a $25,000 limit.

**E.** The following are added to Section **A.5 Additional Coverages:**

**1.** **Computer Equipment**

**a.** We will pay for direct loss of or damage to Computer Equipment resulting from direct physical loss or damage by a Covered Cause of Loss at the premises described in the Declarations.

  **b.** The most we will pay for loss under this Additional  Coverage is $25,000 in any one occurrence. Our payment  will  only be for the account  of the owner  of the computer  equipment.

**2.** **Employee Dishonesty**

  **a.** We will pay for direct  loss of or damage to Business Personal Property and "money"  and "securities"  resulting  from dishonest acts committed  by any of your employees  acting alone or in collusion  with other persons (except you or your partner) with the manifest  intent to:

   **(1)** Cause you to sustain loss or damage;  and also

   **(2)** Obtain  financial  benefit  (other than salaries, commissions,  fees, bonuses, promotions, awards, profit  sharing, pensions or other employee  benefits earned in the normal  course of employment)  for;

    **(a)** Any employee;  or

    **(b)** Any other person  or organization.

  **b.** We will  not pay for loss or damage:

   **(1)** Resulting  from any dishonest  or criminal  act that you or any of your partners  or "members"  commit  whether  acting alone or in collusion  with other persons.

   **(2)** Resulting  from any dishonest act committed  by any of your employees  (except as provided in Paragraph  **a.**), "managers"  or directors:

    **(a)** Whether  acting alone or in collusion  with other persons; or

    **(b)** While performing  services for you or otherwise.

   **(3)** The only proof  of which  as to its existence  or amount  is:

    **(a)** An inventory  computation;  or

    **(b)** A profit  and loss computation.

   **(4)** Caused by an employee  if the employee  had also committed  theft or any other dishonest act prior to the effective  date of this policy and you or any of your partners,  "members", "managers",  officers, directors or trustees, not in collusion  with the employee,  learned of that theft  or dishonest  act prior to the policy period shown in the Declarations.

  **c.** The most we will  pay for loss or damage in any one occurrence  is:

   **(1)** $25,000; or

   **(2)** The Limit of Insurance for Employee  Dishonesty  shown in the Declarations;

  whichever  is greater.

  **d.** All loss or damage:

   **(1)** Caused by one or more persons;  or

   **(2)** Involving  a single or series of related acts;

  is considered  one occurrence.

  **e.** If any loss is covered:

   **(1)** Partly by this insurance;  and

   **(2)** Partly by any prior cancelled  or terminated  insurance  that we or any affiliate  has issued to you or any predecessor  in interest;

  the most we will  pay is the larger of the amount  recoverable  under this insurance or the prior insurance.

  We will pay only for loss or damage you sustain through acts committed  or events occurring during  the policy period. Regardless of the number  of years this policy remains in force or the number  of premiums  paid, no Limit of Insurance  cumulates  from year to year or period to period.

  **f.** This Additional  Coverage is cancelled as to any employee  immediately  upon discovery by:

   **(1)** You; or

   **(2)** Any of your partners,  "members",  "managers",  officers or directors not in collusion  with the employee;

  of any dishonest  act committed  by that employee  before or after being hired by you.

  **g.** We will  pay only for covered loss or damage sustained  during the policy period and discovered no later than one year from  the end of the policy  period.

©  2016 Liberty Mutual Insurance

**Exhibit A**

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

    **(1)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

    **(2)** The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

    **(1)** This Additional Coverage as of its effective date; or

    **(2)** The prior insurance had it remained in effect.

**j.** With respect to the Employee Dishonesty Additional Coverage in Paragraph **E.2.** of this endorsement, employee means:

    **(1)** Any natural person:

        **(a)** While in your service or for 30 days after termination of service;

        **(b)** Who you compensate directly by salary, wages or commissions; and

        **(c)** Who you have the right to direct and control while performing services for you;

    **(2)** Any natural person who is furnished temporarily to you:

        **(a)** To substitute for a permanent employee as defined in Paragraph **(1)** above, who is on leave; or

        **(b)** To meet seasonal or short-term workload conditions;

    **(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

    **(4)** Any natural person who is a former employee, director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

    **(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

    **(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

    **(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**k.** This Additional Coverage replaces Paragraph **G.3. Optional Coverages - Employee Dishonesty.**

**l.** Paragraph **B.2.f. Exclusions - Dishonesty** does not apply to coverage for employees as provided by this Additional Coverage.

**m.** **Theft Of Clients' Property Coverage**

    **(1)** We will also pay for loss of or damage to "money", "securities" and "other property" which was located at your clients' premises, and your client owned, leased, or held for others at the time of loss or damage, resulting directly from theft committed by any of your employees, acting alone or in collusion with other persons.

        However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your client. Any claim for loss that is covered under this coverage must be presented by you.

    **(2)** The most we will pay for covered loss or damage under this Additional Coverage is $5,000, unless a higher Theft Of Clients' Property Coverage Limit of Insurance is shown in the Declarations.

    **(3)** We will not pay for any covered loss or damage until the amount of covered loss or damage exceeds $250 in any one occurrence. We will then pay the amount of covered loss or damage in excess of this deductible amount up to the applicable Limit of Insurance. No other deductible applies to this Theft Of Clients' Property Coverage.

Exhibit A

    **(4)** For Theft Of Clients' Property Coverage, "other property" means any tangible property other than "money" and "securities " that has intrinsic value, but does not include any property described under subparagraphs **a., c., d., f., h.** and **i.** of Section **A.2. Property Not Covered.**

**3.**  **Employee Tools**

We will pay for loss of or damage to tools owned by your employees located on the described premises or in transit resulting from a Covered Cause of Loss.

The most we will pay for loss under this Additional Coverage is $25,000 or the Limit of Insurance shown in the Declarations in any one occurrence. Our payment will only be for the account of the owner of the tools.

**4.**  **Money And Securities**

  **a.**  We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

    **(1)** Theft, meaning any act of stealing;

    **(2)** Disappearance; or

    **(3)** Destruction.

  **b.**  In addition to the Limitations and Exclusions applicable to **Section I - Property** , we will not pay for loss:

    **(1)** Resulting from accounting or arithmetical errors or omissions;

    **(2)** Due to the giving or surrendering of property in any exchange or purchase; or

    **(3)** Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

  **c.**  The most we will pay for loss in any one occurrence is:

    **(1)** $10,000 for Inside the Premises for "money" and "securities" while:

      **(a)** In or on the described premises; or

      **(b)** Within a bank or savings institution; and

    **(2)** $5,000 for Outside the Premises for "money" and "securities" while anywhere else; or

    **(3)** The Limit of Insurance for Money And Securities shown in the Declarations;

    whichever is greater.

  **d.**  All loss:

    **(1)** Caused by one or more persons; or

    **(2)** Involving a single act or series of related acts;

    is considered one occurrence.

  **e.**  You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

  **f.**  This Additional Coverage replaces Paragraph **G.2. Optional Coverages - Money And Securities.**

**5.**  **Off-premises Power Failure**

We will pay up to $10,000 for loss of Business Income and Extra Expense caused by the failure of power or other utility service supplied to the described premises if the failure occurs away from the described premises.

The failure of power or other utility service must result from direct physical loss or damage by a Covered Cause of Loss.

We will only pay for loss you sustain after the first 24 hours following the direct physical loss to the off-premises property.

**6.**  **Ordinance Or Law Coverage**

  **a.**  The following Additional Coverages apply only to covered buildings written on a replacement cost basis.

  **b.**  **Application Of Coverage(s)**

    The Additional Coverage for Ordinance Or Law provided by this endorsement applies only if both **6.b.(1)** and **6.b.(2)** are satisfied and are then subject to the qualifications set forth in **6.b.(3).**



**(1)** The ordinance  or law:

    **(a)** Regulates the demolition,  construction  or repair of buildings  or tenants  improvements and betterments,  or establishes  zoning or land use requirements  at the described premises;  and

    **(b)** Is in force at the time of loss.

But coverage applies only in response to the minimum  requirements  of the ordinance  or law. Losses and costs incurred  in complying  with recommended  actions or standards that exceed actual requirements  are not covered.

**(2)** The building  or tenants  improvements  and betterments  sustain direct physical damage:

    **(a)** That is covered  under this policy and as a result of such damage, you are required  to comply  with the ordinance  or law; or

    **(b)** That is covered under this policy and direct physical damage that is not covered  under this policy,  and as a result of the building  or tenants  improvements  and betterments damage in its entirety,  you are required  to comply  with the ordinance  or law.

    **(c)** But if the damage  is not covered  under this policy, and such damage  is the subject  of the ordinance  or law, then there is no coverage  under this endorsement  even if the building  or tenants  improvements  and betterments  has also sustained  covered  direct physical  damage.

**(3)** In the situation  described  in **6.b.(2)(b)** above, we will not pay the full amount  of loss otherwise  payable under the terms of Coverages  **2** and/or **3** of this endorsemen t. Instead, we will pay a proportion  of such loss, meaning the proportion  that the covered  direct physical  damage bears to the total direct physical  damage.

However,  if the covered  direct physical  damage  alone would have resulted  in a require- ment to comply  with the ordinance  or law, then we will pay the full amount  of loss otherwise  payable  under terms of Coverages  **2** and/or **3.**

**c.** We will  not pay under Coverages  **2** or **3** for:

**(1)** Enforcement  of or compliance  with any ordinance  or law which requires the demolition, repair, replacement,  reconstruction,  remodeling  or remediation  of property due to con- tamination  by "pollutants"  or due to the presence,  growth,  proliferation,  spread of any activity of "fungi",  wet rot or dry rot; or

**(2)** The costs associated  with the enforcement  of or compliance  with any ordinance  or law which requires  any insured  or others to test for, monitor,  clean up, remove, contain treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects of "pollutants", "fungi",  wet rot or dry rot.

**d.** **Coverage**

**(1)** **Coverage 2 - Demolition  Cost Coverage**

With respect to the building  that has sustained  covered  direct physical  damage,  we will pay the cost to demolish  and clear the site of undamaged  parts of the same building,  as a consequence  of a requirement  to comply  with an ordinance  or law that requires demolition of such undamaged  property.

Paragraph  **E.5.d. Loss Payment** Property Loss Condition  does not apply to **Demolition  Cost Coverage.**

**(2)** **Coverage 3 - Increased  Cost Of Construction  Coverage**

With respect to the building  that has sustained  covered  direct physical  damage,  we will pay the increased  cost to:

    **(a)** Repair or reconstruct  damaged  portions  of that building;  and/or

    **(b)** Reconstruct  or remodel  undamaged  portions  of the building,  whether  or not demolition  is required;

when the increased  cost is a consequence  of a requirement  to comply  with  the minimum standards  of the ordinance  or law.

However:

    **(a)** This coverage  applies  only if the restored  or remodeled  property  is intended  for similar occupancy  as the current property,  unless such occupancy  is not permitted  by zoning or land use ordinance  or law.

    **(b)** We will not pay the increased  cost of construction  if the building  is not repaired, reconstructed  or remodeled.

© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its permission.

Exhibit A

Paragraph **E.5.d. Loss Payment** Property Loss Condition  does not apply to the **Increased Cost Of Construction  Coverage.**

**e.   Loss Payment**

**(1)** Loss payment  Provision  **e.(2)** below,  is subject to the apportionment  procedure set forth in Paragraph **6.b.(3)** above.

**(2)** For Coverage **2** - Demolition  Cost Coverage and Coverage **3** - Increased Cost Of Construction  Coverage,  the most we will pay at each described  premises  for the total of all covered losses is:

**(a)** $50,000; or

**(b)** The Limit of Insurance for Demolition  Cost Coverage and Increased Cost Of Construction  Coverage  shown in the Declarations;

whichever  is greater.

The Limit of Insurance for Demolition  Cost Coverage and Increased Cost Of Construction  Coverage  described  in Paragraph  **e.(2)** above, is subject to the following  additional  loss payment  provisions:

**(a)** For Demolition  Cost, we will  not pay more than the amount  you actually  spend to demolish  and clear the site of the described  premises.

**(b)** With  respect to the Increased Cost Of Construction:

**(i)** We will  not pay for the increased cost of construction:

i.    Until  the property  is actually  repaired  or replaced,  at the same or another premises;  and

ii.   Unless  the repair or replacement  is made as soon as reasonably  possible  after the loss or damage,  not to exceed two years. We may extend  this period  in writing  during  the two years.

**(ii)** If the building  or tenants  improvements  and betterments  are repaired  or replaced at the same premises,  or if you elect to rebuild  at another  premises,  the most we will  pay for the increased  cost of construction  is the lesser of:

i.    The increased  cost of construction  at the same premises;  or

ii.   The applicable  Demolition  Cost and Increased Cost of Construction  Limit of Insurance  described  in Paragraph **e.(2)** above.

**(iii)** If ordinance  or law requires  relocation  to another  premises,  the most we will pay for the Increased cost of construction  is the lesser of:

i.    The increased  cost of construction  at the new premises;  or

ii.   The applicable  Demolition  Cost and Increased Cost Of Construction  Limit  of Insurance  described  in Paragraph **e.(2)** above.

**f.**   The terms of this Additional   Coverage apply separately  to each building  to which  this endorse-ment  applies.

**g.**   Under this endorsement,  we will  not pay for loss due to any ordinance  or law that:

**(1)** You were required  to comply  with  before the loss, even if the building  was undamaged; and

**(2)** You failed to comply  with.

**h.**   Example of Proportionate  Loss Payment  for Ordinance  Or Law Coverage Losses (procedure  as set forth in Paragraph  **6.b.(3)** above).

Assume:

- Wind is a Covered Cause of Loss. Flood is an excluded  Cause of Loss;
- The building  has a value of $200,000;
- Total direct physical  damage to building:  $100,000;
- The ordinance  or law in this jurisdiction  is enforced  when building  damage equals or exceeds 50% of the building's  value;
- Portion of direct physical  damage that is covered  (caused by wind):  $30,000;
- Portion  of direct physical  damage that is not covered  (caused by flood):  $70,000; and
- Loss under Ordinance  Or Law Coverage **3** of this endorsement:  $60,000.

© 2016 Liberty Mutual  Insurance
BP 88 19 09 16            Includes copyrighted material of Insurance Services Office Inc., with its permission.            Page 10 of 17

**Exhibit A**

Step **1:** Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 divided by $100,000 = .30

Step **2:** Apply that proportion to the Ordinance Or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for Coverage **3** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**NOTE:** The same procedure applies to losses under Coverage **2** of this endorsement.

**7. Outdoor Signs**

   **a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

      **(1)** Owned by you; or

      **(2)** Owned by others but in your care, custody or control.

   **b.** Section **A.3. Covered Causes of Loss** and Section **B. Exclusions** do not apply to this Additional Coverage, except for:

      **(1)** Paragraph **B.1.c. Governmental Action;**

      **(2)** Paragraph **B.1.d. Nuclear Hazard;** and

      **(3)** Paragraph **B.1.f. War And Military Action.**

   **c.** We will not pay for loss or damage caused by or resulting from:

      **(1)** Wear and tear;

      **(2)** Hidden or latent defect;

      **(3)** Rust;

      **(4)** Corrosion; or

      **(5)** Mechanical breakdown.

   **d.** The most we will pay for loss or damage in any one occurrence is:

      **(1)** $10,000; or

      **(2)** The Limit of Insurance for Outdoor Signs shown in the Declarations;

     whichever is greater.

   **e.** This Additional Coverage replaces Paragraph **G.1. Optional Coverages - Outdoor Signs.**

   **f.** Paragraph **C.2. Limits Of Insurance** does not apply to this Additional Coverage.

**8. Reward**

We will pay up to $10,000 as a reward for information which leads to a conviction in connection with a fire loss or theft loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this Additional Coverage shall not be increased.

**F.** Section **A.6. Coverage Extensions** is modified as follows:

**1.** Paragraph **A.6.a. Newly Acquired Or Constructed Property** is replaced by the following:

   **(1) Buildings**

     If this policy covers Buildings, you may extend that insurance to apply to:

     **(a)** Your new buildings while being built on the described premises; and

     **(b)** Buildings you acquire at premises other than the one described, intended for:

       **(i)** Similar use as the building described in the Declarations; or

       **(ii)** Use as a warehouse.

     The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

   **(2) Business Personal Property**

     If this policy covers Business Personal Property, you may extend that insurance to apply to:

     **(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire;



© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its permission.
**Exhibit A**

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(c)** Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $500,000 at each building.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**2.** Paragraph **A.6.b. Personal Property Off-premises** is replaced by the following:

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $25,000.

The above Limit does not include Employee Tools. Refer to Paragraph **E.3. Additional Coverages - Employee Tools** of this endorsement for specific coverage.

**3.** Paragraph **A.6.c. Outdoor Property** is replaced by the following:

You may extend the insurance provided by this policy to apply to your outdoor fences and retaining walls; radio or television antennas (including satellite dishes), including their lead-in wiring, masts, or towers; trees, shrubs and plants, including debris removal expense, caused by or resulting from a Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $10,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**4.** Paragraph **A.6.d. Personal Effects** is replaced by the following:

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees, including temporary or leased employees. This extension does not apply to:

**(1)** Tools or equipment used in your business except as provided by Paragraph **E.3. Additional Coverages - Employee Tools** of this endorsement; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $15,000 at each described premises.

**5.** Paragraph **A.6.e.(3) Valuable Papers And Records** is replaced by the following:

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is the lesser of 25% of the Valuable Papers And Records Limit of Insurance described above, or $10,000.

**6.** Paragraph **A.6.f.(2) Accounts Receivable** is replaced by the following:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $35,000, unless a higher Limit of Insurance for Accounts Receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $5,000.

© 2016 Liberty Mutual Insurance

Exhibit A

BP 88 19 09 16          Includes copyrighted material of Insurance Services Office Inc., with its permission.          Page 12 of 17

APP 177

**G.** The following  are added to Section  **A.6. Coverage Extensions:**

**1.  Cellular Phones And Personal Digital  Assistant (PDA)**

   **a.**  The most  we will  pay for loss or damage  to Cellular  Phones,  PDA's, and  similar  hand-held wireless  communication   devices  is $1,000.

   **b.**  A $50 per occurrence  deductible  applies  to this Coverage Extension.  This deductible  does not increase  the amount  of the deductible  shown in the Declarations  and will  be used to satisfy the requirements  of the deductible  shown  in the Declarations.

**2.  Fine Arts**

You may extend the insurance  which applies  to Your Business  Personal  Property  to apply to "fine arts"  that are:

   **a.**  Property  you own that is used in your business;  or

   **b.**  Property  of others  that is in your care, custody  or control.

The most  we will  pay for loss or damage  under this Coverage Extension  is $10,000 at each de-scribed  premises;  or the Limit  of Insurance  for Fine Arts  shown  in the Declarations;  whichever  is greater.

In the event of loss or damage  to property  covered  under this Extension,  we will  pay the market value of the property  at the time of loss or damage.

Section  **B. Exclusions**  does not apply  to this Coverage Extension  except for:

   **a.**  Paragraph  **B.1.c. Governmental  Action;**

   **b.**  Paragraph  **B.1.d. Nuclear  Hazard;**

   **c.**  Paragraph  **B.1.f. War And Military  Action;**

   **d.**  Paragraph  **B.2.f. Dishonesty;**

   **e.**  Paragraph  **B.2.g. False Pretense;**  and

   **f.**  Paragraph  **B.2.k. Neglect.**

**3.  Lock Replacement**

You may extend the insurance  provided  by this policy  to apply to the cost to repair  or replace  the door locks or tumblers  of your described  premises  due to theft  of your door keys.

**4.  Loss Adjustment  Expenses**

You may extend the insurance  provided  by this policy  to apply to your expenses  for preparation  of loss data, including  inventories  and appraisals,  in connection  with any claim covered  under this policy.  This Coverage Extension  will  not pay for expenses  incurred  insuring  the services  of a public adjuster.

The most  we will  pay under this Coverage Extension  is $5,000.

**5.  Water  Back-up And Sump Overflow**

   **a.**  You may extend  the insurance  provided  by this policy  to apply to direct  physical  loss or damage  to your Covered  Property  caused by or resulting  from:

      **(1)**  Water or waterborne  material  which backs up into a building  or structure  through  sewers or drains  contained  within  a building  which are directly  connected  to a sanitary  sewer or septic system;  or

      **(2)**  Water or waterborne  material  which enters into or overflows  from a sump, sump pump or related  equipment,  provided  that it is located  in a building  and designed  to remove  subsur-face water  which  is drained  from  the foundation  area, even if the overflow  or discharge results  from mechanical  breakdown  of a sump pump  or its related  equipment.

      However,  with  respect  to Paragraph  **(2)** above, we will  not pay the cost of repairing  or replacing  a sump pump  or its related  equipment  in the event of mechanical  breakdown.

   **b.**  The coverage  described  in Paragraph  **a.** above does not apply  to loss or damage  resulting  from an insured's  failure  to:

      **(1)**  Keep a sump pump  or its related  equipment  in proper  working  condition;  or

      **(2)**  Perform  the routine  maintenance  or repair  necessary  to keep a sewer or drain  free from obstructions.

   **c.**  The most  we will  pay for this coverage  provided  under the Water Back-up And Sump Overflow Coverage Extension  is $25,000 per location.

©   2016 Liberty  Mutual  Insurance

**Exhibit A**

APP 178

    **d.** We will not, however, pay for any loss or damage that results from water or other materials that back up, overflow, or are discharged from a sewer, drain, sump, sump pump or related equipment when it is caused directly or indirectly by any flood, whether the flood is caused by an act of nature or is otherwise caused. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**H.** Section **C. Limits Of Insurance** is modified as follows:

**1.** Paragraph **C.3.** is replaced by the following:

    **3.** Unless otherwise stated, the amounts of insurance applicable to the Coverage Extensions, and the following Additional Coverages listed below, are in addition to the Limits of Insurance:

        **a.** Computer Equipment;

        **b.** Employee Dishonesty;

        **c.** Employee Tools;

        **d.** Fire Department Service Charge;

        **e.** Fire Extinguisher Systems Recharge Expense;

        **f.** Forgery Or Alteration;

        **g.** Money And Securities;

        **h.** Money Orders And "Counterfeit Money";

        **i.** Off-premises Power Failure;

        **j.** Ordinance Or Law Coverage;

        **k.** Pollutant Clean Up And Removal; and

        **l.** Reward.

**2.** Paragraph **C.5.a. Business Personal Property Limit - Seasonal Increase** is replaced by the following:

    **a.** The Limit of Insurance for Business Personal Property will automatically increase by 33% to provide for seasonal variations.

**I.** Paragraphs **D.2.** and **D.3. Deductibles** are replaced by the following:

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage is $500 in any one occurrence under the following Additional Coverages:

    **a.** Employee Dishonesty;

    **b.** Forgery Or Alteration;

    **c.** Money Orders And "Counterfeit Money";

    **d.** Money And Securities; or

    **e.** Outdoor Signs.

But this $500 deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

**3.** No deductible applies to the following:

    **a.** Additional Coverages:

        **(1)** Business Income;

        **(2)** Civil Authority;

        **(3)** Extra Expense;

        **(4)** Fire Department Service Charge;

        **(5)** Fire Extinguisher Systems Recharge Expense;

        **(6)** Off-premises Power Failure;

        **(7)** Reward; or

    **b.** Coverage Extensions:

        **(1)** Lock Replacement; or

        **(2)** Loss Adjustment Expenses.

    **c.** A $50 per occurrence deductible applies to Cellular Phone Coverage, but this $50 per occurrence deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

© 2016 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office Inc., with its permission.

**Exhibit A**

**J.**   Section  **E. Property  Loss Conditions**  is modified  as follows:

   **1.**   Paragraph  **E.5. Loss Payment**  is replaced  by the following:

      In the event  of loss  or damage  covered  by this policy:

      **a.**   At our option,  we will  either:

         **(1)**   Pay the value  of lost  or damaged  property;

         **(2)**   Pay the cost  of repairing  or replacing  the lost  or damaged  property;

         **(3)**   Take all  or any part  of the property  at an agreed  or appraised  value;  or

         **(4)**   Repair,  rebuild  or replace  the property  with  other  property  of like kind  and quality,  subject
to Paragraph  **d.(1)(a)**  below.

      **b.**   We will  give notice  of our intentions  within  30 days after  we receive  the sworn  proof  of loss.

      **c.**   We will  not pay you more  than your financial  interest  in the Covered  Property.

      **d.**   Except  as provided  in Paragraphs  **(2)**  through  **(8)**  below,  we will  determine  the value  of Covered
Property  as follows:

         **(1)**   At replacement  cost without  deduction  for depreciation,  subject  to the following:

            **(a)**   We will  not pay more  for loss  or damage  on a replacement  cost basis  than the least  of:

               **(i)**   The Limit  of Insurance  under  **Section I - Property**  that applies  to the lost  or
damaged  property;

               **(ii)**   The cost  to replace,  on the same  premises,  the lost  or damaged  property  with
other  property:

                   **i.**   Of comparable  material  and quality;  and

                   **ii.**   Used for the same  purpose;  or

               **(iii)**   The amount  you actually  spend  that is necessary  to repair  or replace  the lost  or
damaged  property.

               If a building  is rebuilt  at a new premises,  the cost  is limited  to the cost  which  would
have been  incurred  had the building  been  built  at the original  premises.

            **(b)**   You may make  a claim  for loss  or damage  covered  by this insurance  on an actual  cash
value  basis  instead  of on a replacement  cost basis.  In the event  you elect  to have loss
or damage  settled  on an actual  cash value  basis,  you may still  make  a claim  on a
replacement  cost basis  if you notify  us of your intent  to do so within  180 days after  the
loss or damage.

            **(c)**   We will  not pay on a replacement  cost basis  for any loss  or damage:

               **(i)**   Until the lost  or damaged  property  is actually  repaired  or replaced;  and

               **(ii)**   Unless  the repair  or replacement  is made  as soon  as reasonably  possible  after  the
loss or damage.

               However,  if the cost  to repair  or replace  the damaged  building  property  is $2,500  or
less,  we will  settle  the loss  according  to the provisions  of Paragraph  **d.(1)(a)**  whether
or not the actual  repair  or replacement  is complete.

            **(d)**   The cost  to repair,  rebuild  or replace  does not include  the increased  cost attributable  to
enforcement  of or compliance  with  any ordinance  or law regulating  the construction,
use or repair  of any property.

         **(2)**   If the Actual  Cash Value - Buildings  option  applies,  as shown  in the Declarations,  Para-
graph  **(1)**  above  does not apply  to Buildings.  Instead,  we will  determine  the value  of
Buildings  at actual  cash value.

         **(3)**   The following  property  at actual  cash value:

            **(a)**   Used or second-hand  merchandise  held  in storage  or for sale;

            **(b)**   Household  contents,  except  personal  property  in apartments  or rooms  furnished  by
you as landlord;  or

            **(c)**   Manuscripts.

         **(4)**   Works  of art, antiques  or rare articles,  including  etchings,  pictures,  statuary,  marbles,
bronzes,  porcelains  and bric-a-brac  at market  value  at the time  of loss.

        **(5)**   Glass  at the cost  of replacement  with  safety  glazing  material  if required  by law.



    **(6)** Tenants improvements and betterments and/or undamaged tenants improvements and betterments at:

        **(a)** The cost to repair or replace on the same or another site if you make repairs promptly;

        **(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

            **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

            **(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

        If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

        **(c)** Nothing if others pay for repairs or replacement.

    **(7)** Applicable only to Money and Securities:

        **(a)** "Money" at its face value; and

        **(b)** "Securities" at their value at the close of business on the day the loss is discovered.

    **(8)** Applicable only to Accounts Receivable:

        **(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

            **(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

            **(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

        **(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

            **(i)** The amount of the accounts for which there is no loss or damage;

            **(ii)** The amount of the accounts that you are able to re-establish or collect;

            **(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

            **(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all the terms of this policy, and:

    **(1)** We have reached agreement with you on the amount of loss; or

    **(2)** An appraisal award has been made.

**2.** The following are added to Paragraph **E.5. Loss Payment:**

**a. Brands And Labels**

If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, and we take all or part of the property at an agreed or appraised value, you may extend the insurance that applies to Business Personal Property to pay expenses you incur to:

    **(1)** Stamp salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

    **(2)** Remove the brands and labels, if doing so will not physically damage the merchandis e or its containers to comply with the law.

Payment of these expenses is included within the applicable Limit of Insurance.

**b.** **Consequential Loss To Stock**

If a Covered Cause of Loss occurs to covered "stock", we will pay any reduction in value of the remaining undamaged parts of covered "stock".

Payment for any reduced value in "stock" is included within the applicable Limit of Insurance.

**K.** Section **H. Property Definitions** is modified as follows:

**1.** Paragraph **H.9.** "Period of restoration" is replaced by the following:

**a.** Means the period of time that:

**(1)** Begins:

**(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

**(a)** The date when your business activities at the described premises return to the level that existed immediately before the loss; but in no event for more than 30 days after the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**2.** With respect to this endorsement, the following is added to Section **H. Property Definitions:**

"Fine Arts" means paintings, etchings, pictures, tapestries, art or stained glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac, sports memorabilia and any other similar property of rarity, historic value or artistic merit.



BUSINESSOWNERS
BP 88 77 07 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY  THEFT ADMINISTRATIVE   SERVICES
# AND  EXPENSE  COVERAGE

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE FORM

The following  is added to **A. 5. Additional  Coverages** in **Section I - Property:**

**IDENTITY  THEFT ADMINISTRATIVE   SERVICES AND EXPENSE COVERAGE**

We will  provide  "Identity  Theft Administrative   Services"  and will  reimburse  up to $25,000 for "Identity   Theft
Expenses"  incurred  by an "identity  theft insured"  as a direct  result  of any one "identity  theft"  in the
"coverage  territory"   if all of the following   requirements  are met:

1.  The personal  identity  of an "identity   theft insured"  under this policy  was the subject  of an "identity
    theft";

2.  Such "identity  theft"  is first discovered  by the "identity  theft insured"  during  the policy  period  for which
    this Identity  Theft Expense Coverage is applicable;

3.  Such "identity  theft"  is reported  to us as soon as practicable  but in no event  later than 60 days after it is
    first discovered  by the "identity   theft insured";  and

4.  The "identity  theft insured"  reports  the "identity  theft"  in writing  to the appropriat e law enforcement
    agency.

Any act or series of acts committed  by one or more persons, or in which  such person or persons  are aiding
or abetting  others, against  an "identity  theft insured"  is considered  to be one "identity  theft",  even if a
series of acts continues  into a subsequent  policy  period.

**LIMITS**

Regardless  of the number  of claims  or "identity  theft insureds",  the most we will  pay in the aggregate  for all
"Identity  Theft Expenses"  resulting  from "identity  theft"  discovered  during  the policy  period is $25,000.

1.  The $25,000 Identity  Theft Expense Limit  shall  be reduced  by the amount  of any payment  made by us
    under the terms  of this insurance.  If the Identity  Theft Expense Limit  of Insurance  is exhausted,  we will
    have no further  liability  to pay for loss  which  may be discovered  during  the remainder  of the policy
    period.

2.  Any recovery  made by us after settlement  of a loss covered  by this insurance  shall  not be used to
    increase  or reinstate  the Limit  of Insurance.

3.  "Identity  Theft Administrative   Services"  is provided  up to 12 consecutive  months  after service begins.

4.  "Identity  Theft Administrative   Services"  do not reduce  the "Identity  Theft Expense"  Limit.

This "Identity  Theft Administrative   Service"  and "Identity  Theft Expense"  Coverage are additional  insur-
ance.

**EXCLUSIONS**

The following  additional  exclusions  apply to this coverage.

We do not provide  "Identity  Theft Administrative   Services"  or cover "Identity  Theft Expenses":

1.  Incurred  as the result  of "identity  theft"  due to any fraudulent,  dishonest,  or criminal  act by you, your
    partners,  employees,  members,  "executive  officers",  managers,  directors,  or trustees  or by any au-
    thorized  representative  of yours,  whether  acting  alone or in collusion  with others.

©   2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

APP 183

In the event of any such act, no "identity theft insured" is entitled to "Identity Theft Expenses", even an "identity theft insured" who did not commit or conspire to commit the act causing the "identity theft".

**2.** Arising out of "identity theft" committed by or with knowledge of any relative or former relative of the "identity theft insured".

**3.** Arising out of an "identity theft" first discovered by the "identity theft insured" prior to the policy period or after the policy period, even if the "identity theft" began or continued during the policy period.

**4.** Arising out of an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity theft insured".

## DEDUCTIBLE

**1.** There is no deductible applicable to the "Identity Theft Administrative Services".

**2.** We will not pay for "Identity Theft Expenses" resulting from an "identity theft" unless the amount exceeds $250. We will then pay the amount of "Identity Theft Expense" in excess of the Deductible Amount, up to the Limit of Insurance. Each "identity theft insured" shall be subject to only one deductible during any one policy period.

## CONDITIONS

The following additional conditions are added for "Identity Theft Administrative Services" and "Identity Theft Expenses" Coverage:

**1.** The coverage provided under this endorsement will be excess over any other insurance covering the same loss or damage, whether you can collect on it or not. But we will not pay any more than the Identity Theft Expense Limits of Insurance applicable to this coverage.

**2.** Reimbursement for "Identity Theft Expenses" will be made to the "identity theft insured."

**3.** "Identity Theft Administrative Services" will provide instructions on:

   **a.** How to respond to a potential "identity theft";

   **b.** How to submit a request for "Identity Theft Administrative Services"; and

   **c.** Information needed for reimbursement of "Identity Theft Expenses".

We may provide "Identity Theft Administrative Services" prior to a final determination of "identity theft." However, if we determine there was not an "identity theft" these services will end and we will not have a right or duty to continue these services. Offering "Identity Theft Administrative Service" does not indicate an admission of liability under this policy.

**4.** Identify Theft Administrative Services. The following apply with respect to "Identity Theft Administrative Services":

   **a.** Services will depend on the cooperation, permissions, and assistance provided by the "identity theft insured";

   **b.** There is no warranty or guarantee that "identity theft" issues will end and it will not prevent future "identity theft" incidences; and

   **c.** All services may not be offered or applicable to all "identity theft insureds." For example, minors may not have credit reports available to be monitored.

## DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:

**1.** "Coverage Territory" means:

   **a.** The United States of America (including its territories and possessions);

   **b.** Puerto Rico; and

   **c.** Canada.

**2.** "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**BP 88 77 07 13**    Exhibit A    **Page 2 of 3**

3.  "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

4.  "Identity Theft Expenses" means the following reasonable and necessary items incurred as a result of "identity theft":

    **a.** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

    **b.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

    **c.** Costs for obtaining credit reports.

    **d.** Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

    **e.** Application fees for re-applying for a loan, or loans when the original application is rejected solely because the lender received incorrect credit information as a result of a covered "identity theft."

    **f.** Lost income resulting from time taken off from work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum of $250 per day. Total payment for loss of income is not to exceed $5,000 per "identity theft insured" and is included within the "Identity Theft Expenses" and aggregate limits.

    **g.** Attorney fees to:

        **i.** Defend lawsuits brought against an "identity theft insured" by merchants, vendors, suppliers, financial institutions, or their collection agencies.

        **ii.** Remove any criminal or civil judgments wrongly entered against an "identity theft insured"; and

        **iii.** Challenge the accuracy or completeness of any information in a consumer credit report.

    **h.** Advertising expenses to restore the reputation of your business after an "identity theft insured" has been the victim of "identity theft". Total payment for advertising expenses is not to exceed $5,000 per "identity theft insured" and is included within the "Identity Theft Expenses" and aggregate limits.

5.  "Identity Theft Administrative Services" means one or more individuals assigned by us to the "identity theft insured" to assist with the communication needed to re-establish the integrity of the "identity theft insured's" identity, including with the "identity theft insured's" permission and cooperation, written and telephone communication with law enforcement authorities, government agencies, credit agencies, and individual creditors and businesses.

6.  "Identity theft insured" means the following if you are designated in the Declarations as:

    **a.** An individual or sole proprietorship, you and your spouse are insureds.

    **b.** A partnership or joint venture, your members, your partners, and their spouses are insured's.

    **c.** A limited liability company, your members are insured's.

    **d.** An organization other than a partnership, joint venture, or limited liability company, your "executive officers" and directors are insureds. Your stockholders are not "identity theft insureds."

© 2013 Liberty Mutual Insurance. All rights reserved.

Exhibit A

BUSINESSOWNERS
BP 88 78 07 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY LIMIT - AUTOMATIC INCREASE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to Part **C. Limits of Insurance** of **Section I - Property,** of the Businessowners Coverage Form:



**6. Business Personal Property Limit - Automatic Increase**

**a.** In accordance with Paragraph C.6.b., the Limit of Insurance for Business Personal Property will automatically increase by 2%, unless a different percentage of annual increase applicable to Business Personal Property is shown in the Declarations.

**b.** The amount of increase is calculated as follows:

**(1)** Multiply the Business Personal Property limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Business Personal Property limit by:

**(a)** the percentage of annual increase applicable to Business Personal Property shown in the Declarations, expressed as a decimal (example: 2% is .02); or

**(b)** .02, if no applicable percentage of annual increase is shown in the Declarations; and

**(2)** Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

Example:

If:

The applicable Business Personal Property limit is $100,000.

The Automatic Increase Business Personal Property is 2%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

**$100,000 x .02 x 146 ÷ 365 = $800.**

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit A

BUSINESSOWNERS
BP 88 90 03 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBERONE COVERAGE

## COMPUTER  ATTACK AND DATA COMPROMISE  DEFENSE AND LIABILITY

Coverage  under this endorsement  is subject  to the following:

**SECTION 1 - COMPUTER  ATTACK**

| | |
|---|---|
| **Computer  Attack Limit** | $50,000<br>Annual  Aggregate |
| **Computer  Attack Deductible** | $5,000<br>Per Occurrence |

**SECTION 2 - DATA COMPROMISE  DEFENSE AND LIABILITY**

| | |
|---|---|
| **Data Compromise  Defense and Liability Limit** | $50,000<br>Annual  Aggregate |
| **Data Compromise  Defense and Liability  Deductible** | $500<br>Each Data Compromise   Suit |

The following  is added as an Additional  Coverage  to the Property  section:

**SECTION 1 - COMPUTER  ATTACK**

**SECTION 1 - COVERED CAUSE OF LOSS**

This Computer  Attack coverage  applies  only if all of the following  conditions  are met:

**1.**  There has been a "computer  attack";  and

**2.**  Such "computer  attack" is first discovered  by you during  the policy  period  for which  this endorsement
is applicable;  and

**3.**  Such "computer  attack"  is reported  to us as soon as practicable,  but in no event more than 60 days after
the date it is first discovered  by you.

**SECTION 1 - COVERAGES PROVIDED**

If all three of the conditions  listed above in SECTION 1 - COVERED CAUSE OF LOSS have been met, then we
will provide  you the following  coverages for loss directly  arising  from such "computer  attack".

**1.  Data Restoration**

We will  pay your necessary and reasonable "data restoration  costs".

**2.  System Restoration**

We will  pay your necessary and reasonable "system  restoration  costs".

**SECTION 1 - LIMITS**

The most we will pay under Computer  Attack coverage  is the Computer  Attack Limit  indicated  for this
endorsement.

The Computer  Attack Limit is an annual aggregate limit. This amount  is the most we will pay for the total of
all loss covered  under Section 1 arising  out of all "computer  attack" events which  are first discovered  by
you during  the present  annual  policy period. This limit  applies  regardless  of the number of "computer
attack"  events occurring  during  that period.

A "computer attack" may be first discovered by you in one policy period but it may cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "computer attack" will be subject to the Computer Attack Limit applicable to the policy period when the "computer attack" was first discovered by you.

**SECTION 1 - DEDUCTIBLE**

The Computer Attack coverage is subject to the Computer Attack Deductible indicated for this endorsement. You shall be responsible for the applicable deductible amount as respects loss arising from each "computer attack" covered under this endorsement.

**SECTION 2 - DATA COMPROMISE  DEFENSE AND LIABILITY**

**SECTION 2 - COVERED CAUSE OF LOSS**

Coverage under this Section 2 - Data Compromise Defense and Liability applies only if Data Compromise coverage was triggered under coverage form BP 88 12.

The following conditions must also be met:

1.  You have provided notifications and services to "affected individuals" in consultation with us pursuant to the Data Compromise coverage provided under coverage form BP 88 12; and

2.  You receive notice of a "data compromise suit" brought by one or more "affected individuals" or by a governmental entity on behalf of one or more "affected individuals"; and

3.  Notice of such "data compromise suit" is received by you within two years of the date that the "affected individuals" are notified of the "personal data compromise"; and

4.  Such "data compromise suit" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**SECTION 2 - COVERAGES PROVIDED**

If all of the conditions listed above in SECTION 2 - COVERED CAUSE OF LOSS have been met, then we will provide coverage for "data compromise defense costs" and "data compromise liability" directly arising from the covered cause of loss.

**SECTION 2 - LIMITS**

The most we will pay under Data Compromise Defense and Liability coverage is the Data Compromise Defense and Liability Limit indicated for this endorsement.

The Data Compromise Defense and Liability Limit is an annual aggregate limit. This amount is the most we will pay for all loss covered under Section 2 (other than post-judgment interest) arising out of all "personal data compromise" events which are first discovered by you during the present annual policy period. This limit applies regardless of the number of "personal data compromise" events discovered by you during that period.

A "personal data compromise" may be first discovered by you in one policy period but cause covered costs in one or more subsequent policy periods. If so, all covered costs arising from such "personal data compromise" (other than post-judgment interest) will be subject to the Data Compromise Defense and Liability Limit applicable to the policy period when the "personal data compromise" was first discovered by you.

**SECTION 2 - DEDUCTIBLE**

Data Compromise Defense and Liability coverage is subject to the Data Compromise Defense and Liability Deductible indicated for this endorsement. You shall be responsible for such deductible amount as respects each "data compromise suit" covered under this endorsement.

Exhibit A

## SECTION 1 AND 2 - EXCLUSIONS, ADDITIONAL CONDITIONS AND DEFINITIONS

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We will not pay for costs or loss arising from the following:

1. Loss to the internet, an internet service provider, or any computer or computer system that is not owned or leased by you and operated under your control.

2. Costs to research or correct any deficiency.

3. Any fines or penalties.

4. Any criminal investigations or proceedings.

5. Any threat, extortion or blackmail. This includes, but is not limited to, ransom payments and private security assistance.

6. Your intentional or willful complicity in a covered loss event or your reckless disregard for the security of your computer system or data.

7. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

8. Any "computer attack" occurring prior to the first inception of this CyberOne coverage endorsement or any coverage substantially similar to that described in this endorsement.

9. That part of any "data compromise suit" seeking any non-monetary relief.

10. Any "data compromise suit" arising from a "personal data compromise" that occurred prior to the first inception of this CyberOne coverage endorsement, coverage form BP 88 12 or any coverage substantially similar to that described in these endorsements.

11. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

### ADDITIONAL CONDITIONS

The following additional conditions apply to all coverages under this endorsement.

**A. Data Compromise Liability Defense**

1. We shall have the right and the duty to assume the defense of any applicable "data compromise suit" against you. You shall give us such information and cooperation as we may reasonably require.

2. You shall not admit liability for or settle any "data compromise suit" or incur any defense costs without our prior written consent.

3. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "data compromise suit" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

4. We shall not be obligated to pay any damages or defense costs, or to defend or continue to defend any "data compromise suit", after the Data Compromise Defense and Liability Limit has been exhausted.

5. We shall pay all interest on that amount of any judgment within the Data Compromise Defense and Liability Limit which accrues:

    **a.** after entry of judgment;  and

    **b.** before we pay, offer to pay or deposit in court that part of the judgment within the Data Compromise Defense and Liability Limit or, in any case, before we pay or offer to pay the entire Data Compromise Defense and Liability Limit.

These interest payments shall be in addition to and not part of the Data Compromise Defense and Liability Limit.

**B. Duties in the Event of a "Data Compromise Suit"**

  **1.** If a "data compromise suit" is brought against you, you must:

    **a.** Immediately record the specifics of the "data compromise suit" and the date received; and

    **b.** Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "data compromise suit" is first received by you.

    **c.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "data compromise suit";

    **d.** Authorize us to obtain records and other information;

    **e.** Cooperate with us in the investigation, settlement or defense of the "data compromise suit";

    **f.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of loss to which this insurance may also apply; and

    **g.** Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "data compromise suit".

  **2.** You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

  **3.** If you become aware of a claim or complaint that may become a "data compromise suit", you shall promptly inform us of such claim or complaint.

**C. Due Diligence**

You agree to use due diligence to prevent and mitigate costs covered under this endorsement. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

  **1.** Providing and maintaining appropriate physical security for your premises, computer systems and hard copy files;

  **2.** Providing and maintaining appropriate computer and Internet security;

  **3.** Maintaining and updating at appropriate intervals backups of computer data;

  **4.** Protecting transactions, such as processing credit card, debit card and check payments; and

  **5.** Appropriate disposal of files containing "personally identifying information" or "personally sensitive information", including shredding hard copy files and destroying physical media used to store electronic data.

**D. Other Data Coverage in This Policy**

Some elements of this CyberOne coverage may also be covered under the policy to which this endorsement is attached. If so, this CyberOne coverage will apply as excess, additional coverage. If loss payment has been made under the policy for the same event, the amount of such payment will count towards the deductible that applies to this CyberOne coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.


**Exhibit A**

### E.  Services

The following  conditions  apply as respects any services provided  to you by any service firm provided  or paid for in whole  or in part under this endorsement:

**1.**  The effectiveness  of such services depends on your cooperation  and assistance.

**2.**  We do not warrant  or guarantee  that the services will end or eliminate  all problems  associated  with the covered  events.

## DEFINITIONS

With  respect to the provisions  of this endorsement  only, the following  definitions  are added:

**1.**  "Affected  Individual"  means any person who is your current,  former or prospective  customer,  client, member,  owner,  director  or employee and whose "personally  identifying  information"  or "personally sensitive  information"  is lost, stolen, accidentally  released or accidentally  published  by a "personal data compromise"  covered  under this endorsement.  This definition  is subject to the following  provisions:

**a.**  "Affected  individual"  does not include  any business or organization.  Only an individual  person may be an "affected  individual".

**b.**  An "affected  individual"  must have a direct relationship  with your interests  as insured  under this policy.  The following  are examples of individuals  who would  not meet this requirement:

**(1)**  If you aggregate or sell information  about individuals  as part of your business, the individuals about whom you keep such information  do not qualify  as "affected  individuals".   However, specific  individuals  may qualify  as "affected  individuals"  for another  reason, such as being an employee  of yours.

**(2)**  If you store, process, transmit  or transport  records, the individuals  whose "personally  identifying  information"  or "personally  sensitive  information"  you are storing, processing, transmitting  or transporting  for another  entity  do not qualify  as "affected  individuals".   However,  specific  individuals  may qualify  as "affected  individuals"  for another  reason, such as being an employee  of yours.

**(3)**  You may have operations,  interests  or properties  that are not insured  under this policy. Individuals  who have a relationship  with you through  such other operations,  interests  or properties  do not qualify  as "affected  individuals".   However,  specific  individuals  may qualify  as "affected  individuals"  for another  reason, such as being an employee  of the operation  insured under this policy.

**c.**  An "affected  individual"  may reside anywhere  in the world.

**2.**  "Computer  Attack"  means one of the following  involving  a computer  or other electronic  hardware  that is owned  or leased by you and operated  under your control:

**a.**  Unauthorized  Access - meaning  the gaining  of access to your computer  system by an unauthorized person or persons;  or

**b.**  Malware  Attack - meaning  damage to your computer  system or data arising from malicious  code, including  viruses, worms, Trojans, spyware  and keyloggers.  This does not mean damage from shortcomings  or mistakes  in legitimate  electronic  code or damage from code installed  on your computer  system during  the manufacturing   process.

**c.**  Denial of Service  Attack - meaning  a deliberate  act to prevent  third parties from gaining  access to your computer  system through  the internet  in a manner  in which they are legally  entitled.

**3.**  "Data Compromise  Defense Costs" means expenses resulting  solely from the investigation,  defense and appeal of any "data compromise  suit" against you. Such expenses must be reasonable and necessary. They will be incurred  by us. They do not include  your salaries or your loss of earnings. They do include  premiums  for any appeal bond, attachment  bond or similar  bond, but without  any obligation  to apply for or furnish  any such bond.

©   2014 The Hartford Steam Boiler and Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit A**

APP 191

**4.** "Data Compromise  Liability"

    **a.** "Data compromise  liability"  means the following,  when they arise from a "data compromise  suit":

        **(1)** Damages, judgments  or settlements  to "affected  individuals";

        **(2)** Defense costs added to that part of any judgment  paid by us, when such defense costs are awarded  by law or court order;  and

        **(3)** Pre-judgment  interest on that part of any judgment  paid by us.

    **b.** "Data compromise  liability"  does not mean:

        **(1)** Damages, judgments  or settlements  to anyone who is not an "affected  individual";

        **(2)** Civil or criminal  fines or penalties  imposed  by law;

        **(3)** Punitive or exemplary  damages;

        **(4)** The multiplied  portion of multiplied  damages;

        **(5)** Taxes; or

        **(6)** Matters which  may be deemed  uninsurable  under the applicable  law.

**5.** "Data Compromise  Suit"

    **a.** "Data Compromise  Suit" means a civil proceeding  in which  damages to one or more "affected individuals"  arising from a "personal  data compromise"  or the violation  of a governmental  statute or regulation  are alleged. Such proceeding  must be brought  in the United  States of America,  Puerto Rico or Canada. "Data compromise  suit" includes:

        **(1)** An arbitration  proceeding  in which such damages are claimed  and to which  you must submit or do submit  with our consent;

        **(2)** Any other alternative  dispute resolution  proceeding  in which  such damages are claimed and to which  you submit  with our consent; or

        **(3)** A written  demand for money,  when such demand could  reasonably  result in a civil  proceeding as described  in this definition.

    **b.** "Data compromise  suit" does not mean any demand  or action  brought  by or on behalf of someone who is:

        **(1)** Your director  or officer;

        **(2)** Your owner  or part-owner;  or

        **(3)** A holder  of your securities;

    in their capacity  as such, whether  directly,  derivatively,  or by class action. "Data compromise  suit" will include proceedings  brought  by such individuals  in their capacity  as "affected  individuals"  , but only to the extent that the damages  claimed  are the same as would  apply to any other "affected individual".

    **c.** "Data compromise  suit" does not mean any demand  or action  brought  by or on behalf  of an organization,  business, institution  or any other party that is not an "affected  individual"  or gov- ernmental  entity.

© 2014 The Hartford Steam Boiler and Insurance Company
Includes copyrighted  material of Insurance Services Office, Inc., with its permission.

**Exhibit A**



**6.**   "Data Restoration Costs"

  **a.**   "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs," such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

  **b.**   "Data restoration costs" does not mean costs to research, restore or replace:

   **(1)**   Software programs or operating systems that are not commercially available; or

   **(2)**   Data that is obsolete, unnecessary or useless to you.

**7.**   "Personal Data Compromise" means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more of your current, former or prospective customers, clients, members, owners, directors or employees. If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

  **a.**   At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

   **(1)**   You; or

   **(2)**   A professional entity with which you have a direct relationship and to which you (or one of your current, former or prospective customers, clients, members, owners, directors or employees at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

  **b.**   "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, subject to the following provisions:

   **(1)**   The failure to use appropriate safeguards must be accidental and not reckless or deliberate; and

   **(2)**   Such disposal or abandonment must take place during the time period for which this Data Compromise Coverage endorsement is effective.

  **c.**   "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

  **d.**   All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

**8.**   "Personally Identifying Information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an individual. This includes, but is not limited to, Social Security numbers or account numbers.

  "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

**9.**   "Personally Sensitive Information" means private information specific to an individual the release of which requires notification of such individuals under any applicable law.

  "Personally sensitive information" does not mean or include "personally identifying information".

**10.** "System  Restoration  Costs"

    **a.**  "System  restoration  costs"  means  the  costs  of  an  outside  professional  firm  hired  by  you  to  do  any  of  the  following  in  order  to  restore  your  computer  system  to  its  pre- "computer  attack"  level  of  functionality:

        **(1)**  Replace  or  reinstall  computer  software  programs;

        **(2)**  Remove  any  malicious  code;  and

        **(3)**  Configure  or  correct  the  configuration  of  your  computer  system.

    **b.**  "System  restoration  costs"  does  not  mean:

        **(1)**  Costs  to  increase  the  speed,  capacity  or  utility  of  your  computer  system;

        **(2)**  Labor  of  your  employees;

        **(3)**  Any  costs  in  excess  of  the  actual  cash  value  of  your  computer  system;  or

        **(4)**  Costs  to  repair  or  replace  hardware.

All  other  provisions  of  this  policy  apply.



**BP 88 90 03 14**            ⓒ  2014 The Hartford Steam Boiler and Insurance Company        **Page 8 of 8**

Includes copyrighted  material of Insurance Services Office, Inc., with  its permission.

**Exhibit A**         APP 194

**BUSINESSOWNERS**
**BP 88 94 03 14**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES  - CYBERONE COVERAGE

This endorsement  modifies  insurance  provided  under the following:

CYBERONE FORM

**A.** Paragraph  **3.** under  **SECTION 1 - COVERED CAUSE OF LOSS** is replaced  by the following:

  **3.** Such "computer   attack"  is reported  to us as soon as practicable,  but in no event more than 90 days
  after the date it is first  discovered  by you.

**B.** Paragraph  **4.** under  **SECTION 2 - COVERED CAUSE OF LOSS** is replaced  by the following:

  **4.** Such "data compromise  suit"  is reported  to us as soon as practicable,  but in no event more than 90
  days after the date it is first  received  by you.

**C.** Paragraph  **b.** under  **ADDITIONAL  CONDITION  B. Duties in the Event of a "Data Compromise  Suit"** is
replaced  by the following:

  **b.** Provide us with  written  notice, as soon as practicable,  but in no event more than 90 days after the
  date the "data compromise  suit"  is first  received  by you.

**Exhibit A**