# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:        INGENERO INC

POLICY NUMBER:          USO 58586910

POLICY DATES:              03-01-2019 TO 03-01-2020

David Hager, archivist of

The Ohio Casualty Insurance Company      and has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is

a true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.


David Hager
Policy Copy Archivist


November 10, 2022



**Liberty Mutual.**
INSURANCE

## Policyholder Information



| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| INGENERO INC<br>4615 SOUTHWEST FWY STE 320<br>HOUSTON, TX 77027 | (201) 356-3400<br>FRENKEL BENEFITS, LLC<br>601 PLAZA THREE FL 6<br>JERSEY CITY, NJ 07311-1110 |

### *Dear Policyholder:*

**Your Commercial Documents**

We know you work hard to build your business. We work together with your agent, **FRENKEL BENEFITS, LLC        (201) 356-3400** to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

**THIS IS NOT A BILL**

- Commercial Umbrella

To find your limits of insurance and premium please refer to your Declarations page(s). Please refer to your policy for specific coverages.

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (201) 356-3400



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (201) 356-3400
- In case of a claim, call your Agent or  1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**

*To report a claim,  call  your Agent or 1-800-362-0000*

DS 70 20 01 08                                   **Exhibit B**                                      APP 197

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| NP 70 68 02 07 | Texas Important Contact Information |
| NP 73 12 01 15 | Terrorism Insurance Premium Notice And Opportunity To Reject |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |
| NP 90 28 06 11 | Texas Special Notice - Asbestos Exclusion |
| NP 90 30 06 11 | Texas Special Notice - Lead Exclusion |
| SNI90 01 12 18 | Policyholder Notice - Company Contact Information |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

**Exhibit B**

# REPORTING  A COMMERCIAL   CLAIM  24 HOURS  A DAY

**Liberty  Mutual  Insurance claims professionals across the United States are ready to resolve your claim quickly  and fairly,  so you and your team  can focus on your business. Our claims teams are specialized, experienced  and dedicated  to a high standard  of service.**

**We're  Just a Call Away - One Phone Number  to Report All Commercial  Insurance Claims**

Reporting  a new claim  has never  been easier.  A Liberty  Mutual  customer  service  representative  is available  to you 24/7 at **800-362-0000**  for reporting  new property,  auto, liability  and workers'  compensation  claims.  With  contact  centers  strategically   located  throughout   the country  for continuity  and accessibility,   we're  there  when  we're  needed!

**Additional  Resource for Workers' Compensation  Customers**

In many  states,  employers  are required  by law to use state-specific  workers  compensation  claims forms and posting  notices.  This type of information   can be found  in the Policyholders  Toolkit  section  of our website  along  with  other  helpful  resources  such as:

- Direct  links  to state workers  compensation  websites  where  you can find  state-specific  claim forms

- Assistance  finding  local medical  providers

- First Fill pharmacy  forms - part of our managed  care pharmacy  program  committed  to helping injured  workers  recover  and return  to work

Our Policyholder  Toolkit  can be accessed  at **www.libertymutualgroup.com/toolkit.**

For all claims  inquiries  please  call  us at **800-362-0000.**



© 2018 Liberty Mutual Insurance

CNI 90 11 07 18

**Exhibit B**

Page 1 of APP 199

| | |
|---|---|
| **TEXAS**<br>**IMPORTANT  NOTICE**<br>**IMPORTANT  CONTACT INFORMATION** | **TEXAS**<br>**AVISO IMPORTANTE**<br>**INFORMACION  IMPORTANTE  DE**<br>**COMUNICARSE** |

To obtain  information   or make a complaint:

Para obtener  informacion   o para  someter  una queja:

You may call Liberty Mutual  Insurance's  toll-free telephone  number  for information   or to make a complaint   at

Usted  puede llamar  al numero  de telefono  gratis de  Liberty  Mutual  Insurance  para informacion   o para someter  una queja al

**1-800-443-2534**

You may  also write  to Liberty  Mutual  Insurance at:

Liberty  Mutual  Insurance

P.O. Box  833906

Richardson,  Texas 75083-3906

Usted  tambien  puede  escribir  a Liberty  Mutual Insurance:

Liberty  Mutual  Insurance

P.O. Box  833906

Richardson,  Texas 75083-3906

You may  contact  the Texas  Department  of Insur-ance to obtain  information    on companies,  cov-erages, rights or complaints   at

Puede  comunicarse   con el Departamento   de Seguros  de Texas para  obtener  informacion acerca  de companias,  coberturas,  derechos  o quejas  al

**1-800-252-3439**

You may  write  the Texas  Department  of Insur-ance

P.O. Box  149104

Austin,  TX 78714-9104

FAX#  (512) 475-1771

Puede  escribir  al Departamento   de Seguros  de Texas

P.O. Box  149104

Austin,  TX 78714-9104

FAX #  (512) 475-1771

Web:  http://www.tdi.state.tx.us

E-mail:  ConsumerProtection@tdi.state.tx.us

Web:  http://www.tdi.state.tx.us

E-mail:  ConsumerProtection@tdi.state.tx.us

**PREMIUM  OR CLAIM DISPUTES:**

**DISPUTAS  SOBRE PRIMAS O RECLAMOS:**

Should  you have  a dispute  concerning  your premium  or about  a claim  you should  contact the agent  or Liberty  Mutual  Insurance  first. If the dispute  is not resolved,  you may  contact the Texas  Department   of Insurance.

Si tiene  una disputa  concerniente  a su prima  o a un reclamo,  debe  comunicarse  con el agente  o Liberty  Mutual  Insurance  primero.  Si no se resuelve   la   disputa,   puede   entonces comunicarse  con el departmento   (TDI).

**ATTACH THIS NOTICE TO YOUR POLICY:**

**UNA ESTE AVISO A SU POLIZA:**

This notice  is for information    only and does not become  a part or condition  of the attached  doc-ument.

Este  aviso  es solo  para  proposito  de informacion   y no se convierte  en parte  o condicion  del documento  adjunto.

01/03/2019

INGENERO INC

USO  (20)   58 58 69 10
From 03/01/2019 To 03/01/2020

4615 SOUTHWEST FWY STE 320
HOUSTON, TX 77027



(201) 356-3400
FRENKEL BENEFITS, LLC

601 PLAZA THREE FL 6
JERSEY CITY, NJ 07311-1110

## TERRORISM INSURANCE PREMIUM DISCLOSURE
## AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from certified acts of terrorism exceed a specified deductible amount, the government will reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.

(i)  to be an act of terrorism;

© 2015 Liberty Mutual Insurance    **Exhibit B**       APP 201

(ii)  to be a violent  act or an act that is dangerous  to
    (I)   human life;
    (II)  property;  or
    (III) infrastructure;

(iii)  to have resulted in damage within  the United  States, or outside  of the United  States in the case of
    (I)   an air carrier  (as defined  in section  40102 of title  49, United  States Code) or United  States flag vessel  (or a vessel based principally  in the United  States, on which  United  States income tax is paid and whose insurance  coverage  is subject to regulation  in the United  States); or
    (II)  the premises  of a United  States mission;  and

(iv)  to have been committed  by an individual  or individuals  as part of an effort  to coerce the civilian population  of the United  States or to influence  the policy  or affect the conduct of the United  States Government  by coercion.

### REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included  in your policy  coverage for losses resulting  from "certified  acts of terrorism"  as defined above.

THE PREMIUM  CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS  PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOV-ERNMENT UNDER THE ACT. If we are providing  you with a quote, the premium  charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWL-EDGEMENT, AND RETURN THIS FORM TO THE ADDRESS BELOW: **Please ensure any rejection  is received within  (30) days of the effective  date of your policy.**

Before  making  a decision  to reject terrorism  insurance,  refer to the Underlying  Coverage  Requirement located at the end of this Notice.

☐  I hereby reject this offer of coverage.  I understand  that by rejecting  this offer, I will  have no coverage for losses arising  from a "certified  acts of terrorism"  and my policy  will  be endorsed  accordingly.

Policyholder/Applicant's   Signature          Print Name          Date Signed

_____    _____    _____

Named Insured          Policy  Number

INGENERO INC          USO  (20)   58 58 69 10

Policy  Effective/Expiration   Date

From 03/01/2019 To 03/01/2020

### UNDERLYING COVERAGE REQUIREMENT

This policy  will  apply to Terrorism  Coverage only in excess of the total  amounts  stated as the applicable limits  of the underlying  policies  listed in the Schedule of Underlying  Insurance  and the applicable  limits  of any other insurance  providing  coverage to you during the Policy Period.

If you fail to comply  with this Underlying  Coverage  Requirement  and you do not maintain  your underlying limits  as scheduled,  we will  only  be liable to the same extent  that we would  have been had you fully complied  with this requirement.

### IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO:

Attn: Commercial  Lines Division  - Terrorism
P.O. Box 66400
London,  KY 40742-6400

**The summary of the Act and the coverage under your policy contained  in this notice is necessarily  general in nature.  Your policy  contains specific  terms, definitions,  exclusions  and conditions.  In case of any conflict,  your policy  language  will  control  the resolution  of all coverages questions.  Please read your policy carefully.**

If you have any questions  regarding  this notice, please contact  your agent.

©  2015 Liberty Mutual Insurance
**Exhibit B**
APP 202

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO POLICYHOLDERS



No coverage  is provided  by this Policyholder  Notice nor can it be construed  to replace any provisions  of your policy.  You should read your policy  and review  your Declarations  page for complete  information  on the coverages  you are provided.

This Notice provides  information  concerning  possible  impact on your insurance  coverage  due to directives issued by OFAC. **Please read this Notice  carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control (OFAC) administers  and enforces sanctions  policy, based on Presidential declarations  of "national  emergency".  OFAC has identified  and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;  and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons".  This list can be located on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with OFAC regulations,  if it is determined  that you or any other insured,  or any person or entity claiming  the benefits  of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated National  and Blocked  Person, as identified  by OFAC, this insurance  will be considered  a blocked or frozen contract  and all provisions  of this insurance  are immediately  subject  to OFAC. When an insurance  policy is considered  to be such a blocked or frozen contract,  no payments  nor premium  refunds may be made without  authorization  from OFAC. Other limitations  on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 89 69 11 10

## IMPORTANT  POLICYHOLDER INFORMATION
## CONCERNING  BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

NP 89 69 11 10          © 2010 Liberty Mutual Insurance Company. All rights reserved.          Page 1 of 1

APP 204

NP 90 28 06 11

# TEXAS SPECIAL NOTICE
# ASBESTOS EXCLUSION



Please read your policy and review your Declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

Should you have questions after reviewing the information below, please contact your independent agent. Thank you for your business.

This policy contains exclusion for any liability arising out of or related in any way, either directly or in-directly, to asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or as-bestos dust. Please refer to SECTION IV. EXCLUSIONS in your Commercial Umbrella Coverage Form or your Excess Liability Coverage Form for more details.

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 90 28 06 11

**Exhibit B**

Page 1 of 1

APP 205

NP 90 30 06 11

# TEXAS SPECIAL NOTICE
## LEAD EXCLUSION

Please read your policy and review your Declarations page for complete coverage information.  No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

Should you have questions after reviewing the information below, please contact your independent agent. Thank you for your business.

This policy contains exclusion for any liability arising out of the inhalation or absorption of, or exposure to, lead, in any form from any source. Please refer to your Umbrella endorsement **CU 63 33 06 97** or your Excess endorsement **CE 65 33 06 97** for more details.

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit B**

**SNI 90 01 12 18**

# POLICYHOLDER NOTICE - COMPANY  CONTACT INFORMATION

In the event you need to contact someone about this policy for any reason, please contact your Sales Representative  or Producer  of Record as shown  on the policy Declarations  or Information  Page.

If you have additional  questions,  you may contact the company at the following  address:

**Liberty Mutual  Insurance**
**175 Berkeley Street**
**Boston, MA 02116**
**+1  (800) 344-0197**



Exhibit B

This page intentionally left blank.



**Liberty Mutual**
INSURANCE

Coverage is Provided In:
The Ohio Casualty Insurance Company

Policy Number:
USO   (20)  58 58 69 10

**Commercial   Umbrella**

**Policy  Declarations**

Basis: Occurrence

---

**(ITEM 1) NAMED INSURED & MAILING ADDRESS**

INGENERO INC
4615 SOUTHWEST FWY STE 320
HOUSTON, TX 77027

**AGENT MAILING ADDRESS & PHONE NO.**

(201) 356-3400
FRENKEL BENEFITS, LLC
601 PLAZA THREE FL 6
JERSEY CITY, NJ 07311-1110

**Named Insured Is:**  CORPORATION

**Named Insured Business Is:**  ENGINEERING  CONSULTING  SERVICES

---

**(ITEM 2) POLICY PERIOD**

From  03/01/2019  TO  03/01/2020  12:01 AM Standard Time at Insured  Mailing  Location

---

**(ITEM 3) PREMIUM CHARGES**

**Explanation of Charges**

| DESCRIPTION | | PREMIUM |
|---|---|---|
| Commercial Umbrella | | $2,525.00 |
| Certified Acts of Terrorism Coverage | $25.00 | (Included) |

*Total Advance Charges*                                   $2,525.00

*Note: This is not a bill*

BASIS OF PREMIUM:      NON-AUDITABLE( X )      AUDITABLE( )

IN THE EVENT OF CANCELLATION  BY THE NAMED INSURED, THE COMPANY WILL RECEIVE AND
RETAIN NO LESS THAN (*0%*   ) OF THE POLICY PREMIUM AS THE MINIMUM RETAINED PREMIUM
PLUS CERTIFIED  ACTS OF TERRORISM  COVERAGE AND ANY APPLICABLE TAXES AND SURCHARGES.

---

**(ITEM 4) LIMITS OF INSURANCE**

| DESCRIPTION | LIMIT |
|---|---|
| EACH OCCURRENCE | $5,000,000 |
| AGGREGATE (WHERE APPLICABLE) | $5,000,000 |
| PRODUCTS-COMPLETED  OPERATIONS AGGREGATE | $5,000,000 |
| SELF-INSURED RETENTION | $10,000 |

---

Issue  Date        01/03/19

Authorized  Representative

*To report a claim,  call your Agent or 1-800-362-0000*

**DS 70 22 01 08**                    **Exhibit B**                    APP 209



Coverage is Provided In
The Ohio Casualty Insurance Company

Policy Number
USO (20) 58 58 69 10

**(ITEM 5) SCHEDULE OF UNDERLYING INSURANCE:**

| CARRIER, POLICY NUMBER AND PERIOD | TYPE OF COVERAGE | LIMITS OF INSURANCE | |
|---|---|---|---|
| OHIO SECURITY INSURANCE COMPANY | BUSINESSOWNERS LIABILITY | *$1,000,000* | LIABILITY AND MEDICAL EXPENSE LIMIT |
| BZS(20)58586910 03/01/2019 - 03/01/2020 | | *$2,000,000* | OTHER THAN PRODUCTS - COMPLETED OPERATIONS AGGREGATE |
| | | *$2,000,000* | PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT |
| OHIO SECURITY INSURANCE COMPANY | OWNED AND HIRED AND/OR NONOWNED AUTO LIABILITY | *$1,000,000* | COMBINED SINGLE LIMIT |
| BAS(20)58586910 03/01/2019 - 03/01/2020 | | | |
| OHIO SECURITY INSURANCE COMPANY | EMPLOYERS LIABILITY* | *$1,000,000* | BODILY INJURY EACH ACCIDENT LIMIT |
| XWS(20)58586910 03/01/2019 - 03/01/2020 | | *$1,000,000* | BODILY INJURY BY DISEASE AGGREGATE LIMIT |
| | | *$1,000,000* | BODILY INJURY BY DISEASE EACH EMPLOYEE LIMIT |

*EMPLOYERS LIABILITY COVERAGE IS NOT PROVIDED FOR CLAIMS BY EMPLOYEES WHO ARE SUBJECT TO THE WORKERS COMPENSATION LAWS OF NEW YORK

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 23 01 08**          **Exhibit B**          APP 210

**Liberty Mutual.**
INSURANCE

Coverage is Provided in:
The Ohio Casualty Insurance  Company

Policy Number:
USO   (20)  58 58 69 10

## POLICY FORMS AND ENDORSEMENTS

This section lists all the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CU 60 02 06 97 | Commercial Umbrella Coverage Form |
| CU 60 30 06 97 | Care, Custody or Control Exclusion - Real or Personal Property |
| CU 60 39 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| CU 60 40 01 15 | Underlying Coverage Requirement For Certified Acts Of Terrorism |
| CU 61 06 01 13 | Auto Liability - Following Form |
| CU 61 15 07 14 | Engineers, Architects or Surveyors Professional Liability Exclusion |
| CU 61 87 06 14 | Texas Changes - Cancellation and Nonrenewal |
| CU 63 33 06 97 | Exclusion - Liability Arising Out of Lead |
| CU 63 44 06 97 | Foreign Liability - Following Form |
| CU 63 74 03 12 | Texas Changes - Amendment of Conditions |
| CU 63 80 12 04 | Fungi or Bacteria Exclusion |
| CU 64 79 05 09 | Exclusion - Recording and Distribution of Material or Information in Violation of the Law |
| CU 64 82 10 17 | Amendment - Electronic Data |
| CU 64 87 10 05 | Economic or Trade Sanctions Condition Endorsement |
| CU 64 92 01 13 | Mobile Equipment - Following Form |
| CU 64 95 12 07 | Waiver Transfer Rights of Recovery Against Others |
| CU 65 08 01 15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| CU 88 01 12 02 | War Liability Exclusion |
| CU 88 04 07 14 | Professional Services Exclusion |
| CU 88 31 05 09 | Personal and Advertising Injury - Following Form |
| CU 88 39 07 14 | Amendment of Definition of Insured |
| CU 88 41 02 10 | Amendment of Pollution Exclusion |
| CU 88 68 12 07 | Texas Changes - Employment Related Practices Exclusion |
| CU 89 19 01 13 | Amendment of Watercraft Exclusion |
| CU 89 21 07 15 | Amendment of Aircraft Exclusion |
| CU 89 40 05 16 | Crisis Management Coverage |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

Paul Condrin
President

**To report a claim,  call your Agent or 1-800-362-0000**
DS 70 23 01 08

**Exhibit B**

APP 211

**Liberty Mutual.**
**INSURANCE**

## POLICY  FORMS  AND ENDORSEMENTS  - continued

This section lists all the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CU 89 45 10 14 | Access or Disclosure Of Confidential Or Personal Information And Data-Related - Liability with Limited Bodily Injury Exception Exclusion |
| CU 90 52 10 17 | Damage To Property Amendment |

*To report a claim,  call your Agent or 1-800-362-0000*

**DS 70 23 01 08**                    **Exhibit B**                    APP 212

CU 60 02 06 97

# COMMERCIAL UMBRELLA COVERAGE FORM

There are provisions in this policy that restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured as defined in **Insuring Agreement, V. DEFINITIONS.** The words "we," "us" and "our" refer to the Company providing this insurance. The word "Insured" means any person or organization qualifying as such in

**Insuring Agreement, V. DEFINITIONS.** Words and phrases that appear in quotation marks have special meaning and can be found in the **DEFINITION** Section or the specific policy provision where they appear.

In consideration of the payment of the premium and in reliance upon the statements in the Declarations we agree with you to provide coverage as follows:

## INSURING AGREEMENTS

### I. COVERAGE

We will pay on behalf of the "Insured" those sums in excess of the "Retained Limit" that the "Insured" becomes legally obligated to pay by reason of liability imposed by law or assumed by the "Insured" under an "insured contract" because of "bodily injury," "property damage," "personal injury," or "advertising injury" that takes place during the Policy Period and is caused by an "occurrence" happening anywhere. The amount we will pay for damages is limited as described below in the **Insuring Agreement** Section **II. LIMITS OF INSURANCE.**

### II. LIMITS OF INSURANCE

**A.** The Limits of Insurance shown in Item **4.** of the Declarations and the rules below state the most we will pay regardless of the number of:

  **1.** "Insureds";

  **2.** "claims" made or "suits" brought; or

  **3.** persons or organizations making "claims" or bringing "suits."

**B.** The General Aggregate Limit is the most we will pay for all damages covered under the **Insuring Agreement** in Section **I.,** except:

  **1.** damages included in the "products-completed operations hazard"; and

  **2.** coverages included in the policies listed in the Schedule of Underlying Insurance to which no underlying aggregate limit applies.

The amount stated on the Declarations as the General Aggregate Limit is the most we will pay for all damages arising out of any "bodily injury," "property damage," "personal injury," or "advertising injury" subject to an aggregate limit in the "underlying insurance." The General Aggregate Limit applies separately and in the same manner as the aggregate limits in the "underlying insurance."

**C.** The Products-Completed Operations Aggregate Limit is the most we will pay for all damages included in the "products-completed operations hazard."

**D.** Subject to **B.** or **C.** in Section **II. LIMITS OF INSURANCE,** whichever applies, the Each Occurrence Limit is the most we will pay for "bodily injury," "property damage,"

"personal injury," or "advertising injury" covered under the **Insuring Agreement** in Section **I.** because of all "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of any one "occurrence."

**E.** If the applicable Limits of Insurance of the policies listed in the Schedule of Underlying Insurance or of other insurance providing coverage to the "Insured" are reduced or exhausted by actual payment of one or more "claims," subject to the terms and conditions of this policy, we will:

    **1.** in the event of reduction, pay in excess of the reduced underlying Limits of Insurance, or;

    **2.** in the event of exhaustion, continue in force as "underlying insurance," but for no broader coverage than is available under this policy.

**F.** The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**G. Retained Limit**

We will be liable only for that portion of damages, subject to the Each Occurrence Limit stated in the Declarations, in excess of the "retained limit," which is the greater of:

    **1.** the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the "Insured" during the Policy Period; or

    **2.** the amount stated in the Declarations as Self-Insured Retention as a result of any one "occurrence" not covered by the underlying policies listed in the

Schedule of Underlying Insurance nor by any other insurance providing coverage to the "Insured" during the Policy Period;

and then up to an amount not exceeding the Each Occurrence Limit as stated in the Declarations.

Once the Self-Insured Retention has been exhausted by actual payment of "claims" in full by the "Insured," the Self-Insured Retention will not be reapplied or again payable by the "Insured" for said Policy Period.

**III. DEFENSE**

**A.** We will have the right and duty to investigate any "claim" and defend any "suit" seeking damages covered by the terms and conditions of this policy when:

    **1.** the applicable Limits of Insurance of the underlying policies listed in the Schedule of Underlying Insurance and the Limits of Insurance of any other insurance providing coverage to the "Insured" have been exhausted by actual payment of "claims" for any "occurrence" to which this policy applies; or

    **2.** damages are sought for any "occurrence" which is covered by this policy but not covered by any underlying policies listed in the Schedule of Underlying Insurance or any other insurance providing coverage to the "Insured."

**B.** When we assume the defense of any "claim" or "suit":

    **1.** We will investigate any "claim" and defend any "suit" against the "Insured" seeking damages on account of any "occurrence" covered by this policy. We have the right to investigate, defend and settle the "claim" or "suit" as we deem expedient.

    **2.** All expenses we incur in the investigation of any "claim" or defense of any "suit" are in addition to our Limits of Insurance.

**3.** We will pay the following as expenses, to the extent that they are not included in the coverage in the underlying policies listed in the Schedule of Underlying Insurance or in any other insurance providing coverage to the "Insured":

    **a.** premiums on bonds to release attachments, which bond amounts will not exceed our Limits of Insurance, but we are not obligated to apply for or furnish any such bond;

    **b.** premiums on appeal bonds, which bond amounts will not exceed our policy limits, required by law to appeal any "claim" or "suit" we defend, but we are not obligated to apply for or furnish any such bond;

    **c.** all costs taxed against the "Insured" in any "claim" or "suit" we defend;

    **d.** pre-judgment interest awarded against the "Insured" on that part of the judgment we pay that is within our applicable Limits of Insurance. If we make an offer to pay the applicable Limits of Insurance, we will not pay any pre-judgment interest based on the period of time after the offer;

    **e.** all interest that accrues after entry of judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within our applicable Limit of Insurance;

    **f.** the "Insured's" actual and reasonable expenses incurred at our request.

**C.** We will not investigate any "claim" or defend any "suit" after our applicable Limits of Insurance have been exhausted by payment of judgments or settlements.

**D.** In all other instances except Subsection **A.** in Section **III. DEFENSE,** we will not be obligated to assume charge of the investigation, settlement or defense of any "claim" or "suit" against the "Insured." We will, however, have the right and will be given the opportunity to participate in the settlement, defense and trial of any "claim" or "suit" relative to any "occurrence" which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

## IV. EXCLUSIONS

This insurance does not apply to:

**A.** "Bodily injury" or "property damage" expected or intended from the standpoint of the "Insured." This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**B.** Any obligation of the "Insured" under a Workers Compensation, Unemployment Compensation or Disability Benefits Law, or under any similar law, regulation or ordinance.

**C.** Any obligation of the "Insured" under the Employee Retirement Income Security Act of 1974 or any amendments to that act, or under any similar law, regulation or ordinance.

**D.** Any obligation of the "Insured" under a No Fault, Uninsured Motorist or Underinsured Motorist law, or under any similar law, regulation or ordinance.

**E.** "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

    **1.** a defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

    **2.** a delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**F.** "Property damage" to "your product" arising out of it or any part of it.

**G.** "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**H.** Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**1.** "your product";

**2.** "your work"; or

**3.** "impaired property"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**I.** "Property damage" to property owned by the "Insured."

**J.** "Personal injury" or "advertising injury":

**1.** arising out of oral, written, televised, videotaped, or electronic publication of material, if done by or at the direction of the "Insured" with knowledge of its falsity;

**2.** arising out of oral, written, televised, videotaped, or electronic publication of material whose first publication took place before the beginning of the policy period;

**3.** arising out of the willful violation of a penal statute or ordinance committed by or with consent of the "Insured"; or

**4.** for which the "Insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for

damages that the "Insured" would have in the absence of the contract or agreement.

**K.** "Advertising injury" arising out of:

**1.** breach of contract, other than misappropriation of advertising ideas under an implied contract;

**2.** the failure of goods, products or services to conform with advertised quality or performance;

**3.** the wrong description of the price of goods, products or services; or

**4.** an offense committed by an "Insured" whose business is advertising, broadcasting, publishing or telecasting.

**L.** Any liability, including but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants, arising out of or in any way related to:

**1.** The actual, alleged or threatened presence, discharge, dispersal, seepage, migration, release, or escape of "pollutants," however caused.

**2.** Any request, demand or order that any "Insured" or others test for, monitor, clean-up, remove, contain, treat, detoxify, neutralize or in any way respond to or assess the effects of "pollutants." This includes demands, directives, complaints, "suits," orders or requests brought by any governmental entity or by any person or group of persons.

**3.** Steps taken or amounts incurred by a governmental unit or any other person or organization to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or assess the effects of "pollutants."

This exclusion will apply to any liability, costs, charges, or expenses, or any judgments or settlements, arising directly or indirectly out of pollution whether or not the pollution was sudden, accidental, gradual, intended, expected, unexpected, preventable or not preventable.

As used in this exclusion "pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant, including, but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste material. Waste material includes materials which are intended to be or have been recycled, reconditioned or reclaimed.

**M.** "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**N.** Any liability, including, but not limited to settlements, judgments, costs, charges, expenses, costs of investigations, or the fees of attorneys, experts, or consultants arising out of or related in any way, either directly or indirectly, to:

**1.** asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust, including, but not limited to, manufacture, mining, use, sale, installation, removal, or distribution activities;

**2.** exposure to testing for, monitoring of, cleaning up, removing, containing or treating of asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust; or

**3.** any obligation to investigate, settle or defend, or indemnify any person against any "claim" or "suit" arising out of, or related in any way, either directly or indirectly, to asbestos, asbestos products, asbestos-containing materials or products, asbestos fibers or asbestos dust.

**O.** "Bodily injury," "property damage," "personal injury" or "advertising injury" arising out of any:

**1.** refusal to employ or promote;

**2.** termination of employment;

**3.** coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, molestation, humiliation, discrimination or other employment related practices, policies, acts or omissions; or

**4.** consequential "bodily injury," "property damage," "personal injury" or "advertising injury" as a result of **O.1.** through **O.3.**

This exclusion applies whether the "Insured" may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of "bodily injury," "property damage," "personal injury" or "advertising injury."

**P.** "Bodily injury," "property damage," "personal injury" or "advertising injury" excluded by the **Nuclear Energy Liability Exclusion** attached to this Policy.

**Q.** The following Items **1.** through **4.,** except to the extent that such insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy:

**1.** Liability of any employee with respect to "bodily injury," "property damage," "personal injury" or "advertising injury" to you or to another employee of the same employer injured in the course of such employment.

**2.** "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any watercraft, if such watercraft is owned, or chartered without crew, by or on behalf of any "Insured." This exclusion will not apply to watercraft while ashore on any premises owned by, rented to, or controlled by you.

**3.** "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading" or "unloading" of any aircraft, if such aircraft is owned, or hired without pilot or crew, by or on behalf of any "Insured."

4. "Bodily injury" to:

    a. an employee of any "Insured" arising out of and in the course of:

        i. employment by any "Insured"; or

        ii. performing duties related to the conduct of any "Insured's" business; or

    b. the spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **4.a.**

This exclusion applies:

    a. whether any "Insured" may be liable as an employer or in any other capacity; and

    b. to any obligation to share damages with or repay someone else who must pay damages because of the injury.

## V. DEFINITIONS

A. "Advertising injury" means injury arising solely out of advertising activities of any "Insured" as a result of one or more of the following offenses during the policy period:

    1. oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    2. oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy;

    3. misappropriation of advertising ideas or style of doing business;

    4. infringement of copyright, title or slogan; or

    5. mental injury, mental anguish, humiliation, or shock, if directly resulting from Items **A.1.** through **A.4.**

B. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. "Auto" does not include "mobile equipment."

C. "Bodily injury" means physical injury, sickness, or disease, including death of a person. "Bodily injury" also means mental injury, mental anguish, humiliation, or shock if directly resulting from physical injury, sickness, or disease to that person.

D. "Claim" means any demand for monetary damages upon an "Insured" resulting from a covered "occurrence."

E. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

    1. it incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    2. you have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

    1. the repair, replacement, adjustment or removal of "your product" or "your work"; or

    2. your fulfilling the terms of the contract or agreement.

F. "Insured" means each of the following, to the extent set forth:

    1. The Named Insured meaning:

        a. Any person or organization listed in Item **1.** of the Declarations, and any Company of which you own more than 50%, as of the effective date of this policy.

        b. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify to be a Named Insured. However:

(1) coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

(2) coverage does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" that occurred before you acquired or formed the organization; and

(3) coverage applies only if the organization is included under the coverage provided by the policies listed in the Schedule of Underlying Insurance and then for no broader coverage than is provided under such underlying policies.

**2.** If you are an individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner as of the effective date of this policy.

**3.** If you are a partnership or joint venture, the partners or members and their spouses but only as respects the conduct of your business.

**4.** If you are a limited liability company, the members or managers but only as respects the conduct of your business.

**5.** Any person or organization, other than the Named Insured, included as an additional "Insured" by virtue of an "insured contract," and to which coverage is provided by the "underlying insurance," and for no broader coverage than is provided by the "underlying insurance" to such additional "Insured."

**6.** Any of your partners, executive officers, directors, or employees but only while acting within the scope of their duties.

However, the coverage granted by this Provision **6.** does not apply to the ownership, maintenance, use, "loading" or "unloading" of any "autos," aircraft or watercraft unless such coverage is included under the policies listed in the Schedule of Underlying Insurance and for no broader coverage than is provided under such underlying policies.

Employees include "leased workers" but not "temporary workers." "Leased workers" are leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform related duties to the conduct of your business. "Leased workers" are not "temporary workers." "Temporary workers" are persons furnished to you to substitute for permanent employees on leave or to meet seasonal or short-term workload conditions.

**7.** Any person, other than one of your employees, or organization while acting as your real estate manager.

**8.** Any person (other than your partners, executive officers, directors, stockholders or employees) or organizations with respect to any "auto" owned by you, loaned to you or hired by you or on your behalf and used with your permission.

However, the coverage granted by this Provision **8.** does not apply to any person using an "auto" while working in a business that sells, services, repairs or parks "autos" unless you are in that business.

**9.** No person or organization is an "Insured" with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**G.** "Insured contract" means any oral or written contract or agreement entered into by you and pertaining to your business under which you assume the "tort liability" of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided that the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or

Exhibit B

agreement. "Tort liability" means a civil liability that would be imposed by law in the absence of any contract or agreement.

**H.** "Loading" or "unloading" means the handling of property:

**1.** after it is removed from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**2.** while it is in or on an aircraft, watercraft or "auto";

**3.** while it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered.

However, "loading" or "unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**I.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**2.** vehicles maintained for use solely on or next to premises you own or rent;

**3.** vehicles that travel on crawler treads;

**4.** vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** power cranes, shovels, loaders, diggers or drills; or

**b.** road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** vehicles not described in **1., 2., 3.,** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment or

**b.** cherry pickers and similar devices used to raise or lower workers;

**6.** vehicles not described in **1., 2., 3.,** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** equipment designed primarily for:

**(1)** snow removal;

**(2)** road maintenance, but not construction or resurfacing; or

**(3)** street cleaning;

**b.** cherry pickers and similar devices mounted on auto or truck chassis and used to raise or lower workers; and

**c.** air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**J.** "Occurrence" means:

**1.** as respects "bodily injury" or "property damage," an accident, including continuous or repeated exposure to substantially the same general harmful conditions;

**2.** as respects "personal injury," an offense arising out of the business of any "Insured" that results in "personal injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the

Exhibit B

frequency or repetition thereof, the number and kind of media used and the number of claimants;

3. as respects "advertising injury," an offense committed in the course of advertising your goods, products and services that results in "advertising injury." All damages that arise from the same or related injurious material or acts will be considered as arising out of one "occurrence," regardless of the frequency or repetition thereof, the number and kind of media used and the number of claimants.

K. "Personal injury" means injury other than "bodily injury" or "advertising injury" arising out of one or more of the following offenses during the policy period:

1. false arrest, detention or imprisonment;

2. malicious prosecution;

3. the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

4. oral, written, televised, videotaped, or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

5. oral, written, televised, videotaped, or electronic publication of material that violates a person's right of privacy; or

6. mental injury, mental anguish, humiliation, or shock, if directly resulting from Items **K.1.** through **5.**

L. 1. "Products-completed operations hazard" means all "bodily injury" and "property damage" from an "occurrence" taking place away from premises you own or rent and arising out of "your product" or "your work" except:

   a. products that are still in your physical possession; or

b. work that has not yet been completed or abandoned.

2. "Your work" will be deemed completed at the earliest of the following times:

   a. When all of the work called for in your contract has been completed.

   b. When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

   c. When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

3. This "products-completed operations hazard" does not include "bodily injury" or "property damage" arising out of:

   a. the transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading" or "unloading" of it;

   b. the existence of tools, uninstalled equipment or abandoned or unused materials.

M. "Property damage" means:

1. physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

2. loss of use of tangible property that is not physically injured. All such loss will be deemed to occur at the time of the "occurrence" that caused it.

N. "Suit" means a civil proceeding which seeks monetary damages because of "bodily injury," "property damage," "per-

sonal injury," or "advertising injury" to which this insurance applies. "Suit" includes:

1. an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

2. any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**O.** "Underlying insurance" means the insurance coverage provided under policies shown in the Schedule of Underlying Insurance, or any additional policies agreed to by us in writing. It includes any policies issued to replace those policies during the term of this insurance that provide:

1. at least the same policy limits; and

2. insurance for the same hazards, except as to any modifications which are agreed to by us in writing.

**P.** "Your product" means:

1. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   **a.** you;

   **b.** others trading under your name; or

   **c.** a person or organization whose business or assets you have acquired; and

2. Containers (other than vehicles) materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

2. the providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**Q.** "Your work" means:

1. work or operations performed by you or on your behalf; and

2. materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

1. warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

2. the providing of or failure to provide warnings or instructions.

## VI. Conditions

### A. Appeals

If the "Insured" or an "Insured's" underlying insurers do not appeal a judgment in excess of the "retained limit," we have the right to make such an appeal. If we elect to appeal, our liability on such an award or judgment will not exceed our Limits of Insurance as stated in Item **4.** of the Declarations plus the cost and expense of such appeal.

### B. Audit

We may audit and examine your books and records as they relate to this policy at any time during the period of this policy and for up to three years after the expiration or termination of this policy.

### C. Bankruptcy or Insolvency

The bankruptcy, insolvency or inability to pay of any "Insured" or the bankruptcy, insolvency or inability to pay of any of the Underlying Insurers will not relieve us from the payment of any "claim" or "suit" covered by this policy. Under no circumstances will such bankruptcy, insolvency or inability to pay require us to drop down and replace the "retained limit" or assume any obligation with the "retained limit."

Exhibit B



**D. Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of nonpayment of premium, we must mail or deliver to you not less than ten (10) days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than thirty (30) days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item **1.** of the Declarations will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the Minimum Premium as shown in Item **3.** of the Declarations.

5. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force and increased by our short rate cancellation table and procedure. Final premium will not be less than the Minimum Premium as shown in Item **3.** of the Declarations.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter but the cancellation will be effective even if we have not made or offered any refund due you. Our check or our representative's check, mailed or delivered, will be sufficient tender of any refund due you.

7. The first Named Insured in Item **1.** of the Declarations will act on behalf of all other "Insured's" with respect to the giving and receiving of notice of cancellation and the receipt of any refund that may become payable under this policy.

8. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

**E. Changes**

Notice to any agent or knowledge possessed by any agent or any other person will not effect a waiver or a change in any part of this policy. This policy can only be changed by a written endorsement that becomes a part of this policy and that is signed by one of our authorized representatives.

**F. Duties in The Event of An Occurrence, Claim Or Suit**

1. You must see to it that we are notified as soon as practicable of an "occurrence" which may result in a "claim" or "suit" under this policy. To the extent possible, notice will include:

   a. how, when and where the "occurrence" took place;

   b. the names and addresses of any injured person and witnesses;

   c. the nature and location of any injury or damage arising out of the "occurrence."

2. If a "claim" or "suit" against any "Insured" is reasonably likely to involve this policy you must notify us in writing as soon as practicable.

3. You and any other involved "Insured" must:

   a. immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

   b. authorize us to obtain records and other information;

**c.** cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

**d.** assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the "Insured" because of injury or damage to which this insurance may also apply.

**4.** The "Insured's" will not, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## G. Inspection

We have the right, but are not obligated, to inspect the premises and operations of any "Insured" at any time. Our inspections are not safety inspections. They relate only to the insurability of the premises and operations of any "Insured" and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person or organization to provide for the health or safety of any employees or the public. We do not warrant that the premises or operations of any "Insured" are safe or healthful or that they comply with laws, regulations, codes or standards.

## H. Legal Actions Against Us

There will be no right of action against us under this insurance unless:

**1.** you have complied with all the terms of this policy; and

**2.** the amount you owe has been determined by settlement with our consent or by actual trial and final judgment;

This insurance does not give anyone the right to add us as a party in an action against you to determine your liability.

## I. Maintenance of Underlying Insurance

During the period of this policy, you agree:

**1.** to keep the policies listed in the Schedule of Underlying Insurance in full force and effect;

**2.** that any renewals or replacements of the policies listed in the Schedule of Underlying Insurance will not be more restrictive in coverage;

**3.** that the Limits of Insurance of the policies listed in the Schedule of Underlying Insurance will be maintained except for any reduction or exhaustion of aggregate limits by payment of "claims" or "suits" for "occurrences" covered by "underlying insurance"; and

**4.** that the terms, conditions and endorsements of the policies listed in the Schedule of Underlying Insurance will not change during the period of this policy such as to increase the coverage afforded under this policy.

If you fail to comply with these requirements, we will only be liable to the same extent that we would have been had you fully complied with these requirements.

## J. Other Insurance

If other insurance applies to a loss that is also covered by this policy, this policy will apply excess of the other insurance. Nothing herein will be construed to make this policy subject to the terms, conditions and limitations of such other insurance. However, this provision will not apply if the other insurance is specifically written to be excess of this policy.

## K. Premium

The first Named Insured designated in Item **1.** of the Declarations will be responsible for payment of all premiums when due.

The premium for this policy will be computed on the basis set forth in Item **3.** of the Declarations. At the beginning of the policy period, you must pay us the Advance Premium shown in Item **3.** of the Declarations.

When this policy expires or if it is canceled, we will compute the earned premium for the time this policy was in force. If this policy is subject to audit adjust-

ment, the actual exposure basis will be used to compute the earned premium. If the earned premium is greater than the Advance Premium, you will promptly pay us the difference. If the earned premium is less than the Advance Premium, we will return the difference to you. But in any event we will retain the Minimum Premium as shown in Item **3.** of the Declarations for each twelve months of our policy period.

**L.  Separation of Insureds**

Except with respect to our Limits of Insurance and any rights or duties specifically assigned to the first Named Insured designated in Item **1.** of the Declarations, this insurance applies:

1. as if each Named Insured were the only Named Insured; and

2. separately to each "Insured" against whom "claim" is made or "suit" brought.

**M.  Transfer of Rights of Recovery Against Others to Us**

If any "Insured" has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The "Insured" must do nothing after loss to impair those rights and must help us enforce them.

Any recoveries will be applied as follows:

1. any interests, including the "Insured," that have paid an amount in excess of our payment under this policy will be reimbursed first;

2. we then will be reimbursed up to the amount we have paid; and

3. lastly, any interests, including the "Insured," over which our insurance is excess, are entitled to claim the residue.

Expenses incurred in the exercise of rights of recovery will be apportioned between the interests, including the "Insured," in the ratio of their respective recoveries as finally settled.

**N.  Terms Conformed to Statute**

The terms of this Policy which are in conflict with the statutes of the state where this Policy is issued are amended to conform to such statutes.

If we are prevented by law or statute from paying on behalf of an "Insured," then we will, where permitted by law or statute, indemnify the "Insured" for those sums in excess of the "retained limit."

**O.  Transfer of Your Rights And Duties**

Your rights and duties under this policy may not be transferred without our written consent.

If you die or are legally declared bankrupt, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. However, notice of cancellation sent to the first Named Insured designated in Item **1.** of the Declarations and mailed to the address shown in this policy will be sufficient notice to effect cancellation of this policy.

**P.  When Loss Is Payable**

Coverage under this policy will not apply unless and until any "Insured" or an "Insured's" underlying insurer is obligated to pay the "retained limit."

When the amount of loss has finally been determined, we will promptly pay on behalf of the "Insured" the amount of loss falling within the terms of this policy.

You will promptly reimburse us for any amount within the Self-Insured Retention advanced by us at our discretion on behalf of any "Insured."

Exhibit B

### NUCLEAR ENERGY LIABILITY EXCLUSION

This policy does not apply to:

1. Any liability, injury or damage:

    **a.** with respect to which any "Insured" under the policy is also an "Insured" under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an "Insured" under any such policy but for its termination upon exhaustion of its Limits of Insurance; or

    **b.** resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** a person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** any "Insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2. Any injury or "nuclear property damage" resulting from the "hazardous properties" of "nuclear material," if:

    **a.** the "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, any "Insured" or **(b)** has been discharged or dispersed therefrom;

    **b.** the "nuclear material" is contained in "spent fuel" or "nuclear waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any "Insured"; or

    **c.** the injury or "nuclear property damage" arises out of the furnishing by any "Insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or

Canada, this Exclusion **2.c.** applies only to "nuclear property damage" to such "nuclear facility" and any property therein.

3. As used in this exclusion:

    **a.** "Hazardous properties" includes radioactive, toxic or explosive properties.

    **b.** "Nuclear facility" means:

        **i.** any "nuclear reactor";

        **ii.** any equipment or device designed or used for

            **(1)** separating the isotopes of uranium or plutonium,

            **(2)** processing or utilizing "spent fuel" or

            **(3)** handling, processing or packaging "nuclear waste";

        **iii.** any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of any "Insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

        **iv.** any structure, basin, excavation, premises or place prepared or used for the storage or disposal of, "nuclear waste," and includes the site on which any of the foregoing is located, all operations considered on such site and all premises used for such operations.

    **c.** "Nuclear material" means "source material," "special nuclear material" or by-product material.

    **d.** "Nuclear property damage" includes all forms of radioactive contamination of property.



e. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

f. "Nuclear waste" means any nuclear waste material **(a)** containing "by-product material" other than the tailings of nuclear waste produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included within the definition of "nuclear facility" under Paragraph **3.b.i.** or **3.b.ii.**

g. "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

h. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

This endorsement does not change any other provision of the policy.

**In Witness Whereof,** we have caused this policy to be executed and attested, but this policy will not be valid unless countersigned by one of our duly authorized representatives, where required by law.

Exhibit B

**CU 60 30 06 97**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CARE, CUSTODY  OR CONTROL  EXCLUSION  - REAL OR PERSONAL  PROPERTY

The following   exclusion  is added  to Section  **IV - EXCLUSIONS:**

Any "property   damage"  to real or personal  property  in the care, custody  or control  of any "Insured,"  or loaned  to any "Insured,"  or used, rented,  or occupied  by any "Insured,"  or as to which  any "Insured"  is for any purpose  exercising  physical  control.

This endorsement  does not change  any other  provision  of the policy.

CU 60 30 06 97

**COMMERCIAL UMBRELLA**
**CU 60 39 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA COVERAGE FORM



If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this policy.

This endorsement does not change any other provision of the policy.

**COMMERCIAL  UMBRELLA**
**CU 60 40 01 15**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNDERLYING  COVERAGE REQUIREMENT  FOR CERTIFIED ACTS OF TERRORISM

With respect to any one or more "certified acts of terrorism," we will be liable only for that portion of damages, subject to the Each Occurrence Limit stated in the Declarations, in excess of the total amounts stated as the applicable limits of the underlying policies listed in the Schedule of Underlying Insurance and the applicable limits of any other insurance providing coverage to the "Insured" during the Policy Period.

If you fail to comply with this Underlying Coverage Requirement for "Certified Acts of Terrorism" and you do not maintain your underlying limits as scheduled, we will only be liable to the same extent that we would have been had you fully complied with this Requirement.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This exclusion does not apply to the extent that insurance is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy.

This endorsement does not change any other provision of the policy.

**CU 60 40 01 15**      © 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 1 of 1**

Exhibit B

APP 230

**COMMERCIAL  UMBRELLA**
**CU 61 06 01 13**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO  LIABILITY - FOLLOWING  FORM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE PART



**1.**   The following   exclusion  is added to Section  **IV. - EXCLUSIONS:**

This insurance  does not apply to:

Any liability  arising  out of the ownership,  maintenance,  use or entrustment  to others of any "auto."  Use includes  operation  and "loading"  or "unloading".   This exclusion  applies  even if the claims  against  any "Insured"  allege  negligence  or other wrongdoing  in the supervision,  hiring,  employment,  training  or monitoring  of others by that "Insured".

This exclusion  does not apply to the extent that insurance  for such liability  is provided  by a policy  listed in the Schedule  of Underlying  Insurance,  and for no broader  coverage  than is provided  by such policy

**2.**   Paragraph  **B.** under Section  **V. DEFINITIONS**  is replaced  by the following:

**B.**   "Auto"   means an auto as it is defined  in the applicable  "underlying   insurance".

This endorsement  does not change any other provision  of the policy.

©  2012 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit B**

APP 231

CU 61 15 07 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY EXCLUSION

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

The following  exclusion  is added to Section  **IV. - EXCLUSIONS:**

This insurance  does not apply  to:

Any liability  arising  out of the rendering  of or failure  to render any professional  services by you or any engineer,  architect  or surveyor who is either employed  by you or performing   work on your behalf  in such capacity.

Professional  services  include:

**1.**   the preparing,  approving,  or failing  to prepare  or approve,  maps, shop drawings,  opinions, reports,  surveys,  field orders, change orders or drawings  and specifications;  and

**2.**   supervisory,  inspection,  architectural  or engineering  activities.

This exclusion  applies  even if the "claims"  against any "Insured"  allege negligence  or other wrong-doing  in the supervision,  hiring, employment,  training  or monitoring  of others by that "Insured",  if the "occurrence",   "offense"  or other act, error or omission  involved  the rendering  of or failure  to render any professional  services by you or any engineer,  architect  or surveyor  who is either em-ployed  by you or performing   work on your behalf  in such capacity.

This endorsement  does not change any other provision  of the policy.

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit B**                                                                             APP 232

COMMERCIAL  UMBRELLA
CU 61 87 06 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS  CHANGES - CANCELLATION  AND NONRENEWAL

**A.** **SECTION VI - Conditions  D. Cancellation,**  Paragraph  **2.** is replaced by the following:



    **2.**  We may cancel  this policy:

        **a.**  By mailing  or delivering  to the first Named Insured  written  notice of cancellation,  stating the reason  for cancellation,  at least 10 days before the effective  date of cancellation.

        However,  if this policy covers a condominium  association,  and the condominium  property contains  at least one residence  or the condominium  declarations  conform  with the Texas Uniform  Condominium  Act, then the notice of cancellation,  as described  above, will be provided  to the first Named Insured  30 days before the effective  date of cancellation.  We will also provide  30 days' written  notice to each unit-owner  to whom we issued  a certificate or memorandum  of insurance,  by mailing  or delivering  the notice to each last mailing address known  to us.

        **b.**  For the following  reasons, if this policy does not provide  coverage  to a governmenta l unit, as defined  under 28 TEX. ADMIN.  CODE, Section  5.7001 or on one- and two-family dwellings:

            **(1)**  If this policy  has been in effect for 60 days or less, we may cancel  for any reason except  that, under the provisions  of the Texas Insurance  Code, we may not cancel this policy  solely because  the policyholder  is an elected  official.

            **(2)**  If this policy  has been in effect for more than 60 days, or if it is a renewal  or continuation  of a policy  issued by us, we may cancel  only for one or more of the following  reasons:

                **(a)**  Fraud in obtaining  coverage;

                **(b)**  Failure  to pay premiums  when due;

                **(c)**  An increase  in hazard  within  the control  of the insured  which  would  produce  an increase  in rate;

                **(d)**  Loss of our reinsurance  covering  all or part of the risk covered  by the policy;  or

                **(e)**  If we have been placed  in supervision,  conservatorship  or receivership  and the cancellation  is approved  or directed  by the supervisor,  conservator  or receiver.

        **c.**  For the following  reasons,  if this policy  provides  coverage  to a governmental  unit, as defined  under 28 TEX. ADMIN.  CODE, Section  5.7001 or on one- and two-family  dwellings:

            **(1)**  If this policy  has been in effect for less than 90 days, we may cancel  coverage  for any reason.

            **(2)**  If this policy  has been in effect for 90 days or more, or if it is a renewal  or continuation of a policy  issued by us, we may cancel  coverage,  only for the following  reasons:

                **(a)**  If the first Named Insured  does not pay the premium  or any portion  of the premium when due;

                **(b)**  If the Texas Department  of Insurance  determines  that continuation  of this policy would  result  in violation  of the Texas Insurance  Code or any other law governing the business  of insurance  in Texas;

                **(c)**  If the Named Insured  submits  a fraudulent  claim;  or

                **(d)**  If there is an increase  in the hazard  within  the control  of the Named Insured  which would  produce  an increase  in rate.

©  2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CU 61 87 06 14

**Exhibit B**

APP 233

**B.** The following condition is added to **SECTION VI - Conditions** and supersedes any provision to the contrary:

**Nonrenewal**

**1.** We may elect not to renew this policy except that, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**2.** This paragraph, **2.,** applies unless the policy qualifies under Paragraph **3.** below.

If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

**3.** If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then we will mail or deliver written notice of nonrenewal, at least 30 days before the expiration or anniversary date of the policy, to:

**a.** The first Named Insured; and

**b.** Each unit-owner to whom we issued a certificate or memorandum of insurance.

We will mail or deliver such notice to each last mailing address known to us.

**4.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**5.** The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit B**

APP 234

CU 63 33 06 97

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION  - LIABILITY  ARISING  OUT OF LEAD

The following  exclusion  is added to Section **IV - EXCLUSIONS:**

1. any liability  arising  out of, resulting  from, or in any way caused by or related to any actual, alleged or threatened ingestion, inhalation, absorption,  or exposure  to lead, in any form from any source; or

2. any loss, cost, expense, liability  or other type of obligation  arising  out of or resulting  from, or in any way related to, any:

   a. claim, suit, request, demand, directive, or order by or on behalf of any person, entity, or governmental  authority  that any "Insured"  or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to or assess the effects of lead in any form from any source, or to any

   b. claim or suit by or on behalf of any person, entity, or governmental  authority  for damages  or any other relief or remedy because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying,  or neutralizing,  or in any way responding  to or assessing the effects of lead in any form.

This endorsement  does not change any other provision of the policy.

CU 63 33 06 97

**CU 63 44 06 97**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FOREIGN  LIABILITY - FOLLOWING  FORM

The following  exclusion  is added to Section **IV - EXCLUSIONS:**

Any "bodily  injury," "property  damage," "personal  injury,"  or "advertising  injury"  which  occurs  outside the United  States  of America,  its territories  and possessions,  Puerto  Rico, or Canada,  except  to the extent that  such  insurance  is provided  by a policy  listed  in the Schedule  of Underlying  Insurance,  and for no broader  coverage  than is provided  by such policy.

This endorsement  does not change  any other  provision  of the policy.

CU 63 44 06 97

COMMERCIAL  UMBRELLA
CU 63 74 03 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS  CHANGES - AMENDMENT  OF CONDITIONS

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

The following   is added to **SECTION VI. CONDITIONS,  F. Duties in The Event of Occurrence,  Claim, Or Suit:**



**5.** We will  notify  the first Named  Insured  in writing  of:

   **a.** An initial  offer  to settle a "claim"   made or "suit"   brought  against  any "Insured"   under  this policy.  The notice  will  be given  not later  than  the 10th day after the date the offer is made.

   **b.** Any settlement  of a "claim"   made or "suit"   brought  against  the "Insured"   under  this policy. The notice  will  be given  not later  than the 30th day after the date of the settlement.

This endorsement  does not change any other  provision  of the policy.

© 2012 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit B**

COMMERCIAL  UMBRELLA
CU 63 80 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI  OR BACTERIA EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

The following  is added to **Section IV - EXCLUSIONS:**

This insurance  does not apply  to:

1.  "Bodily injury", "property  damage", "personal  injury" or "advertising  injury" which would not have oc-
    curred, in whole  or in part, but for the actual, alleged or threatened  inhalation  of, ingestion  of, contact with,
    exposure  to, existence  of, or presence  of, any "fungi"  or bacteria on or within a building  or structure,
    including  its contents, regardless  of whether  any other  cause, event, material  or product  contributed
    concurrently  or in any sequence  to such injury  or damage.

2.  Any loss, cost or expenses  arising  out of the abating,  testing for, monitoring,  cleaning  up, removing,
    containing,  treating,  detoxifying,  neutralizing,  remediating  or disposing  of, or in any way responding  to, or
    assessing  the effects  of, "fungi"  or bacteria, by any "Insured"  or by any other  person  or entity.

This exclusion  does not apply to any "fungi"  or bacteria that are, are on, or are contained  in, a good or product
intended  for bodily consumption,  but only to the extent that insurance  is provided  by a policy listed in the
Schedule  of Underlying  Insurance, and for no broader  coverage  than is provided  by such policy.

As used in this exclusion:

"Fungi"  means any type or form of fungus, including  mold or mildew  and any mycotoxins,  spores, scents  or
byproducts  produced  or released  by fungi.

This endorsement  does not change any other  provision  of the policy.

Includes copyrighted material of Insurance Services Office, with its permission.
**Exhibit B**
APP 238



COMMERCIAL  UMBRELLA
CU 64 79 05 09

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RECORDING  AND DISTRIBUTION  OF MATERIAL  OR INFORMATION IN VIOLATION  OF THE LAW EXCLUSION

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

The following   exclusion  is added to Section  IV - Exclusions:

This insurance  does not apply to:

Any liability   arising  directly   or indirectly   out of any action  or omission  that violates  or is alleged  to violate:

1.  The Telephone  Consumer  Protection  Act (TCPA), including  any amendment  of or addition  to such law;

2.  The CAN-SPAM  Act of 2003, including  any amendment  of or addition  to such law;

3.  The Fair Credit Reporting  Act (FCRA), and any amendment  of or addition  to such law, including  the Fair and Accurate  Credit Transaction  Act (FACTA); or

4.  Any federal,  state or local statute,  ordinance  or regulation,  other than TCPA, CAN-SPAM  Act of 2003 or FCRA and their amendments  and additions,  that addresses,  prohibits,  or limits  the printing, dissemination,  disposal,  collecting,  recording,  sending,  transmitting,  communicating  or distribution of material  or information.

This endorsement  does not change any other provision  of the policy.

**Exhibit B**

APP 239

COMMERCIAL  UMBRELLA
CU 64 82 10 17

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT  - ELECTRONIC DATA

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE FORM

Section **V. DEFINITIONS**  is amended  as follows:

1.  The following  is added to Definition  **M.**

For the purposes  of this insurance,  "electronic  data" is not tangible  property.

2.  For the purposes  of this endorsement,  the following  definition  is added:

"Electronic  data"  means,  information,  facts or programs  stored as or on, created  or used on,  or transmitted  to or from computer  software,  including  systems and applications  software,  hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing  devices or any other  media which  are used with electronically  controlled  equipment.

This endorsement  does not change any other  provision  of the policy.

©  2017 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

APP 240

Exhibit B

CU 64 87 10 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ECONOMIC OR TRADE SANCTIONS CONDITION ENDORSEMENT



The following is added to Section **VI - CONDITIONS:**

**Economic or Trade Sanctions**

If coverage for a claim or suit under this policy is in violation of any United States of America economic or trade sanctions, including but not limited to, sanctions administered and enforced by the United States Treasury Department's Office of Foreign Assets Control ("OFAC"), then coverage for that claim or suit will be null and void.

This endorsement does not change any other provision of the policy.

**CU 64 92 01 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MOBILE EQUIPMENT - FOLLOWING FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA COVERAGE PART

**1.**   The following exclusion is added to Section **IV. - EXCLUSIONS:**

This insurance does not apply to:

Any liability for or arising out of the ownership, maintenance, use or entrustment to others of any "mobile equipment". Use includes operation and "loading" or "unloading". This exclusion applies even if the claims against any "Insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by the "Insured".

This exclusion does not apply to the extent that insurance for such liability is provided by a policy listed in the Schedule of Underlying Insurance, and for no broader coverage than is provided by such policy

**2.**   Paragraph **I.** under Section **V. DEFINITIONS** is replaced by the following:

**I.**   "Mobile equipment" means mobile equipment as it is defined in the applicable "underlying insurance".

This endorsement does not change any other provision of the policy.

**CU 64 92 01 13**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 1 of 1**

© 2012 Liberty Mutual Insurance

**Exhibit B**      APP 242

CU 64 95 12 07

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAIVER  OF TRANSFER  OF RIGHTS  OF RECOVERY AGAINST  OTHERS



We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against any person or organization for whom you perform work under a written contract that requires you to obtain this agreement from us to the extent that such insurance is provided by a policy listed in the Schedule of Underlying  Insurance, and for no broader coverage than is provided by such policy.

This endorsement  does not change any other provisions  of the policy.

CU 64 95 12 07

**Exhibit B**

COMMERCIAL  UMBRELLA
CU 65 08 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  OF PUNITIVE  DAMAGES  RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE FORM

**A.**   The following   exclusion  is added:

This insurance  does not apply to:

**TERRORISM  PUNITIVE  DAMAGES**

Damages  arising,  directly  or indirectly,  out of a "certified   act of terrorism"   that are awarded  as punitive  damages.

**B.**   The following   definition  is added:

"Certified  act of terrorism"   means an act that is certified  by the Secretary  of the Treasury,  in accordance  with the provisions   of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance  Act for a "certified   act of terrorism"   include  the following:

**1.**   The act resulted  in insured  losses in excess of $5 million  in the aggregate,  attributable  to all types of insurance  subject to the Terrorism  Risk Insurance  Act; and

**2.**   The act is a violent  act or an act that is dangerous  to human life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population of the United  States or to influence  the policy  or affect the conduct  of the United  States Government  by coercion.

**C.**   The terms and limitations   of any terrorism  exclusion,  or the inapplicability   or omission  of a terrorism  exclusion,  do not serve to create coverage for injury or damage that is otherwise  excluded under this policy.

This endorsement  does not change any other provision  of the policy.

©  2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit B**

COMMERCIAL  UMBRELLA
CU 88 01 12 02

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR  LIABILITY  EXCLUSION

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  UMBRELLA  COVERAGE  PART



Exclusion **M.** under Section  IV - Exclusions  is replaced  by the following:

This insurance  does  not apply  to:

**M.** "Bodily  injury",  "property  damage",  "personal  injury"  or "advertising  injury",  however  caused, arising,  directly  or indirectly,  out of:

    **1.** War, including  undeclared  or civil war;  or

    **2.** Warlike  action  by a military  force,  including  action  in hindering  or defending  against  an actual or expected  attack,  by any government,  sovereign  or other  authority  using  military  personnel  or other agents;  or

    **3.** Insurrection,  rebellion,  revolution,  usurped  power,  or action  taken  by governmental  authority  in hindering  or defending  against  any of these.

This endorsement  does  not change  any other  provision  of the policy.

Includes copyrighted material of Insurance Services Office, with its permission.

**Exhibit B**

APP 245

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROFESSIONAL SERVICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA COVERAGE PART

The following exclusion is added to Section **IV. - EXCLUSIONS:**

This insurance does not apply to:

"Bodily injury", "property damage", "personal injury" , "advertising injury" or "personal and advertising injury" caused by the rendering of or failure to render any professional service. This includes but is not limited to:

**1.** Legal, accounting or advertising services;

**2.** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**3.** Supervisory, inspection or engineering services;

**4.** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**5.** Any health or therapeutic service treatment, advice or instruction;

**6.** Any service, treatment, advice or instruction for the purpose of appearance or skin enhance-ment, hair removal or replacement or personal grooming;

**7.** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**8.** Body piercing services; and

**9.** Services in the practice of pharmacy.

This exclusion applies even if the "claims" against any "Insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "Insured", if the "occurrence", "offense" or other act, error or omission involved the rendering of or failure to render any professional service.

This endorsement does not change any other provision of the policy.

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit B**

**COMMERCIAL  UMBRELLA**
**CU 88 31 05 09**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PERSONAL AND ADVERTISING  INJURY - FOLLOWING  FORM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE PART



**A.** **SECTION I. COVERAGE** under  the **INSURING  AGREEMENTS** is replaced  by the following:

**I.** **COVERAGE**

**A.** We will pay on behalf of the "Insured"  those sums in excess of the "Retained  Limit"  that the "Insured"  becomes  legally  obligated  to pay by reason of liability  imposed by law or assumed by the "Insured"  under an "insured  contract"  because of "bodily  injury", "property  damage" or "personal  and advertising  injury"  to which this insurance  applies. The amount  we will pay for damages is limited  as described  in the **INSURING  AGREEMENT, SECTION II. LIMITS OF INSURANCE.** No other obligation  or liability  to pay sums or perform  acts or services is covered unless explicitly  provided  for under **SECTION III. DEFENSE.**

**B.** This insurance  applies to:

**1.** "Bodily  injury"  or "property  damage"  only if:

**a.** The "bodily  injury"  or "property  damage"  occurs during  the Policy Period; and

**b.** The "bodily  injury"  or "property  damage"  is caused by an "occurrence"  happening anywhere;  and

**c.** Prior to the Policy Period, no "Insured"  listed under paragraphs  **1.a., 2., 3.** or **4.** of definition  **F.** under **SECTION V. DEFINITIONS,** and no employee  authorized  by you to give or receive notice of an "occurrence"  or "claim",  knew that the "bodily  injury"  or "property  damage"  had occurred,  in whole or in part. If such a listed "Insured"  or authorized  employee  knew, prior to the Policy Period, that the "bodily  injury"  or "property  damage"  occurred,  then any continuation,  change or resumption  of such "bodily  injury"  or "property  damage"  during or after the Policy Period will be deemed to have been known  prior to the Policy Period.

**2.** "Personal  and advertising  injury"  caused by an "offense"  arising out of your business but only if the "offense"  was committed  during  the Policy Period.

**C.** "Bodily  injury"  or "property  damage"  which occurs during  the Policy Period and was not, prior to the Policy Period, known to have occurred  by any "Insured"  listed under paragraphs  **1.a., 2., 3.** or **4.** of definition  **F.** under **SECTION V. DEFINITIONS,** or any employee  authorized  by you to give or receive notice of an "occurrence"  or "claim",  includes any continuation,  change or resumption  of that "bodily  injury"  or "property  damage"  after the end of the Policy Period.

**D.** "Bodily  injury"  or "property  damage"  will be deemed to have been known to have occurred  at the earliest  time when any "Insured"  listed under paragraphs  **1.a., 2., 3.** or **4.** of definition  **F.** under **SECTION V. DEFINITIONS,** or any employee  authorized  by you to give or receive notice of an "occurrence"  or "claim":

**1.** Reports all, or any part, of the "bodily  injury"  or "property  damage"  to us or any other insurer;

**2.** Receives a written  or verbal demand or "claim"  for damages because of "bodily  injury"  or "property  damage";  or

**3.** Becomes aware by any other means that "bodily  injury"  or "property  damage"  has oc-curred or has begun to occur.

**E.** Damages because of "bodily  injury"  include damages claimed by any person or organizati on for care, loss or services or death resulting  at any time from the "bodily  injury".

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CU 88 31 05 09**                                   **Exhibit B**                      **Page 1 of 7** APP 247

**B.** **SECTION II. LIMITS OF INSURANCE** is amended as follows:

    **1.** Paragraph **B.** is replaced by the following:

        **B.** The General Aggregate Limit is the most we will pay for all damages covered under **SECTION I. COVERAGE** of the **INSURING AGREEMENTS,** except:

            **1.** Damages included in the "products-complete operations hazard"; and

            **2.** Coverages included in the policies listed in the Schedule of Underlying Insurance to which no underlying aggregate limit applies.

        The amount stated on the Declarations as the General Aggregate Limit is the most we will pay for all damages arising out of any "bodily injury", "property damage" or "personal and advertising injury" subject to an aggregate limit in the "underlying insurance". The General Aggregate applies separately and in the same manner as the aggregate limits in the "underlying insurance".

    **2.** Paragraph **D.** is replaced by the following:

        **D.** Subject to **B.** or **C.** in **SECTION II. LIMITS OF INSURANCE,** whichever applies, the Each Occurrence Limit is the most we will pay for "bodily injury", "property damage" or "personal and advertising injury" covered under **SECTION I. COVERAGE** of the **INSURING AGREEMENTS** because of all:

            **1.** "Bodily injury" or "property damage" arising out of one "occurrence"; and

            **2.** "Personal and advertising injury" arising out of one "offense".

    **3.** Provision **2.** of paragraph **G.** is replaced by the following:

        **2.** the amount stated in the Declarations as the Self- Insured Retention as a result of any one "occurrence" or one "offense" not covered by the underlying policies listed in the Schedule of Underlying Insurance nor by any other insurance providing coverage to the "Insured" during the Policy Period;

**C.** **SECTION III. DEFENSE** is amended as follows:

    **1.** Paragraph **A.** is replaced by the following:

        **A.** We will have the right and duty to investigate any "claim" and defend any "suit" seeking damages covered by the terms and conditions of the policy when:

            **1.** The applicable Limits of Insurance of the underlying policies listed in the Schedule of Underlying Insurance and the Limits of Insurance of any other insurance providing coverage to the "Insured" have been exhausted by actual payment of "claims" for any "occurrence" or "offense" to which this policy applies; or

            **2.** Damages are sought for any one "occurrence" or "offense" which is covered by this policy but not covered by any underlying policies listed in the Schedule of Underlying Insurance or any other insurance providing coverage to the "Insured".

    **2.** Paragraph **B.1.** is replaced by the following:

        **1.** We will investigate any "claim" and defend any "suit" against the "Insured" seeking damages on account of any "occurrence" or "offense" covered by this policy. We have the right to investigate, defend and settle the "claim" or "suit" as we deem expedient.

    **3.** Paragraph **D.** is replaced by the following:

        **D.** In all other instances except paragraph **A.** in **SECTION III. DEFENSE,** we will not be obligated to assume charge of the investigation, settlement or defense of any "claim" or "suit" against the "Insured." We will, however, have the right and will be given the opportunity to participate in the settlement, defense and trial of any "claim" or "suit" relative to any "occurrence" or "offense" which, in our opinion, may create liability on our part under the terms of this policy. If we exercise such right, we will do so at our own expense.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit B

APP 248

**D.   SECTION IV. EXCLUSIONS** is amended  as follows:

**1.**   Exclusion  **J.** is replaced  by the following:

This insurance  does not apply  to:

**J.**   "Personal  and advertising  injury"  except to the extent that insurance  is provided  for such  "personal  and advertising  injury"  by a policy listed in the Schedule of Underlying  Insurance, and for no broader  coverage  than is provided  by such policy.

**2.**   Exclusion  **K.** is deleted.

**E.   SECTION V. DEFINITIONS** is amended  as follows:

**1.**   Definition  **A.** is deleted and replaced  by the following:

**A.**   "Advertisement"   means a notice that is broadcast  or published  to the general  public or specific market  segments  about your goods, products  or services  for the purpose of attracting  customers or supporters.  For the purposes  of this definition:

**1.**   Notices  that are published  include material  placed on the Internet  or on similar  electronic  means of communication;   and

**2.**   Regarding  web-sites,  only that part of a web-site  that is about your goods, products  or services  for the purposes  of attracting  customers  or supporters  is considered  an advertisement.

**2.**   The following  is added to definition  **C.:**

"Bodily  injury"  does not include "bodily  injury"  arising out of "personal  and advertising  injury".

**3.**   Definition  **D.** is replaced  by the following:

"Claim"  means any demand  for monetary  damages  upon any "Insured"  resulting  from a covered  "occurrence"   or "offense".

**4.**   Definition  **J.** is replaced  by the following:

**J.**   "Occurrence"   means an accident,  including  continuous  or repeated  exposure  to substantially  the same general  harmful  conditions.

**5.**   Definition  **K.** is deleted and replaced  by the following:

**K.**   "Personal  and advertising  injury"  means injury other than "bodily  injury",  arising out of one or more of the following   "offenses":

**1.**   False arrest, detention  or imprisonment;

**2.**   Malicious  prosecution;

**3.**   The wrongful  eviction from, wrongful  entry into, or invasion of the right of private occupancy of a room, dwelling  or premises  that a person occupies,  committed  by or on behalf of the owner, landlord  or lessor;

**4.**   Oral or written  publication,  in any manner,  of material  that slanders  or libels a person or organization  or disparages  a person's or organization's  goods, products  or services;.

**5.**   Oral or written  publication,  in any manner,  of material  that violates a person's  right of privacy;

**6.**   The use of another's  advertising  idea in your "advertisement";   or

**7.**   Infringing  upon another's  copyright,  trade dress or slogan in your "advertisement".

"Personal  and advertising  injury"  includes "consequential  bodily  injury".

**6.**   The following  definitions  are added:

"Consequential  bodily  injury"  means "bodily  injury"  arising out of "personal  and advertising  injury".

"Offense"  means an offense included  in the definition  of "personal  and advertising  injury".  All damages  that arise from exposure  to the same act, publication  or infringement  are considered  one "offense".

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CU 88 31 05 09**                                                                                   **Page 3 of 4**

Exhibit B

APP 249

**F.** **SECTION VI. CONDITIONS** is amended as follows:

  **1.** Condition **F.** is amended as follows:

    **a.** The title is replaced by the following:

      **F.** **Duties In the Event Of An Occurrence, Offense, Claim Or Suit**

    **b.** Paragraph **1.** is replaced by the following:

      **1.** You must see to it that we are notified as soon as practicable of an "occurrence " or "offense" which may result in a "claim" or "suit" under this policy. To the extent possible, notice will include:

        **a.** How, when and where the "occurrence" or "offense" took place;

        **b.** The names and addresses of any injured person and witnesses;

        **c.** The nature and location of any injury or damage arising out of the "occurrence" or "offense".

  **2.** Paragraph **3.** of Condition **I.** is replaced by the following:

    **3.** that the Limits of Insurance of the policies listed in the Schedule of Underlying Insurance will be maintained except for any reduction or exhaustion of aggregate limits by payment of "claims" or "suits" for "occurrences" or "offenses" covered by "underlying insurance"; and

**G.** Wherever the defined term, "personal injury" or "advertising injury", appears in the following, such terms are deleted and replaced by the combined defined term "personal and advertising injury":

  **1.** Commercial Umbrella Coverage Form provisions:

    **a.** Exclusions **O., P.** and **Q.** under **SECTION IV. EXCLUSIONS;** or

    **b.** Definitions **F.** and **N.** under **SECTION V. DEFINITIONS;** or

  **2.** Any endorsements that are made a part of this policy.

This endorsement does not change any other provision of the policy.

CU 88 39 07 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF DEFINITION  OF INSURED

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

Paragraph  **F.5.** under  **SECTION V. DEFINITIONS**  is replaced  by the following:

**5.**   Any person  or organization  who qualifies  as an insured in the "underlying   insurance"  and does not qualify  as an "Insured"  in paragraphs  **1., 2., 3., 4., 6., 7.,** or **8.** of this definition  **F.,** but not beyond the extent  of any limitation   imposed  under any contract  or agreement.  However:

   **a.**   The coverage  provided  to such person  or organization  by this insurance:

   **(1)**   Applies  only to the extent  permitted  by law; and

   **(2)**   Will not be broader  than the coverage  afforded  by the applicable  "underlying   insurance";  and

   **b.**   If coverage  provided  to such person  or organization  is required  by a contract  or agreement,  the limits  of insurance  afforded  to that person  or organization  will be:

   **(1)**   The difference  between  the applicable  "underlying   insurance"  limits  and the minimum  limits  of insurance  which  you agreed  to provide  in a contract  or agreement;  or

   **(2)**   The amount  of insurance  available  under  the applicable  Limits  of Insurance  shown  in the Declarations  of this policy

   whichever  is less.

   If the minimum  limits  of insurance  you agreed  to provide  such person  or organization  in a contract  or agreement  are wholly  within  the "underlying   insurance",  this policy  shall not apply.

This endorsement  shall not increase  the applicable  Limits  of Insurance  shown  in the Declaratio ns.

This endorsement  does not change  any other  provision  of the policy.

© 2014 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CU 88 39 07 14                                                                                      Page 1 of 1

**Exhibit B**                                                                    APP 251

COMMERCIAL  UMBRELLA
CU 88 41 02 10

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF POLLUTION  EXCLUSION

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

Exclusion  **L. under SECTION IV. EXCLUSIONS**  is replaced  by the following:

This insurance  does not apply to:

**L.  1.**  "Bodily  injury",  "property  damage",  "personal  injury",  "advertising  injury"  or "personal  and ad-vertising  injury"  which  would  not have  occurred  in whole  or part but for the actual,  alleged  or threatened  discharge,  dispersal,  seepage,  migration,  release or escape of "pollutants"  at any time.

**2.**  Any loss, cost or expense  arising  out of any:

**a.**  Request,  demand,  order or statutory  or regulatory  requirement  that any "Insured"  or others test for, monitor,  clean up, remove,  contain,  treat, detoxify  or neutralize,  or in any way respond to, or assess the effects of "pollutants";  or

**b.**  Claim  or suit by or on behalf  of a governmental  authority  for damages  because  of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects of, "pollutants".

Paragraph  **1.** of this exclusion  **L.** does not apply to the following:

**(1)**  "Bodily  injury"  or "property  damage"  included  within  the "products-completed  operations  haz-ard".

**(2)**  "Bodily  injury"  or "property  damage"  arising  out of the heat, smoke  or fumes  from a "hostile  fire".

**(3)**  With respect  to any premises,  site or location  which  is or was at any time  owned  or occupied  by or rented  or loaned  to any "Insured":

**(a)**  "Bodily  injury"  sustained  within  a building  and caused  by smoke,  fumes,  vapor  or soot pro-duced  by or originating  from equipment  used to heat, cool or dehumidify  the building,  or equipment  that is used to heat water  for personal  use, by the building's  occupants  or their guests;  or

**(b)**  "Bodily  injury"  or "property  damage"  for which  you may be held liable  if you are a contractor and the owner  or lessee  of such premises,  site or location  has been added  to your policy  as an additional  "Insured"  with respect  to your ongoing  operations  performed  for that additional "Insured"  at that premises,  site or location  and such premises,  site or location  is not and never was owned  or occupied  by, or rented  or loaned  to, any "Insured",  other  than that additional "Insured".

**(4)**  "Bodily  injury"  or "property  damage"  arising  out of the discharge,  dispersal,  seepage,  migration, release or escape of "pollutants"  at or from any premises,  site or location  on which  any "Insured" or any contractors  or subcontractors  working  directly  or indirectly  on any "Insured's"  behalf  are performing  operations  if the "pollutants"  are not brought  on or to the premises,  site of location  in connection  with such operations  by such "Insured",  contractor  or subcontractor.

**(5)**  "Bodily  injury"  or "property  damage"  arising  out of the escape or fuels,  lubricants  or other operat-ing fluids  which  are needed  to perform  the normal  electrical,  hydraulic  or mechanical  functions necessary  for the operation  of "mobile  equipment"  or its parts,  if such fuels,  lubricants  or other operating  fluids  escape  from a vehicle  part designed  to hold, store or receive  them. This exception to the exclusion  does not apply  if the "bodily  injury"  or "property  damage"  arises  out of the intentional  discharge,  dispersal  or release  of the fuels,  lubricants  or other  operating  fluids,  or if such fuels,  lubricants  or other  operating  fluids  are brought  on or to the premises,  site or location with  the intent  that they  be discharged,  dispersed  or released  as part of the operations  being performed  by the "Insured"  or any contractors  or subcontractors  working  directly  or indirectly  on any "Insured's"  behalf.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit B

**(6)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

**(7)** Fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of an "auto" covered by "scheduled underlying insurance" or its parts, if:

    **(a)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(b)** The "bodily injury" or "property damage" does not arise out of the operation of any equipment listed in paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

**(8)** "Occurrences" that take place away from premises owned by or rented to an "Insured" with respect to "pollutants" not in or upon an "auto" covered by "underlying insurance" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of an "auto" covered by "underlying insurance"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

However, the exceptions to this exclusion **L.** in paragraphs **(1), (2), (3), (4), (5), (6), (7)** or **(8)** above apply only to the extent that insurance is afforded for such "bodily injury" or "property damage" by "underlying insurance". Provided, however, that the coverage afforded by this policy will be no broader than the coverage afforded by such "underlying insurance":

Regardless of the extent of "underlying insurance", none of the exceptions to this exclusion **L.** in paragraphs **(1), (2), (3), (4), (5)** or **(6)** above apply with respect to "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape or "pollutants":

**(i)** At or from any premises site or location which is or was at any time used by or for any "Insured" others for handling, storage, disposal, processing or treatment of waste; or

**(ii)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "Insured", or any person or organization for whom you may be legally responsible; or

**(iii)** At or from any premises, site or location on which any "Insured" or any contractors or subcontractors working directly or indirectly on any "Insured's" behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Paragraph **2.** of this exclusion **L.** does not apply to liability for damages because of "property damage" that the "Insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority to the extent that insurance is afforded for such damages by "underlying insurance". Provided, however, that the coverage afforded by this policy will be no broader than the coverage afforded by such "underlying insurance".

As used in this exclusion:

"Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including, but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste material. Waste material includes materials which are intended to be or have been recycled, reconditioned or reclaimed.

This endorsement does not change any other provision of the policy.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit B      APP 253

COMMERCIAL  UMBRELLA
CU 88 68 12 07

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES  - EMPLOYMENT-RELATED  PRACTICES EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

Exclusion  **O.** under Section  **IV. EXCLUSIONS**  is replaced  by the following:

This insurance  does not apply to:

**O.** "Bodily  injury", "personal  injury", "advertising  injury" or "personal  and advertising  injury" to:

    **1.** A person  arising  out of any:

        **a.** Refusal to employ  that person;

        **b.** Termination  of that person's  employment;   or

        **c.** Employment-related   practices,  policies,  acts or omissions,  such as coercion,  demotion, evaluation,  reassignment,  discipline,  defamation,  harassment,  humiliation,  discrimination or malicious  prosecution  directed  at that person; or

    **2.** The spouse,  child,  parent,  brother  or sister  of that person as a consequence  of "bodily  injury" to that person at whom  any of the employment-related   practices  described  in Paragraphs  **1.a., 1.b.,** or **1.c.** above  is directed.

With respect to "bodily  injury",  this exclusion  applies:

    **1.** Whether  the "bodily  injury"-causing   event described  in Paragraphs  **1.a., 1.b.** or **1.c.** above occurs before employment,   during  employment   or after employment   of that person;

    **2.** Whether  the "Insured"  may be liable  as an employer  or in any other capacity;  and

    **3.** To any obligation  to share damages  with or repay someone  else who must pay damages because  of the "bodily  injury".

This endorsement  does not change any other provision  of the policy.

© 2012 Liberty Mutual Agency Corporation. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

APP 254

Exhibit B

COMMERCIAL  UMBRELLA
CU 89 19 01 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF WATERCRAFT  EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

Provision  **2.** of paragraph  **Q.** under Section  **IV. EXCLUSIONS**  is replaced  by the following:

This insurance  does not apply to:



**Q.**   The following   items  **1.** through  **4.,** except to the extent that such insurance  is provided  by a policy
listed  in the Schedule of Underlying  Insurance,  and for no broader  coverage  than is provided  by
such policy:

**2.**   "Bodily  injury"  or "property  damage"  arising out of the ownership,  maintenance,  use or en-
trustment  to others of any watercraft  if such watercraft  is owned by, or chartered  without  a
crew by or on behalf of, any "Insured".  Use includes  operation  and "loading"  or "unloading".
This exclusion  applies  even if the claims  against  any "Insured"  allege negligence  or other
wrongdoing  in the supervision,  hiring,  employment,  training  or monitoring  of others by the
"Insured".  This exclusion  does not apply to a watercraft  while  ashore on premises  you own or
rent.

This endorsement  does not change any other provision  of the policy.

© 2012 Liberty Mutual Insurance

**Exhibit B**

APP 255

COMMERCIAL  UMBRELLA
CU 89 21 07 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF AIRCRAFT EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE PART

Provision  **3.** of paragraph  **Q.** under Section  **IV. EXCLUSIONS**  is replaced  by the following:

This insurance  does not apply to:

**Q.**   The following  items  **1.** through  **4.,** except to the extent that such insurance  is provided  by a policy listed in the Schedule of Underlying  Insurance,  and for no broader  coverage  than is provided  by such policy:

**3.**   "Bodily  injury"  or "property  damage"  arising out of the ownership,  maintenance,  use or entrustment  to others of any aircraft,  if such aircraft  is owned  or operated  by or rented  or loaned to any "Insured".  Use includes  operation  and "loading"  or "unloading".  This exclusion  applies even if the claims  against any "Insured"  allege negligence  or other wrongdoing  in the supervision, hiring, employment,  training  or monitoring  of others by the "Insured".

This endorsement  does not change any other provision  of the policy.

© 2015 Liberty Mutual Insurance

**CU 89 21 07 15**       Includes copyrighted material of Insurance Services Office, Inc., with its permission.       **Page 1 of** APP 256

**Exhibit B**

COMMERCIAL  UMBRELLA
CU 89 40 05 16

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRISIS MANAGEMENT   COVERAGE

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  UMBRELLA  COVERAGE FORM

### SCHEDULE



| | |
|---|---|
| **Crisis Management  Expense Aggregate  Limit:** | **$250,000** |
| **Liberty  Mutual  Preferred  Public Relations Vendor:** | **Weber  Shandwick** |
| **Liberty  Mutual  Claims:** | **1-800-362-0000** |

For purposes  of coverage  afforded  by this endorsement  only:

**A.** The following  is added to Section  **I. COVERAGE:**

**CRISIS MANAGEMENT   COVERAGE**

We will  pay those sums  necessary  to reimburse  you, or pay on your behalf, "crisis  management  expenses"  arising from an "insured  crisis event"  to which this insurance  applies. But:

**1.** This insurance  applies only if:

   **a.** The "insured  crisis event"  commences  during  the policy period;

   **b.** The "insured  crisis event"  did not arise out of any fact, circumstance,  pre-existing  condition,  or situation,  that you, prior to the inception  date of this policy,  knew, or reasonably  should have known,  could lead to, cause or result in an "insured  crisis event";

   **c.** You notify  us by telephone  at the number  listed for Liberty  Mutual  Claims  as shown in the Schedule  above within  7 days of the "insured  crisis event";

   **d.** The "crisis  management  expenses"  are first incurred  within  15 days after the "insured  crisis event"  commences;

   **e.** The "crisis  management  expenses"  are not incurred  more than 120 days after the commence-ment of the "insured  crisis event";  and

   **f.** A claim for reimbursement  of "crisis  management  expenses"  is submitted  within  120 days after incurring  such "crisis  management  expenses."

**2.** We will  have no duty under this Crisis Management  Coverage to defend the "Insured"  against any claim, suit or action  seeking damages.

**3.** Payment of any "crisis  management  expenses"  under the Crisis Management  Coverage endorse-ment is in addition  to, and will  not reduce, any other Limits of Insurance under this policy,  and will  not be determinative  of our obligations  under this policy  with respect to any claim or "suit",  including  any duty to defend or indemnify  any "Insured"  for such claim or "suit".

**4.** The amount  we will  pay is limited  as described  in Paragraph  **C.** of the Crisis Management  Coverage endorsement.

**5.** An "insured  crisis event"  will  be deemed to commence  at the time when any of your "key execu-tives"  first become  aware of the man-made  emergency  situation  that resulted in the "insured  crisis event."

© 2016 Liberty Mutual Insurance.

**Exhibit B**

APP 257

**B.** The following  exclusions  are added to Section  **IV. EXCLUSIONS:**

This coverage  does not apply  to:

**1.  Newly  Acquired  or Formed  Organizations**

"Crisis management  expenses"  incurred  by any organization  you newly acquire,  control  or form, if the "insured  crisis event"  which led to such "crisis  management  expenses"  commenced  before you acquired,  controlled  or formed  such organization.

**2.  Infectious  Diseases  or Illnesses**

"Crisis management  expenses"  arising out of any infectious  diseases  or illnesses  caused by any bacterium,  virus, or fungus.  However,  this exclusion  does not apply  to "crisis  management  expenses"  arising out of food-borne  illnesses.

**3.  Intentional  Acts by You**

Intentional  acts by you or your employees,  provided  that such acts were performed  with the knowledge  that it would  directly  lead to an "insured  crisis event."

**C.** The following  is added to Section  **II. LIMITS OF INSURANCE:**

The Crisis Management  Expense Aggregate  Limit shown  in the Schedule  of the Crisis Management Coverage  endorsement  is the most we will pay for the sum of all "crisis  management  expenses"  to which  this endorsement  applies,  regardless  of the number  of:

**1.**  "Insureds";

**2.**  "Insured  crisis events";

**3.**  Persons or organizations   making  claims.

**D.** The following  are added to Section  **V. DEFINITIONS:**

**1.**  "Insured  crisis event"  means an "occurrence"  resulting  from a man-made  emergency  situation,  including,   but not limited  to:

**a.**  Intentional  acts, except those committed  by you or your employees,  such as arson, a bombing, taking  of hostages,  a mass shooting,  or terrorism  (if coverage  under  the Terrorism  Risk Insurance  Act is elected  under  the policy);

**b.**  A building,  structure  or equipment  collapse;

**c.**  An automobile,  watercraft  or aircraft  accident;

**d.**  Spread of food-borne  illness;  or

**e.**  An explosion;

that a "key executive"  reasonably  believed  in good faith has resulted,  or may result,  in:

**a.  (1)**  Damages incurred  in excess of the "Retained  Limit"  because of "bodily  injury"  or "property  damage"  to which  this insurance  applies;  or

**(2)**  Multiple  deaths, burns, dismemberment  injuries,  traumatic  brain injuries,  permanent  paralysis  injuries;  and

**b.**  Significant  adverse regional  or national  media coverage  about you.

**2.**  "Crisis  management  expenses":

**a.**  Means the following  reasonable  and necessary fees and expenses  following  an "insured  crisis event":

**(1)**  Expenses incurred  directly  by our Liberty Mutual  Preferred Public Relations  Vendor shown in the Schedule  for the purpose  of maintaining  and restoring  public  confidence  in you.

**(2)**  Expenses incurred  by the public  relations  vendor that was held on retainer  by you at the time of the "insured  crisis event"  for providing  public  relations  and media management services,  but only for those expenses  required  for the purpose  of maintaining  and restoring public  confidence  in you related  to the "insured  crisis event."

©  2016 Liberty Mutual Insurance.

Exhibit B

APP 258

**(3)** Expenses incurred directly by your operations for the purpose of maintaining and restoring public confidence in you. These expenses may include printing, advertising, or mailing of materials to manage reputational risk.

**(4)** Costs of overtime paid to your regular non- salaried employees and costs incurred by your employees, including costs of transportation and accommodations, for the purpose of providing public relations and media services.

**(5)** Expenses you advance to third parties directly harmed by the "insured crisis event" for the purpose of mitigating the harm. These expenses may include funeral, psychological or grief counseling, temporary living, and travel expenses.

**b.** Does not include:

**(1)** Any damages imposed upon any "Insured", including but not limited to any fine, sanction, penalty or punitive or exemplary damages, plus any equitable, injunctive or other non-monetary relief.

**(2)** Any expenses you incur in the investigation, defense or settlement of a claim, suit or action for "bodily injury" or "property damage" or "personal injury," "advertising injury" or "personal and advertising injury" arising out of an "insured crisis event."

**(3)** The base salary or wages of any of your employees.

**(4)** Any ransom payment or other expense incurred to meet a demand made to redeem a hostage or captive.

**(5)** Expenses incurred by any public relations or crisis management firm that is not listed as a Liberty Mutual Preferred Public Relations Vendor in the Schedule, or that was not held on retainer by you at the time of the "insured crisis event."

**(6)** Any retainers or other contracted fees you paid a professional crisis management firm, public relations, media relations, or similar firm prior to an "insured crisis event."

**(7)** Damages arising out of any employment-related practices, such as refusal to employ, termination, or any other practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at any person.

**3.** "Key executive" means:

**a.** Chief Executive Officer;

**b.** Chief Operating Officer;

**c.** Chief Financial Officer;

**d.** President;

**e.** General Counsel or Chief Legal Officer;

**f.** General Partner (if you are a partnership) or Sole Proprietor (if you are a proprietorship);

**g.** Any person acting in the same capacity as any position listed in Paragraph **a.** through **e.** above; and

**h.** Any risk manager responsible for insurance matters, or any other lawfully elected or appointed executive officer, official, director, trustee or commissioner that is responsible for insurance matters.

**4.** Definition **D.** of the policy does not apply to this endorsement.

**E.** The following is added to Section **VI. Conditions:**

**Duties in the Event of an Insured Crisis Event**

**1.** In the event you did not have a public relations or crisis management firm held on retainer at the time of the "insured crisis event" and would like to utilize a Liberty Mutual Preferred Public Relations Vendor, you must notify both the Liberty Mutual Preferred Public Relations Vendor and Liberty Mutual Claims at the phone number listed in the Schedule within 7 days of an "insured crisis event."

© 2016 Liberty Mutual Insurance.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Exhibit B**

Due to the emergent nature of claims under this coverage, there may be circumstances in which expenses are incurred by a Liberty Mutual Preferred Public Relations Vendor prior to our having the opportunity to determine whether those expenses will be covered under this policy. In those circumstances, we will reimburse or pay expenses incurred for services from our Liberty Mutual Preferred Public Relations Vendor prior to our making a coverage determination. We reserve the right to decline expenses incurred after we have informed you that the claim is not covered.

2.  In the event you choose to use the public relations or crisis management vendor that you held on retainer at the time of the "insured crisis event," or choose not to use any vendor, you must notify Liberty Mutual Claims at the phone number listed in the Schedule within 7 days of an "insured crisis event."

3.  Additionally, you must provide us with written notice as soon as practicable. To the extent possible, such written notice should include:

a.  How, when and where the "insured crisis event" took place;

b.  The names and addresses of any affected parties and witnesses; and

c.  The nature and location of any injury or damage arising out of the "insured crisis event."

This endorsement does not change any other provision of the policy.

© 2016 Liberty Mutual Insurance.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL  UMBRELLA
CU 89 45 10 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACCESS OR DISCLOSURE  OF CONFIDENTIAL  OR PERSONAL INFORMATION  AND DATA-RELATED  LIABILITY - WITH LIMITED  BODILY INJURY  EXCEPTION  EXCLUSION



**A.** The following  exclusion  is added to Section  **IV - EXCLUSIONS:**

This insurance  does not apply to:

Any liability,  damages, loss, injury, demand, "claim"  or "suit"  arising out of:

**1.** Any access to or disclosure  of any person's or organization's  confidential  or personal information, including  but not limited  to patents, trade secrets, processing  methods, customer lists, financial information,  credit card information,  health information  or any other type of nonpublic  information;  or

**2.** The loss of, loss of use of, damage to, corruption  of, inability  to access, or inability  to manipulate "electronic  data".

This exclusion  applies even if damages are claimed  for notification  costs, credit monitoring  expenses, forensic  expenses, public relations expenses, fines, penalties  (including  but not limited  to, fees or surcharges  from affected financial  institutions)  or any other loss, cost or expense incurred  by you or others arising out of that which is described  in Paragraph  **1** or **2** above.

However, unless Paragraph  **1** above applies,  this exclusion  does not apply to damages because of "bodily  injury".

**B.** The following  definition  is added to Section  **V - DEFINITIONS:**

"Electronic  data" means information,  facts or programs  stored as or on, created or used on, or transmit-ted to or from computer  software,  including  but not limited  to systems and applications  software,  hard or floppy  disks, CD-ROMs, tapes, drives, cells, data processing  devices or any other media which are used with electronically  controlled  equipment.

This endorsement  does not change any other provisions  of the policy.

© 2014 Liberty Mutual Insurance.

**Exhibit B**

APP 261

COMMERCIAL  UMBRELLA
CU 90 52 10 17

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DAMAGE  TO PROPERTY AMENDMENT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  UMBRELLA  COVERAGE FORM

Exclusion  **I.** under  Section  **IV. EXCLUSIONS**  is deleted  and replaced  with  the following:

**I.** "Property  damage"  to:

1. Property  you own, rent or occupy  including  any costs  or expenses  incurred  by you, or any other person, organization  or entity  for repair,  replacement,  enhancement,  restoration  or maintenance  of such property  for any reason,  including  prevention  of injury  to a person  or damage  to another's property;  or

2. Premises  you sell, give away,  or abandon,  if the "property  damage"  arises  out of any part of those premises;

3. Property  loaned  to you;

4. Property  in the care, custody  or control  of the insured;

5. That particular  part of real property  on which  you or any contractors  or subcontract ors working directly  or indirectly  on your behalf are performing  operations,  if the "property  damage"  arises out of those operations;  or

6. That particular  part of any property  that must be restored,  repaired,  or replaced  because "your work"  was incorrectly  performed  on it.

Paragraph  **2.** of this exclusion  does not apply  if the premises  are "your  work"  and were never occupied, rented, or held for rental  by you.

Paragraphs  **3., 4., 5.** and **6.** of this exclusion  do not apply  to liability  assumed  under  a sidetrack  agreement.

Paragraphs  **3.** and **4.** of this exclusion  do not apply  to liability  assumed  under  a written  Trailer Interchange  Agreement.

Paragraph  **6.** of this exclusion  does not apply  to "property  damage"  included  in the "products-completed  operations  hazard."