

1 Meridian Blvd, Suite 3A01 Wyomissing, PA 19610

*Rebecca Fultz*
*Claims Specialist*
*Wyomissing, PA*
*Telephone: 610-396-3766*
*Email: Rebecca.Fultz@cna.com*

June 15, 2021

**VIA E-MAILONLY**: john.dibiasi@epicbrokers.com

John DiBiasi
Assistant Vice President
Edgewood Partners Insurance Center

| Re: | Insured: | Ingenero Bermuda Limited |
|---|---|---|
| | Matter: | TPC Group Litigation |
| | Policy No.: | 596463268 |
| | Limits: | $2 million excess $3 million |
| | Policy Period: | July 11, 2020 to July 11, 2021 |
| | Claim No.: | DPA05514 |

Dear Mr. DiBiasi:

Please be advised that I am the representative of Continental Casualty Company ("Continental") recently assigned to handle the above-referenced matter submitted on behalf of Ingenero Bermuda Limited under the above referenced policy (the "Excess Policy").

In this regard, we acknowledge receipt of correspondence from EPIC dated June 4, 2021 providing notice of the action that was commenced in the in the District Court of Orange County, Texas. Cause No. A2020-0236-MDL.

As you may be aware, the above captioned Excess Policy provides excess Professional Liability coverage, subject to the terms, conditions and exclusions, for the policy period of July 11, 2020 to July 11, 2021. The Excess Policy has a limit of liability of $2 million in excess of $3 million in underlying limits, as well as any applicable retentions thereunder. Under the terms of the Excess Policy, coverage only attaches after all of the underlying insurance has been exhausted solely as a result of actual payment of Loss. Moreover, in addition to its own terms and conditions, the Excess Policy is subject to the terms, conditions and exclusions of the Followed Policy, issued by Travelers.

We have not received Travelers' coverage position for this matter. Since the Excess Policy is "follow form," Continental cannot take a definitive coverage position with respect to this matter until we receive Travelers' coverage position. I ask you timely provide this information once available.

Please understand that the foregoing comments are not intended to be exhaustive or exclusive. Accordingly, Continental continues to generally reserve all of the rights, remedies and defenses available to it under the Excess Policy, the underlying policies and applicable law.

We request that you keep us apprised of all developments in this matter as they occur. Should you have any questions or comments with regard to this matter, please do not hesitate to contact me.

Very truly yours,

Rebecca Fultz