IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| OHIO SECURITY INSURANCE COMPANY AND OHIO CASUALTY INSURANCE COMPANY, | § § § § | |
| *Plaintiffs/Counter-Defendants*, | § § | CIVIL ACTION NO. 1:22-CV-00177 |
| v. | § § | JUDGE MICHAEL J. TRUNCALE |
| INGENERO, INC., | § § § | |
| *Defendant/Counter-Plaintiff*. | § | |

## FINAL JUDGMENT

On July 13, 2023, the Court entered a Memorandum Opinion and Order granting in part and denying in part Plaintiffs/Counter-Defendants Ohio Security Insurance Company and Ohio Casualty Insurance Company's Motion for Summary Judgment [Dkt. 12] and Defendant/Counter-Plaintiff Ingenero, Inc's Motion for Summary Judgment [Dkt. 13]. [Dkt. 20]. There being no further claims or controversies existing between the Parties, the Court hereby enters Final Judgment in accordance with its July 13, 2023, Memorandum Opinion and Order [Dkt. 20].

It is therefore **ORDERED, ADJUDGED and DECREED** that Ohio Security Insurance Company and Ohio Casualty Insurance Company have no duty to defend Ingenero, Inc. in *In re: TPC Group Litigation*, No. A2020-0236-MDL (128th Judicial Dist. Ct., Orange Cnty., Tex.) based on the Fifth Amended Master Consolidated Petition in that matter.

It is further **ORDERED, ADJUDGED and DECREED** that all relief not previously granted is hereby **DENIED** and that all Court dates and pending deadlines are hereby **VACATED**. Each Party shall bear its own attorney's fees and costs.

**SIGNED this 15th day of August, 2023.**

Michael J. Truncale
United States District Judge